## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Microsoft Corporation, a Washington State Corporation, NGO-ISAC, a New York State Non-Profit Organization, | |
| Plaintiffs, | Civil Action No. |
| v. | |
| John Does 1-2, Controlling A Computer Network and Thereby Injuring Plaintiff and Its Customers, | **FILED UNDER SEAL PURSUANT TO LOCAL RULE 5.1** |
| Defendants. | |

## COMPLAINT

Plaintiffs Microsoft Corporation ("Microsoft") and NGO Information Sharing and Analysis Center ("NGO-ISAC") by its attorneys, brings this action against John Does 1-2 (collectively "Defendants"), who are engaged in an ongoing internet-based spear phishing operation known as "Star Blizzard,"[1] designed to steal sensitive information that is then used to engage in further cybercrimes that support pro-Russian interests (e.g., Russia's government and Russia's interests or global and domestic policy (such as its invasion of Ukraine). Microsoft asserts claims based on (1) the Computer Fraud and Abuse Act, 18 U.S.C. § 1030; (2) the Electronic Communications Privacy Act, 18 U.S.C. § 2701; (3) False Designation of Origin under the Lanham Act, 15 U.S.C. § 1125(a); (4) Trademark Infringement under the Lanham Act, 15 U.S.C. § 1114 *et seq*.; (5) Trademark Dilution under the Lanham Act, 15 U.S.C. § 1125(c); (6) common law trespass to chattels; (7) conversion; and (8) unjust enrichment.

---

[1] Star Blizzard has previously gone by the name Seaborgium, Callisto Group, Coldriver, and BlueCharlie.

**NATURE OF THE ACTION**

1.      American companies, non-profit organization, think tanks, and individuals are besieged daily by cybercriminals seeking to infiltrate or disrupt the vital technologies that they rely on to secure their intellectual property and confidential information, operate their businesses, and communicate both internally and to the public. These cybercriminals target reputable organizations and individuals to disrupt their operations, steal their intellectual property, and impersonate them online to damage the reputations and effectiveness of organizations that work to oppose the Russian government and are adverse to Russia's interests or global and domestic policy (such as its invasion of Ukraine).

2.      This action involves the relentless and persistent cyberattacks by Defendants (who are Russian-based cybercriminals), against Microsoft and its customers, including Plaintiff NGO-ISAC and its member organizations, to steal confidential and personal information in furtherance of Russian interests.

3.      Star Blizzard is a Russia-based operation that engages in spear phishing resulting in the online impersonation of individuals and organizations, the infiltration of email accounts, and the exfiltration of sensitive and confidential information from those online accounts. The Star Blizzard Defendants established and currently operate a network of websites, domains, and computers on the Internet, which they use to target their victims, compromise the security of their networks, and steal their sensitive information. The website domains used by Defendants to operate Star Blizzard comprise the "command and control infrastructure" and are set forth at **Appendix A** to this Complaint.

4.      The Star Blizzard Defendants, through their phishing operations, have caused and continue to cause irreparable injury to Microsoft and its customers, NGO-ISAC and its member

organizations, and the public. Microsoft seeks injunctive and other equitable relief and damages against the Star Blizzard Defendants.

## PARTIES

5.     Microsoft is a corporation duly organized and existing under the laws of the state of Washington, having its headquarters and principal place of business in Redmond, Washington.

6.     NGO-ISAC is a 501(c)(3) non-profit corporation duly organized and existing under the laws of the state of New York and having its headquarters and principal place of business in Alexandria, Virginia. NGO-ISAC is a membership organization comprised of representatives from non-governmental organizations, that collaborate to improve the security of U.S.-based nonprofits.[2] NGO-ISAC and its members develop and share robust, effective cybersecurity programs for NGOs by sharing intelligence, promoting best practices, and facilitating educational events. NGO-ISAC acts as virtual Chief Information Security Officer (CISO) and offers a range of cybersecurity consulting services to help nonprofits assess and improve their digital security, including conducting vulnerability assessments to help keep organizations stay safe and secure. When a cyber incident occurs, NGO-ISAC coaches the organization through the incident. It also offers training and education services to help nonprofits develop a culture of strong cybersecurity practices.

7.     Upon information and belief, John Doe 1 controls the Star Blizzard criminal organization and the command and control infrastructure designed to harm Plaintiffs, their customers, member organizations, and the public. Plaintiffs are informed and believe and

---

[2] NGO-ISAC has associational standing as representative of its members because (1) multiple NGO-ISAC members would otherwise have standing to sue in their own right, (2) the interests of NGO-ISAC as an association seeks to protect in this action are germane to the organization's purpose and (3) as NGO-ISAC seeks only equitable relief, neither the claim asserted nor the relief requested requires participation of individual members in this action. *Hunt v. Washington State Apple Advert. Comm'n*, 432 U.S. 333, 343 (1977).

thereupon allege that John Doe 1 can likely be contacted directly or through third parties using the information set forth in **Appendix A**, such as the registrant email, which is the email that was used by Star Blizzard to register the website domains used in the command and control infrastructure.

8.    Upon information and belief, John Doe 2 controls the Star Blizzard criminal organization and the command and control infrastructure designed to harm Plaintiffs, their customers, member organizations, and the public. Plaintiffs are informed and believe and thereupon allege that John Doe 2 can likely be contacted directly or through third parties using the information set forth in **Appendix A**, such as the registrant email, which is the email that was used by Star Blizzard to register the website domains used in the command and control infrastructure.

9.    Set forth in **Appendix A** are the identities of and contact information for third-party domain registries that control the domains used by the Defendants.

10.    Upon information and belief, John Does 1-2 jointly own, rent, lease, or otherwise have dominion over the Star Blizzard command and control infrastructure, including the domains identified in **Appendix A**, and through this technical infrastructure, control and operate Star Blizzard. Plaintiffs will endeavor to amend this Complaint to allege the Doe Defendants' true names and capacities when and if ascertained. Plaintiffs will exercise due diligence to determine Doe Defendants' true names, capacities, and contact information, and to effect service upon those Doe Defendants.

11.    On information and belief, Defendants, collectively and individually, are liable for the actions that are alleged herein to have been undertaken by John Does 1-2. Specifically, Defendants (i) authorized, controlled, directed, or (ii) had the ability to authorize, control or direct, and/or (iii) assisted, participated in, or otherwise encouraged the actions for which Defendants are liable. Each Defendant was the agent of each of the remaining Defendants, and in engaging in the

4

activities hereinafter alleged, was acting within the course and scope of such agency and with the permission and consent of other Defendants.

## JURISDICTION AND VENUE

12.     The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 because this action arises out of Defendants' violation of the Computer Fraud and Abuse Act (18 U.S.C. § 1030), Electronic Communications Privacy Act (18 U.S.C. § 2701), and the Lanham Act (15 U.S.C. §§ 1114, 1125). The Court also has subject matter jurisdiction under 28 U.S.C. § 1367 for the trespass to chattels, conversion, and unjust enrichment claims.

13.     Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b) because (i) a substantial part of the events or omissions giving rise to Plaintiffs' claims have occurred in this judicial district (including that a substantial part of the property that is the subject of Plaintiffs' claims is situated in this judicial district), and (ii) because a substantial part of the harm caused by Defendants has occurred in this judicial district. Defendants have conducted business in the District of Columbia and have utilized instrumentalities located in the District of Columbia to carry out the acts of which Microsoft complains.

14.     Defendants have affirmatively directed actions at organizations and individuals located in the District of Columbia. **Figure 1**, below, depicts the geographic location of computing devices in the District of Columbia District. Through sophisticated forensic investigation, Microsoft has identified that the Star Blizzard Defendants' campaign targets NGOs, think tanks, government employees, and personal accounts belonging to current and former military and intelligence officials and policy advisors. The individuals targeted by these attacks predominately reside in the U.S., in and around the Washington, D.C. area.



**FIGURE 1**

15.     Pursuant to 28 U.S.C. § 1391(b), venue is proper in this judicial district. A substantial part of the events or omissions giving rise to Microsoft's claims, together with a substantial part of the proper that is the subject of Microsoft's claims, are situated in this judicial district. Venue is proper in this judicial district under 28 U.S.C. § 1391(c) because Defendants are subject to personal jurisdiction in this judicial district.

## FACTUAL BACKGROUND

### Microsoft Services and Reputation

16.     Microsoft is one of the world's leading technology companies, providing complete, open, and integrated computer software programs and hardware systems. Microsoft® is a provider of the Windows® operating system, and a variety of other software and services including Outlook®, OneDrive®, and Office365®.  Due to the high quality and effectiveness of Microsoft's products and services and the expenditure of significant resources by Microsoft to market those products and services, Microsoft has generated substantial goodwill with its customers,

establishing a strong brand and developing the Microsoft name and the names of its products and services into strong and famous world-wide symbols that are well-recognized within its channels of trade. Microsoft has registered trademarks representing the quality of its products and services and its brand, including Microsoft®, Windows®, Outlook®, OneDrive®, and Office365®. Copies of the trademark registrations for these trademarks are attached as **Appendix B** to this Complaint.

**What is Star Blizzard?**

17.     The Star Blizzard Defendants are hostile, Russia-based cybercriminals that launch cyberattacks against individuals working in defense and intelligence consulting companies, non-governmental organizations (NGOs) and intergovernmental organizations (IGOs), governmental policy think tanks, and higher education, and against individuals who are involved in foreign policy, promote anti-Russia interests, or are in positions of diplomatic significance, including former and current U.S. ambassadors and other high-ranking diplomats. Star Blizzard's malicious and criminal activities are carried out by John Does 1-2.

18.     The Star Blizzard Defendants' campaigns in recent years have targeted over 30 organizations, in addition to personal accounts of people of interest. The Star Blizzard Defendants attack targets primarily in NATO countries, particularly the U.S. and the UK, with occasional targeting of entities in the Baltics, the Nordics, and Eastern Europe. For instance, Defendants targeted the government sector of Ukraine in the months leading up to the invasion by Russia, and organizations involved in supporting roles for the war in Ukraine, once the was started. Access Now (an international non-governmental non-profit organization working to defend and extend the digital rights of people and communities at risk, with particular focus on privacy and data protection, freedom of expression and assembly, digital security, and connectivity) has also

determined that the Star Blizzard Defendants targeted former U.S. Ambassador to Ukraine, Steven Pifer, with a phishing email impersonating another fellow Ambassador.

**Star Blizzard's *Modus Operandi***

19.     The Star Blizzard Defendants employ spear phishing to perpetrate their attacks. Spear phishing is a type of personalized attack in which the cybercriminal attempts to acquire sensitive information or access a computer by sending a fake email message that appears to be legitimate, with the goal of having the victim interact further with the email (referred to as the "lure"). The Star Blizzard Defendants engineer these emails to deceive their victims into thinking that they are responding to a legitimate email and to trick them into opening a malicious link or attachment or providing sensitive information, including credentials or confidential information. In doing so, the Star Blizzard Defendants aim to gain unfettered access and control of the victim's inbox, so that it can engage in cybercrimes against Microsoft's customers, including NGO-ISAC and its member organizations, and the general public, that work to oppose the Russian government and are adverse to Russia's interests or global and domestic policy (such as its invasion of Ukraine).

20.     The Star Blizzard Defendants have built a command-and-control infrastructure involving a network of hundreds of website domains. A website domain is also known as a web address and is used to identify a website and allow users on the internet to access the website. These website domains are identified in **Appendix A** to the Complaint.

21.     The Star Blizzard Defendants use these domains to carry out these attacks by (1) impersonating known contacts' email accounts, (2) creating fake social media profiles, (3) using email address from providers such as Outlook (to increase the appearance of "legitimacy" and to purposefully mislead the victim into thinking that an email from Microsoft account is benign and

legitimate), and (4) creating malicious domains that resemble legitimate organizations (such as Microsoft, NGO-ISAC, or the NGO-ISAC member organizations). In many instances, the Star Blizzard Defendants leverage Microsoft systems and programs, such as Outlook, Office365, or OneDrive to further increase the perceived legitimacy of the attack. In doing so, Star Blizzard Defendants capitalize and misuse the brand recognition that Microsoft has cultivated and the trust Microsoft has built with its customers. By filing this action, Plaintiffs seek to take down this technical infrastructure and render Star Blizzard incapable of continuing its attacks.

*Star Blizzard Attack Chain*

22.     A Star Blizzard attack begins with online reconnaissance efforts of publicly available information to identify targets, which includes scouring social media platforms, networking platforms, organization contact lists, and other public facing sources of intelligence. The purpose of these reconnaissance efforts is to capture information that Star Blizzard can use to manufacture a personalized spear phishing email. For example, if Star Blizzard is trying to attack an NGO-ISAC member organization, the reconnaissance efforts may focus on identifying an industry event that members of the organization attended. This allows the Star Blizzard Defendants to use attendance at that event as a way to lure the victim into believing she is communicating with a trusted industry colleague, meaning that the victim is more likely to engage with the Star Blizzard Defendants and ultimately click on a malicious link. A target is more likely to respond to an email that says something like "It was great meeting you at the event last week" or "Thank you for speaking at the panel, I would like to talk more about your presentation." Knowing that the target attended or spoke at an event is something that Star Blizzard can use to increase the likelihood of a response.

9

23.     Another example of a reconnaissance effort is identifying individuals in a target's network. This would allow the Star Blizzard Defendants to send an introduction email such as "I received your name from [contact in target's network], and they recommended I reach out because you are the subject matter expert in a field I am also interested in." Because this reconnaissance is the prerequisite for sending a targeting and personalized spear phishing email – rather than some generic attempt – these efforts are necessary to effectively carry out a successful spear phish, otherwise the spear phishing email may go ignored.[3]

24.     Once Star Blizzard identifies a target, Star Blizzard then begins the next phase of its attack: using various consumer email provider (such as Microsoft-owned Outlook) to sign up or open a new email account to act as the sender of the spear phishing email to the target. To do this, Star Blizzard will register new email accounts at various consumer email providers, such as Microsoft-owned Outlook. Star Blizzard intentionally designs these registered email addresses to match or look similar to legitimate email addresses and account names. An example of this would be misspelling a name by one letter so that the target does not catch the difference: using "5" instead of "s" or "nn" instead of "m." Because the fake email addresses often go undetected, the Star Blizzard Defendants are able to reuse these accounts. If detected, the Star Blizzard Defendants simply create new email accounts that appear to look legitimate.

25.     The next step is the actual delivery of the spear phishing email. The Star Blizzard Defendants use these impersonated accounts to establish contact with the target. This target, for example, could be an employee at an NGO-ISAC member organization, a Microsoft customer who

---

[3] As used in this complaint, a Star Blizzard spear phishing attack is "successful" when the victim opens the email and shares sensitive information with Star Blizzard, even if no other sensitive information is exfiltrated at the time. This is because the opening of the email and the victim engaging in the spear phishing email is all that Star Blizzard needs to subsequently exfiltrate other sensitive information or take command of the inbox to further the goals of Star Blizzard.

is a subject matter expert on Ukraine or Russian policy, or a Russian focused think tank. The correspondence will usually begin with pleasantries and an innocuous interaction. The communication appears legitimate, and the Star Blizzard Defendants develop rapport with the victim, who is then more likely to further the interaction.

26. **Figure 2**, below is an example of a Star Blizzard email to a potential target begins with rapport building and then escalates to the sending of a fictitious attachment. As shown in the image, the email correspondence begins with the sender sharing an article of interest and acknowledging that the recipient is busy. Because the recipient/victim does not suspect that this email is a lure, they respond and further engage in the conversation, asking the sender to share the attachment. The Star Blizzard Defendants (the purported sender) then send a follow up confirming that they shared the requested paper. It is at this point that Defendants attach a file or includes a link to a file share platform like OneDrive.



**FIGURE 2**

27.     The secondary email (containing the file or the link) is the weaponized email, which is integral to the spear phishing effort.  The goal of the Star Blizzard Defendant is for the target to open the document or click on the link.

28.     Sometimes, as the example above, the sender will be someone external to the target's organization. In other instances, Star Blizzard will impersonate a manager of a particular organization and will use the "sender's" authority to lure the recipient into opening a link. This would happen if Star Blizzard Defendant impersonates a manager at one of NGO-ISAC's member organization and then sends an email to someone who is that manager's report.

29.     **Figure 3**, below, is an example of an actual email demonstrating Star Blizzard impersonating the lead of an organization to engage a victim in dialogue. As shown, the Star Blizzard Defendants address the spear phishing email to the sender's "colleagues," references an internal training, and describes the security efforts of "our institute." This leads the recipient/target to believe that the lure is a legitimate email coming from a manager.



**FIGURE 3**

30.     In this instance, the weaponized email contains the link to the document titled "International Cyber Activity" and the Star Blizzard Defendants request encouraging the recipient to open the safety training materials. Several NGO-ISAC members and partners have been targeted by Defendants, including Carnegie Corporation of New York ("Carnegie Corporation), a proactive grantmaker that issues funding to invest in projecting education, democracy, international peace and security, higher education and research. Carnegie Corporation issues grants as part of its program on International Peace and Security, including for research and analysis of Russia foreign and domestic policy.  As part of Carnegie Corporation's focus on Russia-related issues, Carnegie

Corporation has authored a report analyzing how Russia's invasion of Ukraine has adversely affected U.S.-based Russian Studies efforts.[4]

31.     The Star Blizzard Defendants have falsely used the member organization's name, logo, mission, and confidential communications to target individual recipients or specific entities. This includes using specific, distinct information like grant numbers issued to grantees who received funding for projects. NGO-ISAC members are forced to defend their reputation and use the limited resources available to address the Star Blizzard Defendants' malicious activities. While the NGO-ISAC member organizations vary in size and personnel capacity, these malicious activities place undue pressure and strain on resources necessary to fulfill their missions.

32.     The Star Blizzard Defendants use different methods to deliver a document that encourages the recipient to interact with the document and/or the link contained within: (1) including a link to the document in the body of an email, (2) attaching a PDF file that contains a link, or (3) sending OneDrive link to a PDF file. These are depicted in **Figures 4, 5, 6, and 7.** Each of these methods encourage the same end result: the victim clicks on the link, which redirects them to a domain controlled by the Star Blizzard Defendants, then and unsuspectingly enters login credentials to its Microsoft account.

---

[4] Wilfred Chan, How Russian Studies Is Grappling with the War in Ukraine, Carnegie Corporation of New York, available at https://www.carnegie.org/our-work/article/how-russian-studies-is-grappling-with-the-war-in-ukraine/ (May 3, 2024).



**FIGURE 4**

From: [_____]@outlook.com>
Date: 17 June 2022 at 11:33:58 BST
To: [_____]
Subject: Ukraine update

Dear [_____]

I trust this finds you well.

We produced a new paper on Ukraine, which I now attach. It is not secret but should be handled as confidential need to know.

Just thought you might enjoy this.

All best as ever -

**FIGURE 5**



**FIGURE 6**



**FIGURE 7**

33.    In the examples above, the Star Blizzard Defendants use tactics such as impersonating and imitating a OneDrive file or other file sharing platform, request the victim to

open the document by click multiple buttons (each of which can redirect the victim to a Star Blizzard controlled domain), or claiming that there is an "error" with preview so that the victim must actually open the document to see the attachment. Occasionally, Defendants makes use of open redirects within the PDF file to further disguise their operational infrastructure. As seen in **Figure 7**, above, Defendants use a Google URL for redirection. Here, the Star Blizzard Defendants use a document hosted on OneDrive that uses a Google redirect link to send users to Star Blizzard-controlled infrastructure. **Figure 8** is an example of another file sharing platform, Proton Drive, also being impersonated by the Star Blizzard Defendants.



**FIGURE 8**

34.     If the recipient is expecting an email with an attachment (this is why the "benign" rapport building at the outset regarding shared interests is critical), they will not be suspicious of a link or an attachment (the way a recipient may be suspicious if they receive the attachment out of the blue).

35.     Regardless of the method of delivery of the file, when the target clicks the link, the link redirects them to a Star Blizzard controlled domain, which means that the Star Blizzard Defendants have access to whatever information a victim enters onto that website.

36.     After clicking on the redirect link, Star Blizzard presents the victim with a webpage that *appears* to be a Microsoft login page (for example, an Outlook or Office365 login page), but in reality, it is a spoofed page[5] that Star Blizzard controls. These are identified in **Appendix A**) and below in **Figure 9.**

| | | |
|---|---|---|
| ankaramuhaseben.com | helmetkup.com | preview-document.tech |
| bigdatabroadway.com | imgrich.com | proffsolution.com |
| cityessentials.net | inrealconnect.com | protectionoffice.tech |
| clouddefsystems.com | instantpointzero.com | protectordocumentcenter.com |
| cloudinfodata.com | intelligentautomationalley.com | pureafro.com |
| cloudithub.com | investfix.org | quantumnyx.org |
| datawebhub.com | justapple.net | riseupbit.com |
| desgnspiration.net | keeperdocumentllc.com | seclawdoorway.com |
| docsecgate.com | keeperitlabel.com | setupprofi.com |
| editablezoom.org | liquidacionesjudiciales.com | sgmods.net |
| e-fluxxsolutions.com | loyaltyfirst.org | skeletcheck.com |
| eichenfass.org | mayquarkesthetic.com | skyinformdata.com |
| entheogenicmd.com | mettezera.com | storageinformationsolutions.com |
| extractordraw.com | mtgcgroup.org | tarifjane.com |
| galetscryptodata.com | murodjonovs.com | translatesplit.com |
| gateblurbrepository.com | mutualrescuebook.org | vocabpaper.com |
| gatewaydocsint.com | mygeiger.org | voltcloudpine.com |
| gawecryptoinfosolutions.com | ommahat.net | wardengovermentlaw.com |
| getfigmacreator.com | osomtoys.com | webfigmadesignershop.com |
| gothicshop.org | owaorganizespace.com | webitresourse.com |
| govsafebreakthrough.com | particlesolid.org | xacshop.com |
| guardittech.com | postrequestin.com | yamaru.org |

**FIGURE 9**

---

[5] A spoofed domain is a fake domain that by design imitates a legitimate source.

37.     Once the recipient of the spear phishing email is redirected to the final page, the target is prompted to enter their credentials, by proxying the connect to the sign-in page for a legitimate provider and intercepting any credentials and authentication tokens. After credentials are captured or authentication tokens copied, the target is redirected to a website or document to complete the interaction to prevent tipping off the target that a phishing attack occurred. **Figure 10** is an example of a cloned phishing portal used by the Star Blizzard Defendants to directly impersonate a victim organization.



**FIGURE 10**

38.     Once a victim inputs their login credentials, Star Blizzard is able to capture the credential (as well as any two-factor authentication that the account may have implemented, *e.g.*, login credentials as well as a one-time code sent to an email address connected with that username and password). To avoid detection, the Star Blizzard Defendants further redirect the victim to a website or document (*e.g.*, the "document" that was the lure for the attack) so that the target remains unaware that they have been compromised.

39.     At this point, the spear phish attack is considered successful, because if the Star Blizzard Defendants have successfully captured the credential, they are able to later use the credentials to access the victims' email account and leverage that access and the data stolen from those accounts to launch additional cybercrimes.

40.     At this point, Star Blizzard harvests and retains the credentials. One pervasive security tactic employed by companies and organizations world-wide to thwart cyber criminals is multifactor authentication. ("MFA"). MFA typically requires a legitimate user of an organization's email system to provide a username and a personalized password which generate a random token that must be inputted for the user to gain access to the system. The Star Blizzard Defendants use the open-source framework EvilGinx in their spear phishing activity to harvest credentials and session cookies to successfully bypass the use of two-factor authentication (this is what allows them to re-access the victim's account a later time without requiring the victim to perform the similar activity of clicking on a controlled link and inputting in credentials). This process is depicted in **Figure 11**.



**FIGURE 11**

41.     The final step of Star Blizzard's attack sequence is data exfiltration. The Star Blizzard Defendants use the stolen credentials and directly sign in to victim email accounts. Following this login, Star Blizzard Defendants exfiltrates emails and attachments from the inbox of victims. This allows them to gather intelligence that can be used by Defendants or other threat groups to further harm and damage the victim and identify additional victims. In some cases, the Star Blizzard Defendants can take advantage of rules (such as a forwarding rule) that would automatically forward an email received by the victim to another email address (in this case, a Star Blizzard-owned email address). By setting up automatic forwarding rules, Star Blizzard ensures that they have long-term access to the exfiltrated data. In other cases, the Star Blizzard Defendants have been able to use its persistent access to the inbox to exfiltrate mailing lists and other contact information to continue the scheme. This includes impersonating and spoofing the identity of the victim to make the spear phishing more believable. Thus, it is possible for an individual/organization to be a victim of the first spear phishing attack, and then later be impersonated for subsequent attacks.

42.     **Figure 12**, below is a visual representation of the Star Blizzard Defendants' attack chain, as described in Paragraphs 22-41, *supra.*



**FIGURE 12**

**Harm to Plaintiffs, Their Customers, and Member Organizations**

43.     Through research and investigation, Microsoft has determined that the Star Blizzard Defendants currently use the domains identified in **Appendix A** to this Complaint in its command and control infrastructure and has actively and affirmatively targeted Microsoft customers and NGO-ISAC member organizations in the United States.

44.     The Star Blizzard Defendants sometime disguise their command and control infrastructure by incorporating into the names of its command and control domains terms that may trick a victim into thinking it is a valid website. The Star Blizzard Defendants achieve this by incorporating terms that appear to be part of Internet or web services, such as "cloud," "data," "info," and "protectionoffice." As seen in **Appendix A** to this Complaint, the Star Blizzard Defendants have registered website domains that appear to be legitimate web or Internet services,

such as cloudinfodata[.]com, datawebhub[.]com, and protectionoffice[.]tech. This appearance of legitimacy coupled with the Star Blizzard Defendants' fraudulent websites that are published on these Defendant-controlled domains that appear to be legitimate Microsoft login pages, trick Plaintiffs, their customers, and member organizations into believing these websites are real.

45.     Similarly, the Star Blizzard Defendants also use Microsoft-Azure-based services for hosting malicious content. For example, as described in paragraph 24, *supra*, the Star Blizzard Defendants will register email accounts with Outlook. The Star Blizzard Defendants' use of an Outlook account is meant to deceive and confuse victims into believing that the sender's email address is legitimate. As another example, the Star Blizzard Defendants will send links to OneDrive documents, once again capitalizing on Microsoft's OneDrive trademark and branding. Like with the email address, if the victim uses OneDrive regularly, they will be unsuspecting that a link to a purported OneDrive document is malicious or compromised. And, as shown in **Figure 10**, *supra* ¶ 37, the login page includes the language "©Microsoft 2016", the victim will be completely unaware of the threat and believe that the link is to a legitimate Microsoft webpage and trustworthy, when in fact, it is malicious.

46.     The Star Blizzard Defendants irreparably harm Microsoft by damaging its reputation, brands, and customer goodwill. The Star Blizzard Defendants' use of Microsoft brands and trademarks is meant to confuse Microsoft's customers into clicking on malicious links that they believe are associated with and owned by Microsoft. Because Defendants impersonate Microsoft email accounts, file sharing platforms, and logins, victims will believe that they are protected. When the victim realizes that they have been attacked, they hold Microsoft responsible for or complicit in the attack and customers may incorrectly attribute these problems to Microsoft's products and services, thereby diluting and tarnishing the value of these trademarks and brands.

Microsoft has invested considerable resources in developing high-quality products and services, including significant resources to combatting Star Blizzard and other cybersecurity threats. Through the development of flagship products used by millions of customers, Microsoft has thereby cultivated significant customer goodwill and globally recognized trademarks. Trademark registrations for Microsoft marks infringed by the Star Blizzard Defendants are attached as **Appendix B**. A Star Blizzard attack where customers blame Microsoft involves a risk that customers may move from Microsoft's products and services because of the Star Blizzard Defendants and their activities.

47.     For customers who leave, there may be significant challenges to having such customers return, given the cost they bear to switch to new products and the perceived risks of returning to Microsoft. This causes injury to Microsoft.

48.     Plaintiffs invested significant resources in excess of $5,000 per annum requirement under the Computer Fraud and Abuse Act, to address the harm caused by the Star Blizzard Defendants' activities.   Specifically, Microsoft has expended more than $1,000,000, which represents the investigative costs incurred to investigate the harms caused by the Star Blizzard Defendants; Carnegie Corporation has incurred approximately $200,000.

49.     The Star Blizzard Defendants irreparably harms NGO-ISAC and its members by damaging its reputation, brands, and partner and beneficiary goodwill. The Star Blizzard Defendants' use of NGO-ISAC member brands and trademarks is meant to confuse NGO-ISAC members' partners into clicking on malicious links that they believe are associated with and owned by the member organization. Because the Star Blizzard Defendants impersonates NGO-ISAC members' email accounts, victims will believe that they are protected. When the victim realizes that they have been attacked, they will believe that NGO-ISAC members are responsible for or

complicit in the attack and victims may incorrectly attribute these problems to NGO-ISAC members' services, thereby diluting a tarnish the value of these trademarks and brands. NGO-ISAC members have invested considerable resources in developing services for their partners, including significant resources to combatting Star Blizzard and other cybersecurity threats.

50.     For example, the Star Blizzard Defendants impersonated NGO-ISAC member Carnegie Corporation of New York ("Carnegie Corporation") in its spear phishing emails to its target victims. These spear phishing emails used the Carnegie Corporation name in its emails and also referenced a real grant number issued to the victim when Carnegie Corporation awarded the grant.  This number is not public.  The Star Blizzard Defendants also referenced a "report is overdue" in its communication, which is a real document that grantees are required to submit to Carnegie Corporation as part of their grant process. The Star Blizzard Defendants, by referencing specific features like a grant number and a real document type, shows they had access to and were able to view non-public information in the victim's accounts. Given this level of specificity, Carnegie Corporation is harmed because victims are tricked into believing the legitimacy of the email and will be more likely to engage with the lure that the Star Blizzard Defendants include in the spear phishing email. The name "Carnegie Corporation of New York" is a trademarked name registered to NGO-ISAC member, Carnegie Corporation.  *See* **Appendix C**.

51.     The phishing attacks orchestrated by the Star Blizzard Defendants and threat actors like the Star Blizzard Defendants have had a profound impact on the NGO and nonprofit community. These attacks have forced NGOs to divert resources from their core missions to address security efforts. The damage to trust and reputation can also have long-lasting effects on an organization's ability to secure funding and maintain partnerships.

52.     The diversion of resources for NGO-ISAC members has had high costs for most member organizations. This included NGOs hiring full time cybersecurity staff, purchasing expensive tools to protect their data, communication or online image, and training for every member of an organization. These costs can be anywhere from hundreds of thousands to millions of dollars. These are significant funds and staff time being diverted away from their mission driven work of curing diseases, bringing peace to war zones, or providing guidance to public policy decision makers. The costs skyrocket in the case of a breach or serious incident. This can require organizations to remove their connection to the internet for a period of days or weeks while they rebuild their infrastructure such as email or file sharing systems. Organizations may even be required to close during this period while breaches are remediated. NGO-ISAC members are resource scarce organizations dedicated to complicated and important causes that can be derailed by a cybersecurity incident.

53.     Through the significant and meaningful work that NGO-ISAC and its member organizations have done in the nonprofit space, they have thereby cultivated significant goodwill and widely recognized trademarks. Trademark registrations for NGO-ISAC member marks infringed by the Star Blizzard Defendants are attached as **Appendix C**.

## FIRST CLAIM FOR RELIEF

### Violation of the Computer Fraud and Abuse Act, 18 U.S.C. § 1030

### (Microsoft, NGO-ISAC)

54.     Plaintiffs incorporate by reference each and every allegation set forth in paragraphs 1 through 53 above.

55.     The Star Blizzard Defendants knowingly and intentionally accessed and continue to access Plaintiffs' protected computers without authorization. Defendants sent phishing emails

to its victims, who are Plaintiffs' customers and member organizations, which were deliberately designed to look authentic, but contained lures that redirects its victims to a malicious, fraudulent website. The Star Blizzard Defendants purposefully registered domains and published websites at these domains that deliberately mimicked Microsoft login pages. The Star Blizzard Defendants fraudulently obtained these login credentials from its victims to subsequently access their emails and computers to steal more credentials, personal information, and confidential information to further Russian interests.

56.     The Star Blizzard Defendants stole Microsoft customer credentials and used them to illegally access information contained on their computers, without authorization.

57.     The Star Blizzard Defendants stole credentials belonging to individuals that are part of NGO-ISAC member organizations and used them to illegally access information contained on their computers, without authorization.

58.     The Star Blizzard Defendants' conduct involved interstate and/or foreign communications.

59.     The Star Blizzard Defendants' conduct has caused a loss to each Plaintiff during a one-year period well in excess of the statutory threshold of $5,000.

60.     Plaintiffs seek injunctive relief and compensatory and punitive damages under 18 U.S.C. § 1030(g) in an amount to be proven at trial.

61.     As a direct result of the Star Blizzard Defendants' actions, Plaintiffs have suffered and continue to suffer irreparable harm for which there is no adequate remedy at law, and which will continue unless the Star Blizzard Defendants' actions are enjoined.

**SECOND CLAIM FOR RELIEF**

**Violation of Electronic Communications Privacy Act, 18 U.S.C. § 2701**

**(Microsoft, NGO-ISAC)**

62.     Plaintiffs incorporate by reference each and every allegation set forth in paragraphs 1 through 61 above.

63.     Microsoft's Windows operating system software and Microsoft's customers' computers running such software are facilities through which electronic communication services are provided to users and customers.

64.     Microsoft's customers include NGO-ISAC and its member organizations who use the Windows operating system software in their computers through which electronic communication services are provided.

65.     The Star Blizzard Defendants knowingly and intentionally accessed the Windows operating system and associated software, services, and computers upon which this software and services run without authorization or in excess of any authorization granted by Microsoft.

66.     The Star Blizzard Defendants also use the open-source framework EvilGinx in their spear phishing activity to harvest credentials and session cookies to successfully bypass the use of two-factor authentication, allowing them to re-access the victim's account at a later time without requiring the victim to input their credentials.

67.     The Star Blizzard Defendants intercepted, had access to, obtained and altered, and/or prevented legitimate, authorized access to, wire and electronic communications transmitted through the computers and infrastructure of Microsoft and its users. For example, upon a successful spear phish, the Star Blizzard Defendants can spy on the victim by reading emails about that individual's work.

68.     The Star Blizzard Defendants intercepted, had access to, obtained and altered, and/or prevented legitimate, authorized access to, wire and electronic communications transmitted

through the computers and infrastructure of NGO-ISAC member organizations and its users. For example, upon a successful spear phish, the Star Blizzard Defendants were able to obtain unique grant numbers associated with a member organization's grant issuing process to appear as though Defendants' email were authentic and sent by NGO-ISAC's member organization.

69.     Plaintiffs seek injunctive relief and compensatory and punitive damages in an amount to be proven at trial.

70.     As a direct result of the Star Blizzard Defendants' actions, Plaintiffs suffered and continue to suffer irreparable harm for which there is no adequate remedy at law, and which will continue unless the Star Blizzard Defendants' actions are enjoined.

## THIRD CLAIM FOR RELIEF

### False Designation of Origin under the Lanham Act, 15 U.S.C. § 1125(a)

### (Microsoft, NGO-ISAC)

71.     Plaintiffs incorporate by reference each and every allegation set forth in paragraphs 1 through 70 above.

72.     Microsoft's trademarks are distinctive marks that are associated with Microsoft, and exclusively identify their businesses, products, and services.

73.     NGO-ISAC member organizations' trademarks are distinctive marks that are associated with the member organization and exclusively identifies their entity, mission, and services.

74.     The Star Blizzard Defendants make unauthorized use of Microsoft's trademarks. By doing so, Defendants create false designations of origin as to taint Microsoft products that are likely to cause confusion, mistake, or deception.

75.     The Star Blizzard Defendants make unauthorized use of NGO-ISAC member organizations' trademarks. By doing so, Defendants create false designations of origin as to taint NGO-ISAC member organizations' services that are likely to cause confusion, mistake, or deception.

76.     Because of their wrongful conduct, Defendants are liable to Microsoft for violation of the Lanham Act, 15 U.S.C. § 1125(a).

77.     Microsoft seeks injunctive relief and compensatory and punitive damages in an amount to be proven at trial.

78.     As a direct result of Defendants' actions, Microsoft has suffered and continue to suffer irreparable harm for which they have no adequate remedy at law, and which will continue unless Defendants' actions are enjoined.

<u>**FOURTH CLAIM FOR RELIEF**</u>

**Trademark Infringement Under the Lanham Act, 15 U.S.C. § 1114 *et seq.***

**(Microsoft, NGO-ISAC)**

79.     Plaintiffs incorporate by reference each and every allegation set forth in paragraphs 1 through 78 above.

80.     The Star Blizzard Defendants have used Microsoft's trademarks in interstate commerce, including Microsoft's federally registered trademarks for the word marks Microsoft®, Windows®, Outlook®, OneDrive®, and Office365®, among other trademarks. By doing so, the Star Blizzard Defendants are likely to cause confusion, mistake, or deception as to the origin, sponsorship, or approval of the fake and unauthorized versions of the Windows operating system and software.

81.     The Star Blizzard Defendants have used NGO-ISAC member organizations'
trademarks in interstate commerce. By doing so, the Star Blizzard Defendants are likely to cause
confusion, mistake, or deception as to the origin, sponsorship, or approval of the fake and
unauthorized communications to and from NGO-ISAC member organizations, and the services
provided.

82.     As a result of their wrongful conduct, the Star Blizzard Defendants are liable to
Plaintiffs for violations of the Lanham Act.

83.     Plaintiffs seek injunctive relief and compensatory and punitive damages in an
amount to be proven at trial.

84.     As a direct result of the Star Blizzard Defendants' actions, Plaintiffs suffered and
continue to suffer irreparable harm for which they have no adequate remedy at law, and which will
continue unless the Star Blizzard Defendants' actions are enjoined.

85.     The Star Blizzard Defendants' wrongful and unauthorized use of Plaintiffs'
trademarks to promote, market, or sell products and services constitutes trademark infringement
pursuant to 15 U.S.C. § 1114 *et seq*.

## FIFTH CLAIM FOR RELIEF

### Trademark Dilution under the Lanham Act, 15 U.S.C. § 1125(c)

### (Microsoft, NGO-ISAC)

86.     Plaintiffs incorporate by reference each and every allegation set forth in paragraphs
1 through 85 above.

87.     Microsoft's trademarks are famous marks that are associated with Microsoft, and
exclusively identify its businesses, products, and services. The Star Blizzard Defendants make

unauthorized use of Microsoft's trademarks. By doing so, Defendants are likely to cause dilution by tarnishing Microsoft's trademarks.

88.     NGO-ISAC members' trademarks are marks associated with these member organizations and exclusively identify the entity, its mission, and services. The Star Blizzard Defendants make unauthorized use of NGO-ISAC members' trademarks. By doing so, Defendants are likely to cause tarnishing of NGO-ISAC members' trademarks.

89.     Plaintiffs seek injunctive relief and compensatory and punitive damages in an amount to be proven at trial.

90.     As a direct result of Defendants' actions, Plaintiffs suffered and continue to suffer irreparable harm for which they have no adequate remedy at law, and which will continue unless Defendants' actions are enjoined.

## SIXTH CLAIM FOR RELIEF

### Common Law Trespass to Chattels

### (Microsoft, NGO-ISAC)

91.     Plaintiffs incorporate by reference each and every allegation set forth in paragraphs 1 through 90 above.

92.     The Star Blizzard Defendants have used a computer and/or computer network, without authority, with the intent to cause physical injury to the property of another.

93.     The Star Blizzard Defendants have, without authority, used a computer and/or computer network with the intent to trespass on the computers and computer networks of Microsoft and its customers, and NGO-ISAC and its member organizations.

94.     The Star Blizzard Defendants' actions in operating their spear phishing campaign result in unauthorized access to Microsoft's Windows operating system and the computers on

which such programs run, and result in unauthorized intrusion into those computers and theft of information and account credentials that are leveraged for Russian interests.

95.     The Star Blizzard Defendants' actions in operating their spear phishing campaign result in unauthorized access to NGO-ISAC and its member organizations' email accounts and other non-public resources, and result in an unauthorized intrusion into those computers and theft of information and account credentials that are leveraged for Russian interests.

96.     The Star Blizzard Defendants intentionally caused this conduct, and this conduct was unlawful and unauthorized.

97.     The Star Blizzard Defendants' actions have caused injury to Microsoft and have interfered with the possessory interests of Microsoft over its software, services, and programs.

98.     The Star Blizzard Defendants' actions have caused injury to NGO-ISAC have interfered with the possessory interests of NGO-ISAC of its member organizations' computer systems and email accounts.

99.     Plaintiffs seek injunctive relief and compensatory and punitive damages in an amount to be proven at trial.

100.    As a direct result of the Star Blizzard Defendants' actions, Plaintiffs suffered and continues to suffer irreparable harm for which there is no adequate remedy at law, and which will continue unless the Star Blizzard Defendants' actions are enjoined.

### SEVENTH CLAIM FOR RELIEF

**Conversion**

**(Microsoft, NGO-ISAC)**

101.    Plaintiffs incorporate by reference each and every allegation set forth in paragraphs 1 through 100 above.

102.     Microsoft owns all rights, title, and interest in its Windows software and the Outlook, OneDrive, and Office365 software and services. Microsoft licenses its software to end-users. Defendants have interfered with, unlawfully and without authorization, and dispossessed Microsoft of control over its Windows software and its Outlook, OneDrive, and Office365 software and services.

103.     The Star Blizzard Defendants have, without authority, used a computer and/or computer network, without authority, with the intent to remove, halt, or otherwise disable computer data, computer programs, and computer software from a computer or computer network.

104.     The Star Blizzard Defendants have, without authority, used a computer and/or computer network, without authority, with the intent to assume without authority the right of ownership to cause.

105.     Plaintiffs seek injunctive relief and compensatory and punitive damages in an amount to be proven at trial, including without limitation the return of Defendants' ill-gotten benefits.

106.     As a direct result of the Star Blizzard Defendants' actions, Plaintiffs suffered and continue to suffer irreparable harm for which there is no adequate remedy at law, and which will continue unless Defendants' actions are enjoined.

### EIGHTH CLAIM FOR RELIEF

**Unjust Enrichment**

**(Microsoft, NGO-ISAC)**

107.     Plaintiffs incorporate by reference each and every allegation set forth in paragraphs 1 through 106 above.

108.    The acts of the Star Blizzard Defendants complained of herein constitute unjust enrichment of the Defendants at the expense of Plaintiffs in violation of the common law.

109.    The Star Blizzard Defendants used, without authorization or license, software belonging to Microsoft to facilitate Defendants' unlawful conduct of stealing credentials and confidential information in the interest of Russia. The Star Blizzard Defendants have benefitted greatly by stealing information from victims who work in defense and intelligence consulting companies, non-governmental organizations (NGOs) and intergovernmental organizations (IGOs), governmental policy think tanks, and higher education. The value of this information is immeasurable, particularly where value is derived based on Russia's interests.

110.    The Star Blizzard Defendants profited unjustly from their unauthorized and unlicensed use of Microsoft's intellectual property and NGO-ISAC members' unique and specialized information.

111.    Upon information and belief, the Star Blizzard Defendants had an appreciation and knowledge of the benefit they derived from their unauthorized and unlicensed use of Microsoft's intellectual property and NGO-ISAC members' stolen information.

112.    Retention by the Star Blizzard Defendants of the profits they derived from their malfeasance would be inequitable.

113.    Plaintiffs seek injunctive relief and compensatory and punitive damages in an amount to be proven at trial, including without limitation disgorgement of Defendants' ill-gotten profits.

114.    As a direct result of the Star Blizzard Defendants' actions, Plaintiffs suffered and continues to suffer irreparable harm for which there is no adequate remedy at law, and which will continue unless the Star Blizzard Defendants' actions are enjoined.

## PRAYER FOR RELIEF

WHEREFOR, Plaintiffs pray that the Court:

115.     Enter judgment in favor of Plaintiffs and against the Star Blizzard Defendants.

116.     Declare that the Star Blizzard Defendants' conduct has been willful, and that Defendants have acted with fraud, malice, and oppression.

117.     Enter a preliminary and permanent injunction enjoining the Star Blizzard Defendants and their officers, directors, principals, agents, servants, employees, successors, and assigns, and all persons and entities in active concert or participation with them, from engaging in any of the activity complained of herein or from causing any of the injury complained of herein and from assisting, aiding or abetting any other person or business entity in engaging in or performing any of the activity complained of herein or from causing any of the injury complained of herein.

118.     Enter a preliminary and permanent injunction giving Microsoft control over the domains used by the Star Blizzard Defendants to cause injury and enjoining Defendants from using such instrumentalities.

119.     Enter judgment awarding Plaintiffs actual damages from the Star Blizzard Defendants adequate to compensate Plaintiffs for the Star Blizzard Defendants' activities complained herein and for any injury complained of herein, including but not limited to interest and costs, in an amount to be proven at trial.

120.     Enter judgment disgorging the Star Blizzard Defendants' profits.

121.     Enter judgment awarding enhanced, exemplary, and special damages, in an amount to be proved at trial.

122.     Enter judgment awarding attorneys' fees and costs.

123.    Order such other relief that the Court deems just and reasonable.

## DEMAND FOR JURY TRIAL

Plaintiffs respectfully requests a trial by jury on all issues so triable in accordance with

Fed. R. Civ. P. 38.

Dated: September 24, 2024

Jeffrey L. Poston (DC Bar No. 426178
JPoston@crowell.com
Garylene Javier (*pro hac vice* pending)
GJavier@crowell.com
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004

Anna Z. Saber (*pro hac vice* pending)
ASaber@crowell.com
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111

*Counsel for Plaintiffs Microsoft Corporation and NGO-ISAC*

# APPENDIX A

**APPENDIX A**

**.COM REGISTRY**
VeriSign Global Registry Services
12061 Bluemont Way
Reston VA 20190

**.COM DOMAIN**

| ANKARAMUHASEBEN.COM | Domain Name: ANKARAMUHASEBEN.COM<br>Registry Domain ID: 2859614504_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.namecheap.com<br>Registrar URL: http://www.namecheap.com<br>Updated Date: 2024-02-29T16:32:16Z<br>Creation Date: 2024-02-29T16:32:13Z<br>Registry Expiry Date: 2025-02-28T16:32:13Z<br>Registrar: NameCheap, Inc.<br>Registrar IANA ID: 1068<br>Registrar Abuse Contact Email: abuse@namecheap.com<br>Registrar Abuse Contact Phone: +1.6613102107<br>Domain Status: clientTransferProhibited<br>https://icann.org/epp#clientTransferProhibited<br>Name Server: DNS1.REGISTRAR-SERVERS.COM<br>Name Server: DNS2.REGISTRAR-SERVERS.COM<br>DNSSEC: unsigned<br>URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/<br>>>> Last update of whois database: 2024-09-20T17:17:01Z <<< |
| BIGDATABROADWAY.COM | Domain name: BIGDATABROADWAY.COM<br>Registry Domain ID: 2856022843_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.namecheap.com<br>Registrar URL: http://www.namecheap.com<br>Updated Date: 0001-01-01T00:00:00.00Z<br>Creation Date: 2024-02-17T18:27:19.00Z<br>Registrar Registration Expiration Date: 2025-02-17T18:27:19.00Z<br>Registrar: NAMECHEAP INC<br>Registrar IANA ID: 1068<br>Registrar Abuse Contact Email: abuse@namecheap.com<br>Registrar Abuse Contact Phone: +1.9854014545<br>Reseller: NAMECHEAP INC<br>Domain Status: clientTransferProhibited<br>https://icann.org/epp#clientTransferProhibited<br>Registry Registrant ID:<br>Registrant Name: Redacted for Privacy |

| | |
|---|---|
| | Registrant Organization: Privacy service provided by Withheld for Privacy ehf<br>Registrant Street: Kalkofnsvegur 2<br>Registrant City: Reykjavik<br>Registrant State/Province: Capital Region<br>Registrant Postal Code: 101<br>Registrant Country: IS<br>Registrant Phone: +354.4212434<br>Registrant Phone Ext:<br>Registrant Fax:<br>Registrant Fax Ext:<br>Registrant Email:<br>cad10b04e802496cb7f315f443084ac1.protect@withheldforprivacy.com<br>Registry Admin ID:<br>Admin Name: Redacted for Privacy<br>Admin Organization: Privacy service provided by Withheld for Privacy ehf<br>Admin Street: Kalkofnsvegur 2<br>Admin City: Reykjavik<br>Admin State/Province: Capital Region<br>Admin Postal Code: 101<br>Admin Country: IS<br>Admin Phone: +354.4212434<br>Admin Phone Ext:<br>Admin Fax:<br>Admin Fax Ext:<br>Admin Email:<br>cad10b04e802496cb7f315f443084ac1.protect@withheldforprivacy.com<br>Registry Tech ID:<br>Tech Name: Redacted for Privacy<br>Tech Organization: Privacy service provided by Withheld for Privacy ehf<br>Tech Street: Kalkofnsvegur 2<br>Tech City: Reykjavik<br>Tech State/Province: Capital Region<br>Tech Postal Code: 101<br>Tech Country: IS<br>Tech Phone: +354.4212434<br>Tech Phone Ext:<br>Tech Fax:<br>Tech Fax Ext:<br>Tech Email:<br>cad10b04e802496cb7f315f443084ac1.protect@withheldforprivacy.com |

| | |
|---|---|
| | Name Server: ns1.dns-parking.com<br>Name Server: ns2.dns-parking.com<br>DNSSEC: unsigned<br>URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/<br>>>> Last update of WHOIS database: 2024-09-20T16:20:25.39Z <<< |
| CLOUDDEFSYSTEMS.COM | Domain name: clouddefsystems.com<br>Registry Domain ID: 2764044774_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.namecheap.com<br>Registrar URL: http://www.namecheap.com<br>Updated Date: 0001-01-01T00:00:00.00Z<br>Creation Date: 2023-03-10T08:39:33.00Z<br>Registrar Registration Expiration Date: 2024-03-10T08:39:33.00Z<br>Registrar: NAMECHEAP INC<br>Registrar IANA ID: 1068<br>Registrar Abuse Contact Email: abuse@namecheap.com<br>Registrar Abuse Contact Phone: +1.9854014545<br>Reseller: NAMECHEAP INC<br>Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited<br>Registry Registrant ID:<br>Registrant Name: Redacted for Privacy<br>Registrant Organization: Privacy service provided by Withheld for Privacy ehf<br>Registrant Street: Kalkofnsvegur 2<br>Registrant City: Reykjavik<br>Registrant State/Province: Capital Region<br>Registrant Postal Code: 101<br>Registrant Country: IS<br>Registrant Phone: +354.4212434<br>Registrant Phone Ext:<br>Registrant Fax:<br>Registrant Fax Ext:<br>Registrant Email: 94ac459a70de4e3bb65db311eea9da56.protect@withheldforprivacy.com<br>Registry Admin ID:<br>Admin Name: Redacted for Privacy<br>Admin Organization: Privacy service provided by Withheld for Privacy ehf<br>Admin Street: Kalkofnsvegur 2<br>Admin City: Reykjavik<br>Admin State/Province: Capital Region |

3

| | |
|---|---|
| | Admin Postal Code: 101<br>Admin Country: IS<br>Admin Phone: +354.4212434<br>Admin Phone Ext:<br>Admin Fax:<br>Admin Fax Ext:<br>Admin Email:<br>94ac459a70de4e3bb65db311eea9da56.protect@withheld<br>forprivacy.com<br>Registry Tech ID:<br>Tech Name: Redacted for Privacy<br>Tech Organization: Privacy service provided by Withheld<br>for Privacy ehf<br>Tech Street: Kalkofnsvegur 2<br>Tech City: Reykjavik<br>Tech State/Province: Capital Region<br>Tech Postal Code: 101<br>Tech Country: IS<br>Tech Phone: +354.4212434<br>Tech Phone Ext:<br>Tech Fax:<br>Tech Fax Ext:<br>Tech Email:<br>94ac459a70de4e3bb65db311eea9da56.protect@withheld<br>forprivacy.com<br>Name Server: dns101.registrar-servers.com<br>Name Server: dns102.registrar-servers.com<br>DNSSEC: unsigned<br>URL of the ICANN WHOIS Data Problem Reporting<br>System: http://wdprs.internic.net/<br>For more information on Whois status codes, please visit<br>https://icann.org/epp |
| CLOUDINFODATA.COM | Domain name: cloudinfodata.com<br>Registry Domain ID: 2781367380_DOMAIN_COM-<br>VRSN<br>Registrar WHOIS Server: whois.namecheap.com<br>Registrar URL: http://www.namecheap.com<br>Updated Date: 0001-01-01T00:00:00.00Z<br>Creation Date: 2023-05-16T15:23:52.00Z<br>Registrar Registration Expiration Date: 2024-05-<br>16T15:23:52.00Z<br>Registrar: NAMECHEAP INC<br>Registrar IANA ID: 1068<br>Registrar Abuse Contact Email: abuse@namecheap.com<br>Registrar Abuse Contact Phone: +1.9854014545<br>Reseller: NAMECHEAP INC |

| | |
|---|---|
| | Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited<br>Registry Registrant ID:<br>Registrant Name: REACTIVATION PERIOD<br>Registrant Organization: Withheld for Privacy Purposes<br>Registrant Street: Kalkofnsvegur 2<br>Registrant City: Reykjavik<br>Registrant State/Province: Capital Region<br>Registrant Postal Code: 101<br>Registrant Country: IS<br>Registrant Phone: +354.4212434<br>Registrant Phone Ext:<br>Registrant Fax:<br>Registrant Fax Ext:<br>Registrant Email: reactivation-pending@mail.withheldforprivacy.com<br>Registry Admin ID:<br>Admin Name: REACTIVATION PERIOD<br>Admin Organization: Withheld for Privacy Purposes<br>Admin Street: Kalkofnsvegur 2<br>Admin City: Reykjavik<br>Admin State/Province: Capital Region<br>Admin Postal Code: 101<br>Admin Country: IS<br>Admin Phone: +354.4212434<br>Admin Phone Ext:<br>Admin Fax:<br>Admin Fax Ext:<br>Admin Email: reactivation-pending@mail.withheldforprivacy.com<br>Registry Tech ID:<br>Tech Name: REACTIVATION PERIOD<br>Tech Organization: Withheld for Privacy Purposes<br>Tech Street: Kalkofnsvegur 2<br>Tech City: Reykjavik<br>Tech State/Province: Capital Region<br>Tech Postal Code: 101<br>Tech Country: IS<br>Tech Phone: +354.4212434<br>Tech Phone Ext:<br>Tech Fax:<br>Tech Fax Ext:<br>Tech Email: reactivation-pending@mail.withheldforprivacy.com<br>Name Server: dns101.registrar-servers.com<br>Name Server: dns102.registrar-servers.com |

| | |
|---|---|
| | DNSSEC: unsigned<br>URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/<br>For more information on Whois status codes, please visit https://icann.org/epp |
| CLOUDITHUB.COM | omain name: cloudithub.com<br>Registry Domain ID: 2784305716_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.namecheap.com<br>Registrar URL: http://www.namecheap.com<br>Updated Date: 2024-06-26T01:43:42.64Z<br>Creation Date: 2023-05-26T16:28:35.00Z<br>Registrar Registration Expiration Date: 2025-05-26T16:28:35.00Z<br>Registrar: NAMECHEAP INC<br>Registrar IANA ID: 1068<br>Registrar Abuse Contact Email: abuse@namecheap.com<br>Registrar Abuse Contact Phone: +1.9854014545<br>Reseller: NAMECHEAP INC<br>Domain Status: clientTransferProhibited<br>https://icann.org/epp#clientTransferProhibited<br>Registry Registrant ID:<br>Registrant Name: Redacted for Privacy<br>Registrant Organization: Privacy service provided by Withheld for Privacy ehf<br>Registrant Street: Kalkofnsvegur 2<br>Registrant City: Reykjavik<br>Registrant State/Province: Capital Region<br>Registrant Postal Code: 101<br>Registrant Country: IS<br>Registrant Phone: +354.4212434<br>Registrant Phone Ext:<br>Registrant Fax:<br>Registrant Fax Ext:<br>Registrant Email:<br>723eed6a6b98418d905c68cebf3d06be.protect@withheld forprivacy.com<br>Registry Admin ID:<br>Admin Name: Redacted for Privacy<br>Admin Organization: Privacy service provided by Withheld for Privacy ehf<br>Admin Street: Kalkofnsvegur 2<br>Admin City: Reykjavik<br>Admin State/Province: Capital Region<br>Admin Postal Code: 101<br>Admin Country: IS |

| | |
|---|---|
| | Admin Phone: +354.4212434 |
| | Admin Phone Ext: |
| | Admin Fax: |
| | Admin Fax Ext: |
| | Admin Email: |
| | 723eed6a6b98418d905c68cebf3d06be.protect@withheld |
| | forprivacy.com |
| | Registry Tech ID: |
| | Tech Name: Redacted for Privacy |
| | Tech Organization: Privacy service provided by Withheld |
| | for Privacy ehf |
| | Tech Street: Kalkofnsvegur 2 |
| | Tech City: Reykjavik |
| | Tech State/Province: Capital Region |
| | Tech Postal Code: 101 |
| | Tech Country: IS |
| | Tech Phone: +354.4212434 |
| | Tech Phone Ext: |
| | Tech Fax: |
| | Tech Fax Ext: |
| | Tech Email: |
| | 723eed6a6b98418d905c68cebf3d06be.protect@withheld |
| | forprivacy.com |
| | Name Server: ns1.dan.com |
| | Name Server: ns2.dan.com |
| | DNSSEC: unsigned |
| | URL of the ICANN WHOIS Data Problem Reporting |
| | System: http://wdprs.internic.net/ |
| | For more information on Whois status codes, please visit |
| | https://icann.org/epp |
| DATAWEBHUB.COM | Domain name: datawebhub.com |
| | Registry Domain ID: 2784305714_DOMAIN_COM-VRSN |
| | Registrar WHOIS Server: whois.namecheap.com |
| | Registrar URL: http://www.namecheap.com |
| | Updated Date: 2024-06-26T01:46:46.46Z |
| | Creation Date: 2023-05-26T16:28:34.00Z |
| | Registrar Registration Expiration Date: 2025-05-26T16:28:34.00Z |
| | Registrar: NAMECHEAP INC |
| | Registrar IANA ID: 1068 |
| | Registrar Abuse Contact Email: abuse@namecheap.com |
| | Registrar Abuse Contact Phone: +1.9854014545 |
| | Reseller: NAMECHEAP INC |
| | Domain Status: clientTransferProhibited |
| | https://icann.org/epp#clientTransferProhibited |

7

| | |
|---|---|
| | Registry Registrant ID:<br>Registrant Name: Redacted for Privacy<br>Registrant Organization: Privacy service provided by Withheld for Privacy ehf<br>Registrant Street: Kalkofnsvegur 2<br>Registrant City: Reykjavik<br>Registrant State/Province: Capital Region<br>Registrant Postal Code: 101<br>Registrant Country: IS<br>Registrant Phone: +354.4212434<br>Registrant Phone Ext:<br>Registrant Fax:<br>Registrant Fax Ext:<br>Registrant Email: bb1402f4bbb14246947e77ef4598aae0.protect@withheldforprivacy.com<br>Registry Admin ID:<br>Admin Name: Redacted for Privacy<br>Admin Organization: Privacy service provided by Withheld for Privacy ehf<br>Admin Street: Kalkofnsvegur 2<br>Admin City: Reykjavik<br>Admin State/Province: Capital Region<br>Admin Postal Code: 101<br>Admin Country: IS<br>Admin Phone: +354.4212434<br>Admin Phone Ext:<br>Admin Fax:<br>Admin Fax Ext:<br>Admin Email: bb1402f4bbb14246947e77ef4598aae0.protect@withheldforprivacy.com<br>Registry Tech ID:<br>Tech Name: Redacted for Privacy<br>Tech Organization: Privacy service provided by Withheld for Privacy ehf<br>Tech Street: Kalkofnsvegur 2<br>Tech City: Reykjavik<br>Tech State/Province: Capital Region<br>Tech Postal Code: 101<br>Tech Country: IS<br>Tech Phone: +354.4212434<br>Tech Phone Ext:<br>Tech Fax:<br>Tech Fax Ext: |

| | |
|---|---|
| | Tech Email: bb1402f4bbb14246947e77ef4598aae0.protect@withheldforprivacy.com<br>Name Server: ns1.dan.com<br>Name Server: ns2.dan.com<br>DNSSEC: unsigned<br>URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ |
| DOCSECGATE.COM | Domain Name: DOCSECGATE.COM<br>Registry Domain ID: 2797453581_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.namecheap.com<br>Registrar URL: http://www.namecheap.com<br>Updated Date: 2024-08-22T13:39:52Z<br>Creation Date: 2023-07-11T13:27:59Z<br>Registry Expiry Date: 2024-07-11T13:27:59Z<br>Registrar: NameCheap, Inc.<br>Registrar IANA ID: 1068<br>Registrar Abuse Contact Email: abuse@namecheap.com<br>Registrar Abuse Contact Phone: +1.6613102107<br>Domain Status: clientTransferProhibited<br>https://icann.org/epp#clientTransferProhibited<br>Domain Status: redemptionPeriod<br>https://icann.org/epp#redemptionPeriod<br>Name Server: DNS101.REGISTRAR-SERVERS.COM<br>Name Server: DNS102.REGISTRAR-SERVERS.COM<br>DNSSEC: unsigned<br>URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/<br>>>> Last update of whois database: 2024-09-20T17:25:49Z <<< |
| E-FLUXXSOLUTIONS.COM | Domain name: e-fluxxsolutions.com<br>Registry Domain ID: 2775421497_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.namecheap.com<br>Registrar URL: http://www.namecheap.com<br>Updated Date: 0001-01-01T00:00:00.00Z<br>Creation Date: 2023-04-24T10:42:21.00Z<br>Registrar Registration Expiration Date: 2024-04-24T10:42:21.00Z<br>Registrar: NAMECHEAP INC<br>Registrar IANA ID: 1068<br>Registrar Abuse Contact Email: abuse@namecheap.com<br>Registrar Abuse Contact Phone: +1.9854014545<br>Reseller: NAMECHEAP INC |

9

| | |
|---|---|
| | Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited |
| | Registry Registrant ID: |
| | Registrant Name: Redacted for Privacy |
| | Registrant Organization: Privacy service provided by Withheld for Privacy ehf |
| | Registrant Street: Kalkofnsvegur 2 |
| | Registrant City: Reykjavik |
| | Registrant State/Province: Capital Region |
| | Registrant Postal Code: 101 |
| | Registrant Country: IS |
| | Registrant Phone: +354.4212434 |
| | Registrant Phone Ext: |
| | Registrant Fax: |
| | Registrant Fax Ext: |
| | Registrant Email: b115c8ed61ca4385bde370956ce374d8.protect@withheldforprivacy.com |
| | Registry Admin ID: |
| | Admin Name: Redacted for Privacy |
| | Admin Organization: Privacy service provided by Withheld for Privacy ehf |
| | Admin Street: Kalkofnsvegur 2 |
| | Admin City: Reykjavik |
| | Admin State/Province: Capital Region |
| | Admin Postal Code: 101 |
| | Admin Country: IS |
| | Admin Phone: +354.4212434 |
| | Admin Phone Ext: |
| | Admin Fax: |
| | Admin Fax Ext: |
| | Admin Email: b115c8ed61ca4385bde370956ce374d8.protect@withheldforprivacy.com |
| | Registry Tech ID: |
| | Tech Name: Redacted for Privacy |
| | Tech Organization: Privacy service provided by Withheld for Privacy ehf |
| | Tech Street: Kalkofnsvegur 2 |
| | Tech City: Reykjavik |
| | Tech State/Province: Capital Region |
| | Tech Postal Code: 101 |
| | Tech Country: IS |
| | Tech Phone: +354.4212434 |
| | Tech Phone Ext: |
| | Tech Fax: |

| | |
|---|---|
| | Tech Fax Ext:<br>Tech                                               Email:<br>b115c8ed61ca4385bde370956ce374d8.protect@withheld<br>forprivacy.com<br>Name Server: dns101.registrar-servers.com<br>Name Server: dns102.registrar-servers.com<br>DNSSEC: unsigned<br>URL of the ICANN WHOIS Data Problem Reporting<br>System: http://wdprs.internic.net/<br>For more information on Whois status codes, please visit<br>https://icann.org/epp |
| ENTHEOGENICMD.COM | Domain Name: ENTHEOGENICMD.COM<br>Registry Domain ID: 2894098537_DOMAIN_COM-<br>VRSN<br>Registrar WHOIS Server: whois.hostinger.com<br>Registrar URL: http://www.hostinger.com<br>Updated Date: 2024-06-26T13:54:05Z<br>Creation Date: 2024-06-26T13:53:58Z<br>Registry Expiry Date: 2025-06-26T13:53:58Z<br>Registrar: HOSTINGER operations, UAB<br>Registrar IANA ID: 1636<br>Registrar Abuse Contact Email: abuse-<br>tracker@hostinger.com<br>Registrar Abuse Contact Phone: +37064503378<br>Domain Status: clientTransferProhibited<br>https://icann.org/epp#clientTransferProhibited<br>Name Server: NS1.DNS-PARKING.COM<br>Name Server: NS2.DNS-PARKING.COM<br>DNSSEC: unsigned<br>URL of the ICANN Whois Inaccuracy Complaint Form:<br>https://www.icann.org/wicf/<br>>>> Last update of whois database: 2024-09-<br>20T17:30:06Z <<< |
| EXTRACTORDRAW.COM | Domain Name: EXTRACTORDRAW.COM<br>Registry Domain ID: 2863506875_DOMAIN_COM-<br>VRSN<br>Registrar WHOIS Server: whois.hostinger.com<br>Registrar URL: http://www.hostinger.com<br>Updated Date: 2024-03-14T17:31:07Z<br>Creation Date: 2024-03-14T17:31:02Z<br>Registry Expiry Date: 2025-03-14T17:31:02Z<br>Registrar: HOSTINGER operations, UAB<br>Registrar IANA ID: 1636<br>Registrar Abuse Contact Email: abuse-<br>tracker@hostinger.com<br>Registrar Abuse Contact Phone: +37064503378 |

| | Domain Status: clientTransferProhibited<br>https://icann.org/epp#clientTransferProhibited<br>Name Server: NS1.DNS-PARKING.COM<br>Name Server: NS2.DNS-PARKING.COM<br>DNSSEC: unsigned<br>URL of the ICANN Whois Inaccuracy Complaint Form:<br>https://www.icann.org/wicf/<br>>>> Last update of whois database: 2024-09-20T17:31:22Z <<< |
|---|---|
| GALETSCRYPTODATA.COM | Domain name: galetscryptodata.com<br>Registry Domain ID: 2760849968_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.namecheap.com<br>Registrar URL: http://www.namecheap.com<br>Updated Date: 0001-01-01T00:00:00.00Z<br>Creation Date: 2023-02-24T18:49:12.00Z<br>Registrar Registration Expiration Date: 2024-02-24T18:49:12.00Z<br>Registrar: NAMECHEAP INC<br>Registrar IANA ID: 1068<br>Registrar Abuse Contact Email: abuse@namecheap.com<br>Registrar Abuse Contact Phone: +1.9854014545<br>Reseller: NAMECHEAP INC<br>Domain Status: clientTransferProhibited<br>https://icann.org/epp#clientTransferProhibited<br>Registry Registrant ID:<br>Registrant Name: Redacted for Privacy<br>Registrant Organization: Privacy service provided by Withheld for Privacy ehf<br>Registrant Street: Kalkofnsvegur 2<br>Registrant City: Reykjavik<br>Registrant State/Province: Capital Region<br>Registrant Postal Code: 101<br>Registrant Country: IS<br>Registrant Phone: +354.4212434<br>Registrant Phone Ext:<br>Registrant Fax:<br>Registrant Fax Ext:<br>Registrant Email: 1938c38cd842454586009056002f69dc.protect@withheldforprivacy.com<br>Registry Admin ID:<br>Admin Name: Redacted for Privacy<br>Admin Organization: Privacy service provided by Withheld for Privacy ehf |

| | |
|---|---|
| | Admin Street: Kalkofnsvegur 2<br>Admin City: Reykjavik<br>Admin State/Province: Capital Region<br>Admin Postal Code: 101<br>Admin Country: IS<br>Admin Phone: +354.4212434<br>Admin Phone Ext:<br>Admin Fax:<br>Admin Fax Ext:<br>Admin Email:<br>1938c38cd842454586009056002f69dc.protect@with<br>heldforprivacy.com<br>Registry Tech ID:<br>Tech Name: Redacted for Privacy<br>Tech Organization: Privacy service provided by<br>Withheld for Privacy ehf<br>Tech Street: Kalkofnsvegur 2<br>Tech City: Reykjavik<br>Tech State/Province: Capital Region<br>Tech Postal Code: 101<br>Tech Country: IS<br>Tech Phone: +354.4212434<br>Tech Phone Ext:<br>Tech Fax:<br>Tech Fax Ext:<br>Tech Email:<br>1938c38cd842454586009056002f69dc.protect@with<br>heldforprivacy.com<br>Name Server: dns101.registrar-servers.com<br>Name Server: dns102.registrar-servers.com<br>DNSSEC: unsigned<br>URL of the ICANN WHOIS Data Problem Reporting<br>System: http://wdprs.internic.net/<br>For more information on Whois status codes, please<br>visit https://icann.org/epp |
| GATEBLURBREPOSITORY.COM | Domain Name: GATEBLURBREPOSITORY.COM<br>Registry Domain ID: 2759139284_DOMAIN_COM-<br>VRSN<br>Registrar WHOIS Server: whois.namecheap.com<br>Registrar URL: http://www.namecheap.com<br>Updated Date: 2024-08-24T22:01:34Z<br>Creation Date: 2023-02-17T18:02:46Z<br>Registry Expiry Date: 2025-02-17T18:02:46Z<br>Registrar: NameCheap, Inc.<br>Registrar IANA ID: 1068<br>Registrar Abuse Contact Email: abuse@namecheap.com |

| | |
|---|---|
| | Registrar Abuse Contact Phone: +1.6613102107<br>Domain Status: clientTransferProhibited<br>https://icann.org/epp#clientTransferProhibited<br>Name Server: NS1.DAN.COM<br>Name Server: NS2.DAN.COM<br>DNSSEC: unsigned<br>URL of the ICANN Whois Inaccuracy Complaint Form:<br>https://www.icann.org/wicf/<br>>>> Last update of whois database: 2024-09-20T17:35:56Z <<< |
| GATEWAYDOCSINT.COM | Domain name: gatewaydocsint.com<br>Registry Domain ID: 2754772928_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.namecheap.com<br>Registrar URL: http://www.namecheap.com<br>Updated Date: 0001-01-01T00:00:00.00Z<br>Creation Date: 2023-01-29T21:32:39.00Z<br>Registrar Registration Expiration Date: 2025-01-29T21:32:39.00Z<br>Registrar: NAMECHEAP INC<br>Registrar IANA ID: 1068<br>Registrar Abuse Contact Email: abuse@namecheap.com<br>Registrar Abuse Contact Phone: +1.9854014545<br>Reseller: NAMECHEAP INC<br>Domain Status: clientTransferProhibited<br>https://icann.org/epp#clientTransferProhibited<br>Registry Registrant ID: Redacted for Privacy Purposes<br>Registrant Name: Redacted for Privacy Purposes<br>Registrant Organization: Redacted for Privacy Purposes<br>Registrant Street: Redacted for Privacy Purposes<br>Registrant City: Redacted for Privacy Purposes<br>Registrant State/Province: FL<br>Registrant Postal Code: Redacted for Privacy Purposes<br>Registrant Country: US<br>Registrant Phone: Redacted for Privacy Purposes<br>Registrant Phone Ext: Redacted for Privacy Purposes<br>Registrant Fax: Redacted for Privacy Purposes<br>Registrant Fax Ext: Redacted for Privacy Purposes<br>Registrant Email: Select Contact Domain Holder link at<br>https://www.namecheap.com/domains/whois/result?domain=gatewaydocsint.com<br>Registry Admin ID: Redacted for Privacy Purposes<br>Admin Name: Redacted for Privacy Purposes<br>Admin Organization: Redacted for Privacy Purposes<br>Admin Street: Redacted for Privacy Purposes<br>Admin City: Redacted for Privacy Purposes |

| | |
|---|---|
| | Admin State/Province: Redacted for Privacy Purposes<br>Admin Postal Code: Redacted for Privacy Purposes<br>Admin Country: Redacted for Privacy Purposes<br>Admin Phone: Redacted for Privacy Purposes<br>Admin Phone Ext: Redacted for Privacy Purposes<br>Admin Fax: Redacted for Privacy Purposes<br>Admin Fax Ext: Redacted for Privacy Purposes<br>Admin Email: Select Contact Domain Holder link at https://www.namecheap.com/domains/whois/result?domain=gatewaydocsint.com<br>Registry Tech ID: Redacted for Privacy Purposes<br>Tech Name: Redacted for Privacy Purposes<br>Tech Organization: Redacted for Privacy Purposes<br>Tech Street: Redacted for Privacy Purposes<br>Tech City: Redacted for Privacy Purposes<br>Tech State/Province: Redacted for Privacy Purposes<br>Tech Postal Code: Redacted for Privacy Purposes<br>Tech Country: Redacted for Privacy Purposes<br>Tech Phone: Redacted for Privacy Purposes<br>Tech Phone Ext: Redacted for Privacy Purposes<br>Tech Fax: Redacted for Privacy Purposes<br>Tech Fax Ext: Redacted for Privacy Purposes<br>Tech Email: Select Contact Domain Holder link at https://www.namecheap.com/domains/whois/result?domain=gatewaydocsint.com<br>Name Server: ns1.dan.com<br>Name Server: ns2.dan.com<br>DNSSEC: unsigned<br>URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/<br>>>> Last update of WHOIS database: 2024-09-19T22:38:23.64Z <<< |
| GAWECRYPTOINFOSOLUTIONS.COM | Domain name: gawecryptoinfosolutions.com<br>Registry Domain ID: 2760849980_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.namecheap.com<br>Registrar URL: http://www.namecheap.com<br>Updated Date: 0001-01-01T00:00:00.00Z<br>Creation Date: 2023-02-24T18:49:17.00Z<br>Registrar Registration Expiration Date: 2024-02-24T18:49:17.00Z<br>Registrar: NAMECHEAP INC<br>Registrar IANA ID: 1068<br>Registrar Abuse Contact Email: abuse@namecheap.com<br>Registrar Abuse Contact Phone: +1.9854014545<br>Reseller: NAMECHEAP INC |

| | |
|---|---|
| | Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited |
| | Registry Registrant ID: |
| | Registrant Name: Redacted for Privacy |
| | Registrant Organization: Privacy service provided by Withheld for Privacy ehf |
| | Registrant Street: Kalkofnsvegur 2 |
| | Registrant City: Reykjavik |
| | Registrant State/Province: Capital Region |
| | Registrant Postal Code: 101 |
| | Registrant Country: IS |
| | Registrant Phone: +354.4212434 |
| | Registrant Phone Ext: |
| | Registrant Fax: |
| | Registrant Fax Ext: |
| | Registrant Email: 820478c363754e72bad77cc0e5a20663.protect@withheldforprivacy.com |
| | Registry Admin ID: |
| | Admin Name: Redacted for Privacy |
| | Admin Organization: Privacy service provided by Withheld for Privacy ehf |
| | Admin Street: Kalkofnsvegur 2 |
| | Admin City: Reykjavik |
| | Admin State/Province: Capital Region |
| | Admin Postal Code: 101 |
| | Admin Country: IS |
| | Admin Phone: +354.4212434 |
| | Admin Phone Ext: |
| | Admin Fax: |
| | Admin Fax Ext: |
| | Admin Email: 820478c363754e72bad77cc0e5a20663.protect@withheldforprivacy.com |
| | Registry Tech ID: |
| | Tech Name: Redacted for Privacy |
| | Tech Organization: Privacy service provided by Withheld for Privacy ehf |
| | Tech Street: Kalkofnsvegur 2 |
| | Tech City: Reykjavik |
| | Tech State/Province: Capital Region |
| | Tech Postal Code: 101 |
| | Tech Country: IS |
| | Tech Phone: +354.4212434 |
| | Tech Phone Ext: |
| | Tech Fax: |

| | |
|---|---|
| | Tech Fax Ext:<br>Tech                                                                    Email:<br>820478c363754e72bad77cc0e5a20663.protect@withheld<br>forprivacy.com<br>Name Server: dns101.registrar-servers.com<br>Name Server: dns102.registrar-servers.com<br>DNSSEC: unsigned<br>URL of the ICANN WHOIS Data Problem Reporting<br>System: http://wdprs.internic.net/<br>For more information on Whois status codes, please visit<br>https://icann.org/epp |
| GETFIGMACREATOR.COM | Domain name: GETFIGMACREATOR.COM<br>Registry Domain ID: 2805036851_DOMAIN_COM-<br>VRSN<br>Registrar WHOIS Server: whois.namecheap.com<br>Registrar URL: http://www.namecheap.com<br>Updated Date: 0001-01-01T00:00:00.00Z<br>Creation Date: 2023-08-11T13:13:20.00Z<br>Registrar Registration Expiration Date: 2024-08-<br>11T13:13:20.00Z<br>Registrar: NAMECHEAP INC<br>Registrar IANA ID: 1068<br>Registrar Abuse Contact Email: abuse@namecheap.com<br>Registrar Abuse Contact Phone: +1.9854014545<br>Reseller: NAMECHEAP INC<br>Domain Status: clientTransferProhibited<br>https://icann.org/epp#clientTransferProhibited<br>Registry Registrant ID:<br>Registrant Name: REACTIVATION PERIOD<br>Registrant Organization: Withheld for Privacy Purposes<br>Registrant Street: Kalkofnsvegur 2<br>Registrant City: Reykjavik<br>Registrant State/Province: Capital Region<br>Registrant Postal Code: 101<br>Registrant Country: IS<br>Registrant Phone: +354.4212434<br>Registrant Phone Ext:<br>Registrant Fax:<br>Registrant Fax Ext:<br>Registrant Email: reactivation-<br>pending@mail.withheldforprivacy.com<br>Registry Admin ID:<br>Admin Name: REACTIVATION PERIOD<br>Admin Organization: Withheld for Privacy Purposes<br>Admin Street: Kalkofnsvegur 2<br>Admin City: Reykjavik |

| | |
|---|---|
| | Admin State/Province: Capital Region<br>Admin Postal Code: 101<br>Admin Country: IS<br>Admin Phone: +354.4212434<br>Admin Phone Ext:<br>Admin Fax:<br>Admin Fax Ext:<br>Admin Email: reactivation-<br>pending@mail.withheldforprivacy.com<br>Registry Tech ID:<br>Tech Name: REACTIVATION PERIOD<br>Tech Organization: Withheld for Privacy Purposes<br>Tech Street: Kalkofnsvegur 2<br>Tech City: Reykjavik<br>Tech State/Province: Capital Region<br>Tech Postal Code: 101<br>Tech Country: IS<br>Tech Phone: +354.4212434<br>Tech Phone Ext:<br>Tech Fax:<br>Tech Fax Ext:<br>Tech Email: reactivation-<br>pending@mail.withheldforprivacy.com<br>Name Server: dns101.registrar-servers.com<br>Name Server: dns102.registrar-servers.com<br>DNSSEC: unsigned<br>URL of the ICANN WHOIS Data Problem Reporting<br>System: http://wdprs.internic.net/<br>>>> Last update of WHOIS database: 2024-09-19T18:41:32.94Z <<< |
| GOVSAFEBREAKTHROUGH.COM | Domain name: GOVSAFEBREAKTHROUGH.COM<br>Registry Domain ID: 2797988434_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.namecheap.com<br>Registrar URL: http://www.namecheap.com<br>Updated Date: 0001-01-01T00:00:00.00Z<br>Creation Date: 2023-07-13T16:26:44.00Z<br>Registrar Registration Expiration Date: 2024-07-13T16:26:44.00Z<br>Registrar: NAMECHEAP INC<br>Registrar IANA ID: 1068<br>Registrar Abuse Contact Email: abuse@namecheap.com<br>Registrar Abuse Contact Phone: +1.9854014545<br>Reseller: NAMECHEAP INC<br>Domain Status: clientTransferProhibited<br>https://icann.org/epp#clientTransferProhibited |

| | |
|---|---|
| | Domain Status: pendingDelete<br>https://icann.org/epp#pendingDelete<br>Domain Status: redemptionPeriod<br>https://icann.org/epp#redemptionPeriod<br>Registry Registrant ID:<br>Registrant Name: REACTIVATION PERIOD<br>Registrant Organization: Withheld for Privacy Purposes<br>Registrant Street: Kalkofnsvegur 2<br>Registrant City: Reykjavik<br>Registrant State/Province: Capital Region<br>Registrant Postal Code: 101<br>Registrant Country: IS<br>Registrant Phone: +354.4212434<br>Registrant Phone Ext:<br>Registrant Fax:<br>Registrant Fax Ext:<br>Registrant Email: reactivation-<br>pending@mail.withheldforprivacy.com<br>Registry Admin ID:<br>Admin Name: REACTIVATION PERIOD<br>Admin Organization: Withheld for Privacy Purposes<br>Admin Street: Kalkofnsvegur 2<br>Admin City: Reykjavik<br>Admin State/Province: Capital Region<br>Admin Postal Code: 101<br>Admin Country: IS<br>Admin Phone: +354.4212434<br>Admin Phone Ext:<br>Admin Fax:<br>Admin Fax Ext:<br>Admin Email: reactivation-<br>pending@mail.withheldforprivacy.com<br>Registry Tech ID:<br>Tech Name: REACTIVATION PERIOD<br>Tech Organization: Withheld for Privacy Purposes<br>Tech Street: Kalkofnsvegur 2<br>Tech City: Reykjavik<br>Tech State/Province: Capital Region<br>Tech Postal Code: 101<br>Tech Country: IS<br>Tech Phone: +354.4212434<br>Tech Phone Ext:<br>Tech Fax:<br>Tech Fax Ext:<br>Tech Email: reactivation-<br>pending@mail.withheldforprivacy.com |

| | Name Server: dns101.registrar-servers.com |
| --- | --- |
| | Name Server: dns102.registrar-servers.com |
| | DNSSEC: unsigned |
| | URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ |
| | >>> Last update of WHOIS database: 2024-09-20T16:43:20.59Z <<< |
| GUARDITTECH.COM | Domain name: guardittech.com |
| | Registry Domain ID: 2772370916_DOMAIN_COM-VRSN |
| | Registrar WHOIS Server: whois.namecheap.com |
| | Registrar URL: http://www.namecheap.com |
| | Updated Date: 0001-01-01T00:00:00.00Z |
| | Creation Date: 2023-04-12T13:36:33.00Z |
| | Registrar Registration Expiration Date: 2024-04-12T13:36:33.00Z |
| | Registrar: NAMECHEAP INC |
| | Registrar IANA ID: 1068 |
| | Registrar Abuse Contact Email: abuse@namecheap.com |
| | Registrar Abuse Contact Phone: +1.9854014545 |
| | Reseller: NAMECHEAP INC |
| | Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited |
| | Registry Registrant ID: |
| | Registrant Name: Redacted for Privacy |
| | Registrant Organization: Privacy service provided by Withheld for Privacy ehf |
| | Registrant Street: Kalkofnsvegur 2 |
| | Registrant City: Reykjavik |
| | Registrant State/Province: Capital Region |
| | Registrant Postal Code: 101 |
| | Registrant Country: IS |
| | Registrant Phone: +354.4212434 |
| | Registrant Phone Ext: |
| | Registrant Fax: |
| | Registrant Fax Ext: |
| | Registrant Email: 7c57f044c47e45b5a673950a7861ba8b.protect@withheldforprivacy.com |
| | Registry Admin ID: |
| | Admin Name: Redacted for Privacy |
| | Admin Organization: Privacy service provided by Withheld for Privacy ehf |
| | Admin Street: Kalkofnsvegur 2 |
| | Admin City: Reykjavik |
| | Admin State/Province: Capital Region |

| | |
|---|---|
| | Admin Postal Code: 101<br>Admin Country: IS<br>Admin Phone: +354.4212434<br>Admin Phone Ext:<br>Admin Fax:<br>Admin Fax Ext:<br>Admin                    Email:<br>7c57f044c47e45b5a673950a7861ba8b.protect@withheld<br>forprivacy.com<br>Registry Tech ID:<br>Tech Name: Redacted for Privacy<br>Tech Organization: Privacy service provided by Withheld<br>for Privacy ehf<br>Tech Street: Kalkofnsvegur 2<br>Tech City: Reykjavik<br>Tech State/Province: Capital Region<br>Tech Postal Code: 101<br>Tech Country: IS<br>Tech Phone: +354.4212434<br>Tech Phone Ext:<br>Tech Fax:<br>Tech Fax Ext:<br>Tech                    Email:<br>7c57f044c47e45b5a673950a7861ba8b.protect@withheld<br>forprivacy.com<br>Name Server: dns101.registrar-servers.com<br>Name Server: dns102.registrar-servers.com<br>DNSSEC: unsigned<br>URL of the ICANN WHOIS Data Problem Reporting<br>System: http://wdprs.internic.net/<br>For more information on Whois status codes, please visit<br>https://icann.org/epp |
| HELMETKUP.COM | Domain name: HELMETKUP.COM<br>Registry Domain ID: 2859617771_DOMAIN_COM-<br>VRSN<br>Registrar WHOIS Server: whois.namecheap.com<br>Registrar URL: http://www.namecheap.com<br>Updated Date: 0001-01-01T00:00:00.00Z<br>Creation Date: 2024-02-29T17:04:27.00Z<br>Registrar Registration Expiration Date: 2025-02-<br>28T17:04:27.00Z<br>Registrar: NAMECHEAP INC<br>Registrar IANA ID: 1068<br>Registrar Abuse Contact Email: abuse@namecheap.com<br>Registrar Abuse Contact Phone: +1.9854014545<br>Reseller: NAMECHEAP INC |

| | Domain Status: clientTransferProhibited |
|---|---|
| | https://icann.org/epp#clientTransferProhibited |
| | Registry Registrant ID: |
| | Registrant Name: Redacted for Privacy |
| | Registrant Organization: Privacy service provided by |
| | Withheld for Privacy ehf |
| | Registrant Street: Kalkofnsvegur 2 |
| | Registrant City: Reykjavik |
| | Registrant State/Province: Capital Region |
| | Registrant Postal Code: 101 |
| | Registrant Country: IS |
| | Registrant Phone: +354.4212434 |
| | Registrant Phone Ext: |
| | Registrant Fax: |
| | Registrant Fax Ext: |
| | Registrant Email: |
| | b0f651910fc24e5cb826549a09331910.protect@withheld |
| | forprivacy.com |
| | Registry Admin ID: |
| | Admin Name: Redacted for Privacy |
| | Admin Organization: Privacy service provided by |
| | Withheld for Privacy ehf |
| | Admin Street: Kalkofnsvegur 2 |
| | Admin City: Reykjavik |
| | Admin State/Province: Capital Region |
| | Admin Postal Code: 101 |
| | Admin Country: IS |
| | Admin Phone: +354.4212434 |
| | Admin Phone Ext: |
| | Admin Fax: |
| | Admin Fax Ext: |
| | Admin Email: |
| | b0f651910fc24e5cb826549a09331910.protect@withheld |
| | forprivacy.com |
| | Registry Tech ID: |
| | Tech Name: Redacted for Privacy |
| | Tech Organization: Privacy service provided by Withheld |
| | for Privacy ehf |
| | Tech Street: Kalkofnsvegur 2 |
| | Tech City: Reykjavik |
| | Tech State/Province: Capital Region |
| | Tech Postal Code: 101 |
| | Tech Country: IS |
| | Tech Phone: +354.4212434 |
| | Tech Phone Ext: |
| | Tech Fax: |

| | |
|---|---|
| | Tech Fax Ext:<br>Tech Email:<br>b0f651910fc24e5cb826549a09331910.protect@withheld<br>forprivacy.com<br>Name Server: ns1.dns-parking.com<br>Name Server: ns2.dns-parking.com<br>DNSSEC: unsigned<br>URL of the ICANN WHOIS Data Problem Reporting<br>System: http://wdprs.internic.net/<br>>>> Last update of WHOIS database: 2024-09-20T09:44:28.70Z <<< |
| IMGRICH.COM | Domain Name: IMGRICH.COM<br>Registry Domain ID: 2863761839_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.hostinger.com<br>Registrar URL: http://www.hostinger.com<br>Updated Date: 2024-03-15T14:56:16Z<br>Creation Date: 2024-03-15T14:56:13Z<br>Registry Expiry Date: 2025-03-15T14:56:13Z<br>Registrar: HOSTINGER operations, UAB<br>Registrar IANA ID: 1636<br>Registrar Abuse Contact Email: abuse-tracker@hostinger.com<br>Registrar Abuse Contact Phone: +37064503378<br>Domain Status: clientTransferProhibited<br>https://icann.org/epp#clientTransferProhibited<br>Name Server: NS1.DNS-PARKING.COM<br>Name Server: NS2.DNS-PARKING.COM<br>DNSSEC: unsigned<br>URL of the ICANN Whois Inaccuracy Complaint Form:<br>https://www.icann.org/wicf/<br>>>> Last update of whois database: 2024-09-20T17:48:02Z <<< |
| INREALCONNECT.COM | Domain Name: INREALCONNECT.COM<br>Registry Domain ID: 2870766541_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.namecheap.com<br>Registrar URL: http://www.namecheap.com<br>Updated Date: 2024-04-09T14:49:24Z<br>Creation Date: 2024-04-09T14:49:21Z<br>Registry Expiry Date: 2025-04-09T14:49:21Z<br>Registrar: NameCheap, Inc.<br>Registrar IANA ID: 1068<br>Registrar Abuse Contact Email: abuse@namecheap.com<br>Registrar Abuse Contact Phone: +1.6613102107 |

| | |
|---|---|
| | Domain Status: clientTransferProhibited<br>https://icann.org/epp#clientTransferProhibited<br>Name Server: DNS1.REGISTRAR-SERVERS.COM<br>Name Server: DNS2.REGISTRAR-SERVERS.COM<br>DNSSEC: unsigned<br>URL of the ICANN Whois Inaccuracy Complaint Form:<br>https://www.icann.org/wicf/<br>>>> Last update of whois database: 2024-09-20T17:49:04Z <<< |
| INSTANTPOINTZERO.COM | Domain name: INSTANTPOINTZERO.COM<br>Registry Domain ID: 2861020667_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.namecheap.com<br>Registrar URL: http://www.namecheap.com<br>Updated Date: 0001-01-01T00:00:00.00Z<br>Creation Date: 2024-03-05T12:37:50.00Z<br>Registrar Registration Expiration Date: 2025-03-05T12:37:50.00Z<br>Registrar: NAMECHEAP INC<br>Registrar IANA ID: 1068<br>Registrar Abuse Contact Email: abuse@namecheap.com<br>Registrar Abuse Contact Phone: +1.9854014545<br>Reseller: NAMECHEAP INC<br>Domain Status: clientTransferProhibited<br>https://icann.org/epp#clientTransferProhibited<br>Domain Status: addPeriod<br>https://icann.org/epp#addPeriod<br>Registry Registrant ID:<br>Registrant Name: Redacted for Privacy<br>Registrant Organization: Privacy service provided by Withheld for Privacy ehf<br>Registrant Street: Kalkofnsvegur 2<br>Registrant City: Reykjavik<br>Registrant State/Province: Capital Region<br>Registrant Postal Code: 101<br>Registrant Country: IS<br>Registrant Phone: +354.4212434<br>Registrant Phone Ext:<br>Registrant Fax:<br>Registrant Fax Ext:<br>Registrant Email:<br>9165fd17e3a24cedb27207ac20cbb972.protect@withheldforprivacy.com<br>Registry Admin ID:<br>Admin Name: Redacted for Privacy |

24

| | |
|---|---|
| | Admin Organization: Privacy service provided by Withheld for Privacy ehf<br>Admin Street: Kalkofnsvegur 2<br>Admin City: Reykjavik<br>Admin State/Province: Capital Region<br>Admin Postal Code: 101<br>Admin Country: IS<br>Admin Phone: +354.4212434<br>Admin Phone Ext:<br>Admin Fax:<br>Admin Fax Ext:<br>Admin Email:<br>9165fd17e3a24cedb27207ac20cbb972.protect@withheld forprivacy.com<br>Registry Tech ID:<br>Tech Name: Redacted for Privacy<br>Tech Organization: Privacy service provided by Withheld for Privacy ehf<br>Tech Street: Kalkofnsvegur 2<br>Tech City: Reykjavik<br>Tech State/Province: Capital Region<br>Tech Postal Code: 101<br>Tech Country: IS<br>Tech Phone: +354.4212434<br>Tech Phone Ext:<br>Tech Fax:<br>Tech Fax Ext:<br>Tech Email:<br>9165fd17e3a24cedb27207ac20cbb972.protect@withheld forprivacy.com<br>Name Server: dns1.registrar-servers.com<br>Name Server: dns2.registrar-servers.com<br>DNSSEC: unsigned<br>URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/<br>>>> Last update of WHOIS database: 2024-09-20T06:52:04.76Z <<< |
| INTELLIGENTAUTOMATION ALLEY.COM | Domain name:<br>INTELLIGENTAUTOMATIONALLEY.COM<br>Registry Domain ID: 2856020497_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.namecheap.com<br>Registrar URL: http://www.namecheap.com<br>Updated Date: 0001-01-01T00:00:00.00Z<br>Creation Date: 2024-02-17T17:57:50.00Z |

Registrar Registration Expiration Date: 2025-02-17T17:57:50.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.9854014545
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: Redacted for Privacy
Registrant Organization: Privacy service provided by Withheld for Privacy ehf
Registrant Street: Kalkofnsvegur 2
Registrant City: Reykjavik
Registrant State/Province: Capital Region
Registrant Postal Code: 101
Registrant Country: IS
Registrant Phone: +354.4212434
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: e7c4de7cd08642b3a8c409c734a647d8.protect@withheldforprivacy.com
Registry Admin ID:
Admin Name: Redacted for Privacy
Admin Organization: Privacy service provided by Withheld for Privacy ehf
Admin Street: Kalkofnsvegur 2
Admin City: Reykjavik
Admin State/Province: Capital Region
Admin Postal Code: 101
Admin Country: IS
Admin Phone: +354.4212434
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: e7c4de7cd08642b3a8c409c734a647d8.protect@withheldforprivacy.com
Registry Tech ID:
Tech Name: Redacted for Privacy
Tech Organization: Privacy service provided by Withheld for Privacy ehf
Tech Street: Kalkofnsvegur 2

26

| | |
|---|---|
| | Tech City: Reykjavik |
| | Tech State/Province: Capital Region |
| | Tech Postal Code: 101 |
| | Tech Country: IS |
| | Tech Phone: +354.4212434 |
| | Tech Phone Ext: |
| | Tech Fax: |
| | Tech Fax Ext: |
| | Tech Email: |
| | e7c4de7cd08642b3a8c409c734a647d8.protect@withheld |
| | forprivacy.com |
| | Name Server: ns1.dns-parking.com |
| | Name Server: ns2.dns-parking.com |
| | DNSSEC: unsigned |
| | URL of the ICANN WHOIS Data Problem Reporting |
| | System: http://wdprs.internic.net/ |
| | >>> Last update of WHOIS database: 2024-09-20T02:54:16.18Z <<< |
| KEEPERDOCUMENTLLC.COM | Domain name: keeperdocumentllc.com |
| | Registry Domain ID: 2765526386_DOMAIN_COM-VRSN |
| | Registrar WHOIS Server: whois.namecheap.com |
| | Registrar URL: http://www.namecheap.com |
| | Updated Date: 0001-01-01T00:00:00.00Z |
| | Creation Date: 2023-03-16T09:09:23.00Z |
| | Registrar Registration Expiration Date: 2024-03-16T09:09:23.00Z |
| | Registrar: NAMECHEAP INC |
| | Registrar IANA ID: 1068 |
| | Registrar Abuse Contact Email: abuse@namecheap.com |
| | Registrar Abuse Contact Phone: +1.9854014545 |
| | Reseller: NAMECHEAP INC |
| | Domain Status: clientTransferProhibited |
| | https://icann.org/epp#clientTransferProhibited |
| | Registry Registrant ID: |
| | Registrant Name: Redacted for Privacy |
| | Registrant Organization: Privacy service provided by Withheld for Privacy ehf |
| | Registrant Street: Kalkofnsvegur 2 |
| | Registrant City: Reykjavik |
| | Registrant State/Province: Capital Region |
| | Registrant Postal Code: 101 |
| | Registrant Country: IS |
| | Registrant Phone: +354.4212434 |
| | Registrant Phone Ext: |
| | Registrant Fax: |

| | Registrant Fax Ext: |
|---|---|
| | Registrant                                                    Email: 242400c85b41476d846e8cc4a0b8f62d.protect@withheld forprivacy.com |
| | Registry Admin ID: |
| | Admin Name: Redacted for Privacy |
| | Admin Organization: Privacy service provided by Withheld for Privacy ehf |
| | Admin Street: Kalkofnsvegur 2 |
| | Admin City: Reykjavik |
| | Admin State/Province: Capital Region |
| | Admin Postal Code: 101 |
| | Admin Country: IS |
| | Admin Phone: +354.4212434 |
| | Admin Phone Ext: |
| | Admin Fax: |
| | Admin Fax Ext: |
| | Admin                                                         Email: 242400c85b41476d846e8cc4a0b8f62d.protect@withheld forprivacy.com |
| | Registry Tech ID: |
| | Tech Name: Redacted for Privacy |
| | Tech Organization: Privacy service provided by Withheld for Privacy ehf |
| | Tech Street: Kalkofnsvegur 2 |
| | Tech City: Reykjavik |
| | Tech State/Province: Capital Region |
| | Tech Postal Code: 101 |
| | Tech Country: IS |
| | Tech Phone: +354.4212434 |
| | Tech Phone Ext: |
| | Tech Fax: |
| | Tech Fax Ext: |
| | Tech                                                          Email: 242400c85b41476d846e8cc4a0b8f62d.protect@withheld forprivacy.com |
| | Name Server: dns101.registrar-servers.com |
| | Name Server: dns102.registrar-servers.com |
| | DNSSEC: unsigned |
| | URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ |
| | For more information on Whois status codes, please visit https://icann.org/epp |
| KEEPERITLABEL.COM | Domain name: keeperitlabel.com |

| | Registry Domain ID: 2762230896_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.namecheap.com<br>Registrar URL: http://www.namecheap.com<br>Updated Date: 0001-01-01T00:00:00.00Z<br>Creation Date: 2023-03-02T16:03:10.00Z<br>Registrar Registration Expiration Date: 2024-03-02T16:03:10.00Z<br>Registrar: NAMECHEAP INC<br>Registrar IANA ID: 1068<br>Registrar Abuse Contact Email: abuse@namecheap.com<br>Registrar Abuse Contact Phone: +1.9854014545<br>Reseller: NAMECHEAP INC<br>Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited<br>Registry Registrant ID:<br>Registrant Name: Redacted for Privacy<br>Registrant Organization: Privacy service provided by Withheld for Privacy ehf<br>Registrant Street: Kalkofnsvegur 2<br>Registrant City: Reykjavik<br>Registrant State/Province: Capital Region<br>Registrant Postal Code: 101<br>Registrant Country: IS<br>Registrant Phone: +354.4212434<br>Registrant Phone Ext:<br>Registrant Fax:<br>Registrant Fax Ext:<br>Registrant Email: 75fa2915399b4e47abcf39c76a78b44f.protect@withheldforprivacy.com<br>Registry Admin ID:<br>Admin Name: Redacted for Privacy<br>Admin Organization: Privacy service provided by Withheld for Privacy ehf<br>Admin Street: Kalkofnsvegur 2<br>Admin City: Reykjavik<br>Admin State/Province: Capital Region<br>Admin Postal Code: 101<br>Admin Country: IS<br>Admin Phone: +354.4212434<br>Admin Phone Ext:<br>Admin Fax:<br>Admin Fax Ext: |
|---|---|

| | |
|---|---|
| | Admin Email: 75fa2915399b4e47abcf39c76a78b44f.protect@withheldforprivacy.com<br>Registry Tech ID:<br>Tech Name: Redacted for Privacy<br>Tech Organization: Privacy service provided by Withheld for Privacy ehf<br>Tech Street: Kalkofnsvegur 2<br>Tech City: Reykjavik<br>Tech State/Province: Capital Region<br>Tech Postal Code: 101<br>Tech Country: IS<br>Tech Phone: +354.4212434<br>Tech Phone Ext:<br>Tech Fax:<br>Tech Fax Ext:<br>Tech Email: 75fa2915399b4e47abcf39c76a78b44f.protect@withheldforprivacy.com<br>Name Server: dns101.registrar-servers.com<br>Name Server: dns102.registrar-servers.com<br>DNSSEC: unsigned<br>URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/<br>For more information on Whois status codes, please visit https://icann.org/epp |
| LIQUIDACIONESJUDICIALES.COM | Domain Name: liquidacionesjudiciales.com<br>Registry Domain ID: 2760466030_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.regtons.com<br>Registrar URL: http://regtons.com<br>Updated Date: 2024-02-23T00:00:00Z<br>Creation Date: 2023-02-22T00:00:00Z<br>Registrar Registration Expiration Date: 2025-02-22T00:00:00Z<br>Registrar: GRANSY S.R.O D/B/A SUBREG.CZ<br>Registrar IANA ID: 1505<br>Registrar Abuse Contact Email: abuse@regtons.com<br>Registrar Abuse Contact Phone: +420.734463373<br>Domain Status: clienttransferprohibited https://www.icann.org/epp#clienttransferprohibited<br>Registry Registrant ID: Not Disclosed<br>Registrant Name: Not Disclosed Not Disclosed<br>Registrant Organization: My Domain Provider<br>Registrant Street: Not Disclosed<br>Registrant City: Not Disclosed |

| | Registrant State/Province: |
| | Registrant Postal Code: Not Disclosed |
| | Registrant Country: NL |
| | Registrant Phone: Not Disclosed |
| | Registrant Phone Ext: Not Disclosed |
| | Registrant Fax: Not Disclosed |
| | Registrant Fax Ext:  Not Disclosed |
| | Registrant Email: webproxy@whoisprotection.domains |
| | Registry Admin ID: Not Disclosed |
| | Admin Name: Not Disclosed Not Disclosed |
| | Admin Organization: |
| | Admin Street: Not Disclosed |
| | Admin City: Not Disclosed |
| | Admin State/Province: Not Disclosed |
| | Admin Postal Code: Not Disclosed |
| | Admin Country: Not Disclosed |
| | Admin Phone: Not Disclosed |
| | Admin Phone Ext: Not Disclosed |
| | Admin Fax: Not Disclosed |
| | Admin Fax Ext:  Not Disclosed |
| | Admin Email: webproxy@whoisprotection.domains |
| | Registry Tech ID: Not Disclosed |
| | Tech Name: Not Disclosed Not Disclosed |
| | Tech Organization: |
| | Tech Street: Not Disclosed |
| | Tech City: Not Disclosed |
| | Tech State/Province: Not Disclosed |
| | Tech Postal Code: Not Disclosed |
| | Tech Country: Not Disclosed |
| | Tech Phone: Not Disclosed |
| | Tech Phone Ext: Not Disclosed |
| | Tech Fax: Not Disclosed |
| | Tech Fax Ext:  Not Disclosed |
| | Tech Email: webproxy@whoisprotection.domains |
| | Name Server: suspension1.mydomainprovider.com |
| | Name Server: suspension2.mydomainprovider.com |
| | DNSSEC: unsigned |
| | URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ |
| MAYQUARKESTHETIC.COM | Domain Name: MAYQUARKESTHETIC.COM |
| | Registry Domain ID: 2870492494_DOMAIN_COM-VRSN |
| | Registrar WHOIS Server: whois.hostinger.com |
| | Registrar URL: https://www.hostinger.com |
| | Updated Date: 2024-06-08T02:17:53Z |
| | Creation Date: 2024-04-08T17:00:35Z |

Registrar Registration Expiration Date: 2025-04-08T17:00:35Z
Registrar: Hostinger Operations, UAB
Registrar IANA ID: 1636
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Domain Admin
Registrant Organization: Privacy Protect, LLC (PrivacyProtect.org)
Registrant Street: 10 Corporate Drive
Registrant City: Burlington
Registrant State/Province: MA
Registrant Postal Code: 01803
Registrant Country: US
Registrant Phone: +1.8022274003
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: contact@privacyprotect.org
Registry Admin ID: Not Available From Registry
Admin Name: Domain Admin
Admin Organization: Privacy Protect, LLC (PrivacyProtect.org)
Admin Street: 10 Corporate Drive
Admin City: Burlington
Admin State/Province: MA
Admin Postal Code: 01803
Admin Country: US
Admin Phone: +1.8022274003
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: contact@privacyprotect.org
Registry Tech ID: Not Available From Registry
Tech Name: Domain Admin
Tech Organization: Privacy Protect, LLC (PrivacyProtect.org)
Tech Street: 10 Corporate Drive
Tech City: Burlington
Tech State/Province: MA
Tech Postal Code: 01803
Tech Country: US
Tech Phone: +1.8022274003
Tech Phone Ext:
Tech Fax:

| | |
|---|---|
| | Tech Fax Ext:<br>Tech Email: contact@privacyprotect.org<br>Name Server: ns1.dns-parking.com<br>Name Server: ns2.dns-parking.com<br>DNSSEC: Unsigned<br>Registrar Abuse Contact Email: abuse@hostinger.com<br>Registrar Abuse Contact Phone: +37064503378<br>URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ |
| METTEZERA.COM | Domain Name: METTEZERA.COM<br>Registry Domain ID: 2894114626_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.hostinger.com<br>Registrar URL: https://www.hostinger.com<br>Updated Date: 2024-08-26T02:17:11Z<br>Creation Date: 2024-06-26T16:33:04Z<br>Registrar Registration Expiration Date: 2025-06-26T16:33:04Z<br>Registrar: Hostinger Operations, UAB<br>Registrar IANA ID: 1636<br>Domain Status: clientTransferProhibited<br>https://icann.org/epp#clientTransferProhibited<br>Registry Registrant ID: Not Available From Registry<br>Registrant Name: Domain Admin<br>Registrant Organization: Privacy Protect, LLC (PrivacyProtect.org)<br>Registrant Street: 10 Corporate Drive<br>Registrant City: Burlington<br>Registrant State/Province: MA<br>Registrant Postal Code: 01803<br>Registrant Country: US<br>Registrant Phone: +1.8022274003<br>Registrant Phone Ext:<br>Registrant Fax:<br>Registrant Fax Ext:<br>Registrant Email: contact@privacyprotect.org<br>Registry Admin ID: Not Available From Registry<br>Admin Name: Domain Admin<br>Admin Organization: Privacy Protect, LLC (PrivacyProtect.org)<br>Admin Street: 10 Corporate Drive<br>Admin City: Burlington<br>Admin State/Province: MA<br>Admin Postal Code: 01803<br>Admin Country: US<br>Admin Phone: +1.8022274003 |

| | |
|---|---|
| | Admin Phone Ext:<br>Admin Fax:<br>Admin Fax Ext:<br>Admin Email: contact@privacyprotect.org<br>Registry Tech ID: Not Available From Registry<br>Tech Name: Domain Admin<br>Tech Organization: Privacy Protect, LLC<br>(PrivacyProtect.org)<br>Tech Street: 10 Corporate Drive<br>Tech City: Burlington<br>Tech State/Province: MA<br>Tech Postal Code: 01803<br>Tech Country: US<br>Tech Phone: +1.8022274003<br>Tech Phone Ext:<br>Tech Fax:<br>Tech Fax Ext:<br>Tech Email: contact@privacyprotect.org<br>Name Server: ns1.dns-parking.com<br>Name Server: ns2.dns-parking.com<br>DNSSEC: Unsigned<br>Registrar Abuse Contact Email: abuse@hostinger.com<br>Registrar Abuse Contact Phone: +37064503378<br>URL of the ICANN WHOIS Data Problem Reporting<br>System: http://wdprs.internic.net/<br>>>> Last update of WHOIS database: 2024-09-20T17:59:47Z <<< |
| MURODJONOVS.COM | Domain Name: MURODJONOVS.COM<br>Registry Domain ID: 2890773051_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.hostinger.com<br>Registrar URL: https://www.hostinger.com<br>Updated Date: 2024-08-15T02:17:11Z<br>Creation Date: 2024-06-15T16:27:23Z<br>Registrar Registration Expiration Date: 2025-06-15T16:27:23Z<br>Registrar: Hostinger Operations, UAB<br>Registrar IANA ID: 1636<br>Domain Status: clientTransferProhibited<br>https://icann.org/epp#clientTransferProhibited<br>Registry Registrant ID: Not Available From Registry<br>Registrant Name: Domain Admin<br>Registrant Organization: Privacy Protect, LLC<br>(PrivacyProtect.org)<br>Registrant Street: 10 Corporate Drive<br>Registrant City: Burlington |

| | |
|---|---|
| | Registrant State/Province: MA<br>Registrant Postal Code: 01803<br>Registrant Country: US<br>Registrant Phone: +1.8022274003<br>Registrant Phone Ext:<br>Registrant Fax:<br>Registrant Fax Ext:<br>Registrant Email: contact@privacyprotect.org<br>Registry Admin ID: Not Available From Registry<br>Admin Name: Domain Admin<br>Admin Organization: Privacy Protect, LLC<br>(PrivacyProtect.org)<br>Admin Street: 10 Corporate Drive<br>Admin City: Burlington<br>Admin State/Province: MA<br>Admin Postal Code: 01803<br>Admin Country: US<br>Admin Phone: +1.8022274003<br>Admin Phone Ext:<br>Admin Fax:<br>Admin Fax Ext:<br>Admin Email: contact@privacyprotect.org<br>Registry Tech ID: Not Available From Registry<br>Tech Name: Domain Admin<br>Tech Organization: Privacy Protect, LLC<br>(PrivacyProtect.org)<br>Tech Street: 10 Corporate Drive<br>Tech City: Burlington<br>Tech State/Province: MA<br>Tech Postal Code: 01803<br>Tech Country: US<br>Tech Phone: +1.8022274003<br>Tech Phone Ext:<br>Tech Fax:<br>Tech Fax Ext:<br>Tech Email: contact@privacyprotect.org<br>Name Server: ns1.dns-parking.com<br>Name Server: ns2.dns-parking.com<br>DNSSEC: Unsigned<br>Registrar Abuse Contact Email: abuse@hostinger.com<br>Registrar Abuse Contact Phone: +37064503378<br>URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ |
| OSOMTOYS.COM | Domain Name: OSOMTOYS.COM<br>Registry Domain ID: 2774429345_DOMAIN_COM-VRSN |

| | |
|---|---|
| | Registrar WHOIS Server: whois.ownregistrar.com<br>Registrar URL: http://www.ownregistrar.com<br>Updated Date: 2024-04-21T07:07:45Z<br>Creation Date: 2023-04-20T08:04:32Z<br>Registry Expiry Date: 2025-04-20T08:04:32Z<br>Registrar: OwnRegistrar, Inc.<br>Registrar IANA ID: 1250<br>Registrar Abuse Contact Email:<br>Registrar Abuse Contact Phone:<br>Domain Status: clientTransferProhibited<br>https://icann.org/epp#clientTransferProhibited<br>   Name Server: NS1.CR25.MANAGEDNS.ORG<br>   Name Server: NS2.CR25.MANAGEDNS.ORG<br>   DNSSEC: unsigned<br>   URL of the ICANN Whois Inaccuracy Complaint Form:<br>https://www.icann.org/wicf/ |
| OWAORGANIZESPACE.COM | Domain name: owaorganizespace.com<br>Registry Domain ID: 2750404096_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.namecheap.com<br>Registrar URL: http://www.namecheap.com<br>Updated Date: 0001-01-01T00:00:00.00Z<br>Creation Date: 2023-01-10T15:33:26.00Z<br>Registrar Registration Expiration Date: 2024-01-10T15:33:26.00Z<br>Registrar: NAMECHEAP INC<br>Registrar IANA ID: 1068<br>Registrar Abuse Contact Email: abuse@namecheap.com<br>Registrar Abuse Contact Phone: +1.9854014545<br>Reseller: NAMECHEAP INC<br>Domain Status: clientTransferProhibited<br>https://icann.org/epp#clientTransferProhibited<br>Registry Registrant ID:<br>Registrant Name: Redacted for Privacy<br>Registrant Organization: Privacy service provided by Withheld for Privacy ehf<br>Registrant Street: Kalkofnsvegur 2<br>Registrant City: Reykjavik<br>Registrant State/Province: Capital Region<br>Registrant Postal Code: 101<br>Registrant Country: IS<br>Registrant Phone: +354.4212434<br>Registrant Phone Ext:<br>Registrant Fax:<br>Registrant Fax Ext: |

| | |
|---|---|
| | Registrant                                   Email: fbf088d1456b4705bf347ad8cd8af164.protect@withheldforprivacy.com<br>Registry Admin ID:<br>Admin Name: Redacted for Privacy<br>Admin Organization: Privacy service provided by Withheld for Privacy ehf<br>Admin Street: Kalkofnsvegur 2<br>Admin City: Reykjavik<br>Admin State/Province: Capital Region<br>Admin Postal Code: 101<br>Admin Country: IS<br>Admin Phone: +354.4212434<br>Admin Phone Ext:<br>Admin Fax:<br>Admin Fax Ext:<br>Admin                                   Email: fbf088d1456b4705bf347ad8cd8af164.protect@withheldforprivacy.com<br>Registry Tech ID:<br>Tech Name: Redacted for Privacy<br>Tech Organization: Privacy service provided by Withheld for Privacy ehf<br>Tech Street: Kalkofnsvegur 2<br>Tech City: Reykjavik<br>Tech State/Province: Capital Region<br>Tech Postal Code: 101<br>Tech Country: IS<br>Tech Phone: +354.4212434<br>Tech Phone Ext:<br>Tech Fax:<br>Tech Fax Ext:<br>Tech                                     Email: fbf088d1456b4705bf347ad8cd8af164.protect@withheldforprivacy.com<br>Name Server: dns101.registrar-servers.com<br>Name Server: dns102.registrar-servers.com<br>DNSSEC: unsigned<br>URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/<br>For more information on Whois status codes, please visit https://icann.org/epp |
| POSTREQUESTIN.COM | Domain name: postrequestin.com<br>Registry Domain ID: 2805036855_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.namecheap.com |

Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2023-08-11T13:13:23.00Z
Registrar Registration Expiration Date: 2024-08-
11T13:13:23.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.9854014545
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: REACTIVATION PERIOD
Registrant Organization: Withheld for Privacy Purposes
Registrant Street: Kalkofnsvegur 2
Registrant City: Reykjavik
Registrant State/Province: Capital Region
Registrant Postal Code: 101
Registrant Country: IS
Registrant Phone: +354.4212434
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: reactivation-
pending@mail.withheldforprivacy.com
Registry Admin ID:
Admin Name: REACTIVATION PERIOD
Admin Organization: Withheld for Privacy Purposes
Admin Street: Kalkofnsvegur 2
Admin City: Reykjavik
Admin State/Province: Capital Region
Admin Postal Code: 101
Admin Country: IS
Admin Phone: +354.4212434
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: reactivation-
pending@mail.withheldforprivacy.com
Registry Tech ID:
Tech Name: REACTIVATION PERIOD
Tech Organization: Withheld for Privacy Purposes
Tech Street: Kalkofnsvegur 2
Tech City: Reykjavik
Tech State/Province: Capital Region

| | |
|---|---|
| | Tech Postal Code: 101<br>Tech Country: IS<br>Tech Phone: +354.4212434<br>Tech Phone Ext:<br>Tech Fax:<br>Tech Fax Ext:<br>Tech Email: reactivation-pending@mail.withheldforprivacy.com<br>Name Server: dns101.registrar-servers.com<br>Name Server: dns102.registrar-servers.com<br>DNSSEC: unsigned<br>URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ |
| PROFFSOLUTION.COM | Domain name: proffsolution.com<br>Registry Domain ID: 2781360245_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.namecheap.com<br>Registrar URL: http://www.namecheap.com<br>Updated Date: 0001-01-01T00:00:00.00Z<br>Creation Date: 2023-05-16T14:20:42.00Z<br>Registrar Registration Expiration Date: 2024-05-16T14:20:42.00Z<br>Registrar: NAMECHEAP INC<br>Registrar IANA ID: 1068<br>Registrar Abuse Contact Email: abuse@namecheap.com<br>Registrar Abuse Contact Phone: +1.9854014545<br>Reseller: NAMECHEAP INC<br>Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited<br>Registry Registrant ID:<br>Registrant Name: Redacted for Privacy<br>Registrant Organization: Privacy service provided by Withheld for Privacy ehf<br>Registrant Street: Kalkofnsvegur 2<br>Registrant City: Reykjavik<br>Registrant State/Province: Capital Region<br>Registrant Postal Code: 101<br>Registrant Country: IS<br>Registrant Phone: +354.4212434<br>Registrant Phone Ext:<br>Registrant Fax:<br>Registrant Fax Ext:<br>Registrant Email: d3d1189d859748a39e4705e5c3eb7563.protect@withheldforprivacy.com<br>Registry Admin ID: |

| | |
|---|---|
| | Admin Name: Redacted for Privacy<br>Admin Organization: Privacy service provided by Withheld for Privacy ehf<br>Admin Street: Kalkofnsvegur 2<br>Admin City: Reykjavik<br>Admin State/Province: Capital Region<br>Admin Postal Code: 101<br>Admin Country: IS<br>Admin Phone: +354.4212434<br>Admin Phone Ext:<br>Admin Fax:<br>Admin Fax Ext:<br>Admin Email: d3d1189d859748a39e4705e5c3eb7563.protect@withheldforprivacy.com<br>Registry Tech ID:<br>Tech Name: Redacted for Privacy<br>Tech Organization: Privacy service provided by Withheld for Privacy ehf<br>Tech Street: Kalkofnsvegur 2<br>Tech City: Reykjavik<br>Tech State/Province: Capital Region<br>Tech Postal Code: 101<br>Tech Country: IS<br>Tech Phone: +354.4212434<br>Tech Phone Ext:<br>Tech Fax:<br>Tech Fax Ext:<br>Tech Email: d3d1189d859748a39e4705e5c3eb7563.protect@withheldforprivacy.com<br>Name Server: dns101.registrar-servers.com<br>Name Server: dns102.registrar-servers.com<br>DNSSEC: unsigned<br>URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/<br>For more information on Whois status codes, please visit https://icann.org/epp |
| PROTECTORDOCUMENTCENTER.COM | Domain name: protectordocumentcenter.com<br>Registry Domain ID: 2765526395_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.namecheap.com<br>Registrar URL: http://www.namecheap.com<br>Updated Date: 0001-01-01T00:00:00.00Z<br>Creation Date: 2023-03-16T09:09:27.00Z |

| |
|---|
| Registrar Registration Expiration Date: 2024-03-16T09:09:27.00Z |
| Registrar: NAMECHEAP INC |
| Registrar IANA ID: 1068 |
| Registrar Abuse Contact Email: abuse@namecheap.com |
| Registrar Abuse Contact Phone: +1.9854014545 |
| Reseller: NAMECHEAP INC |
| Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited |
| Registry Registrant ID: |
| Registrant Name: Redacted for Privacy |
| Registrant Organization: Privacy service provided by Withheld for Privacy ehf |
| Registrant Street: Kalkofnsvegur 2 |
| Registrant City: Reykjavik |
| Registrant State/Province: Capital Region |
| Registrant Postal Code: 101 |
| Registrant Country: IS |
| Registrant Phone: +354.4212434 |
| Registrant Phone Ext: |
| Registrant Fax: |
| Registrant Fax Ext: |
| Registrant Email: b1b68209f55246fdbce545ee00e76782.protect@withheldforprivacy.com |
| Registry Admin ID: |
| Admin Name: Redacted for Privacy |
| Admin Organization: Privacy service provided by Withheld for Privacy ehf |
| Admin Street: Kalkofnsvegur 2 |
| Admin City: Reykjavik |
| Admin State/Province: Capital Region |
| Admin Postal Code: 101 |
| Admin Country: IS |
| Admin Phone: +354.4212434 |
| Admin Phone Ext: |
| Admin Fax: |
| Admin Fax Ext: |
| Admin Email: b1b68209f55246fdbce545ee00e76782.protect@withheldforprivacy.com |
| Registry Tech ID: |
| Tech Name: Redacted for Privacy |
| Tech Organization: Privacy service provided by Withheld for Privacy ehf |
| Tech Street: Kalkofnsvegur 2 |

41

| | Tech City: Reykjavik<br>Tech State/Province: Capital Region<br>Tech Postal Code: 101<br>Tech Country: IS<br>Tech Phone: +354.4212434<br>Tech Phone Ext:<br>Tech Fax:<br>Tech Fax Ext:<br>Tech                                      Email:<br>b1b68209f55246fdbce545ee00e76782.protect@withheldf<br>orprivacy.com<br>Name Server: dns101.registrar-servers.com<br>Name Server: dns102.registrar-servers.com<br>DNSSEC: unsigned<br>URL of the ICANN WHOIS Data Problem Reporting<br>System: http://wdprs.internic.net/<br>For more information on Whois status codes, please visit<br>https://icann.org/epp |
|---|---|
| PUREAFRO.COM | Domain Name: PUREAFRO.COM<br>Registry Domain ID: 1544497306_DOMAIN_COM-<br>VRSN<br>Registrar WHOIS Server: whois.tucows.com<br>Registrar URL: http://www.tucows.com<br>Updated Date: 2024-09-02T16:38:02Z<br>Creation Date: 2009-02-27T09:26:23Z<br>Registry Expiry Date: 2025-02-27T09:26:23Z<br>Registrar: Tucows Domains Inc.<br>Registrar IANA ID: 69<br>Registrar Abuse Contact Email:<br>domainabuse@tucows.com<br>Registrar Abuse Contact Phone: +1.4165350123<br>Domain Status: clientTransferProhibited<br>https://icann.org/epp#clientTransferProhibited<br>Domain Status: clientUpdateProhibited<br>https://icann.org/epp#clientUpdateProhibited<br>Name Server: GAIL.NS.CLOUDFLARE.COM<br>Name Server: NORMAN.NS.CLOUDFLARE.COM<br>DNSSEC: unsigned<br>URL of the ICANN Whois Inaccuracy Complaint Form:<br>https://www.icann.org/wicf/<br>>>> Last update of whois database: 2024-09-<br>20T19:29:28Z <<< |
| RISEUPBIT.COM | Domain name: riseupbit.com<br>Registry Domain ID: 2837954116_DOMAIN_COM-<br>VRSN<br>Registrar WHOIS Server: whois.namecheap.com |

42

Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2023-12-15T17:32:12.00Z
Registrar Registration Expiration Date: 2024-12-15T17:32:12.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.9854014545
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: Redacted for Privacy
Registrant Organization: Privacy service provided by Withheld for Privacy ehf
Registrant Street: Kalkofnsvegur 2
Registrant City: Reykjavik
Registrant State/Province: Capital Region
Registrant Postal Code: 101
Registrant Country: IS
Registrant Phone: +354.4212434
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email:
f193dbb5779c4ab995104643badb8655.protect@withheldforprivacy.com
Registry Admin ID:
Admin Name: Redacted for Privacy
Admin Organization: Privacy service provided by Withheld for Privacy ehf
Admin Street: Kalkofnsvegur 2
Admin City: Reykjavik
Admin State/Province: Capital Region
Admin Postal Code: 101
Admin Country: IS
Admin Phone: +354.4212434
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email:
f193dbb5779c4ab995104643badb8655.protect@withheldforprivacy.com
Registry Tech ID:
Tech Name: Redacted for Privacy

| | |
|---|---|
| | Tech Organization: Privacy service provided by Withheld for Privacy ehf<br>Tech Street: Kalkofnsvegur 2<br>Tech City: Reykjavik<br>Tech State/Province: Capital Region<br>Tech Postal Code: 101<br>Tech Country: IS<br>Tech Phone: +354.4212434<br>Tech Phone Ext:<br>Tech Fax:<br>Tech Fax Ext:<br>Tech Email:<br>f193dbb5779c4ab995104643badb8655.protect@withheld forprivacy.com<br>Name Server: ns1.timeweb.ru<br>Name Server: ns2.timeweb.ru<br>Name Server: ns3.timeweb.org<br>Name Server: ns4.timeweb.org<br>DNSSEC: unsigned<br>URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/<br>>>> Last update of WHOIS database: 2024-09-20T15:30:42.89Z <<< |
| SECLAWDOORWAY.COM | Domain name: SECLAWDOORWAY.COM<br>Registry Domain ID: 2798235248_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.namecheap.com<br>Registrar URL: http://www.namecheap.com<br>Updated Date: 0001-01-01T00:00:00.00Z<br>Creation Date: 2023-07-14T15:28:39.00Z<br>Registrar Registration Expiration Date: 2024-07-14T15:28:39.00Z<br>Registrar: NAMECHEAP INC<br>Registrar IANA ID: 1068<br>Registrar Abuse Contact Email: abuse@namecheap.com<br>Registrar Abuse Contact Phone: +1.9854014545<br>Reseller: NAMECHEAP INC<br>Domain Status: clientTransferProhibited<br>https://icann.org/epp#clientTransferProhibited<br>Domain Status: pendingDelete<br>https://icann.org/epp#pendingDelete<br>Domain Status: redemptionPeriod<br>https://icann.org/epp#redemptionPeriod<br>Registry Registrant ID:<br>Registrant Name: REACTIVATION PERIOD<br>Registrant Organization: Withheld for Privacy Purposes |

Registrant Street: Kalkofnsvegur 2
Registrant City: Reykjavik
Registrant State/Province: Capital Region
Registrant Postal Code: 101
Registrant Country: IS
Registrant Phone: +354.4212434
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: reactivation-
pending@mail.withheldforprivacy.com
Registry Admin ID:
Admin Name: REACTIVATION PERIOD
Admin Organization: Withheld for Privacy Purposes
Admin Street: Kalkofnsvegur 2
Admin City: Reykjavik
Admin State/Province: Capital Region
Admin Postal Code: 101
Admin Country: IS
Admin Phone: +354.4212434
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: reactivation-
pending@mail.withheldforprivacy.com
Registry Tech ID:
Tech Name: REACTIVATION PERIOD
Tech Organization: Withheld for Privacy Purposes
Tech Street: Kalkofnsvegur 2
Tech City: Reykjavik
Tech State/Province: Capital Region
Tech Postal Code: 101
Tech Country: IS
Tech Phone: +354.4212434
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: reactivation-
pending@mail.withheldforprivacy.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting
System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2024-09-
19T22:32:36.22Z <<<

| SETUPPROFI.COM | Domain name: setupprofi.com |
| --- | --- |
| | Registry Domain ID: 2780256398_DOMAIN_COM-VRSN |
| | Registrar WHOIS Server: whois.namecheap.com |
| | Registrar URL: http://www.namecheap.com |
| | Updated Date: 0001-01-01T00:00:00.00Z |
| | Creation Date: 2023-05-12T15:35:52.00Z |
| | Registrar Registration Expiration Date: 2024-05-12T15:35:52.00Z |
| | Registrar: NAMECHEAP INC |
| | Registrar IANA ID: 1068 |
| | Registrar Abuse Contact Email: abuse@namecheap.com |
| | Registrar Abuse Contact Phone: +1.9854014545 |
| | Reseller: NAMECHEAP INC |
| | Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited |
| | Registry Registrant ID: |
| | Registrant Name: Redacted for Privacy |
| | Registrant Organization: Privacy service provided by Withheld for Privacy ehf |
| | Registrant Street: Kalkofnsvegur 2 |
| | Registrant City: Reykjavik |
| | Registrant State/Province: Capital Region |
| | Registrant Postal Code: 101 |
| | Registrant Country: IS |
| | Registrant Phone: +354.4212434 |
| | Registrant Phone Ext: |
| | Registrant Fax: |
| | Registrant Fax Ext: |
| | Registrant Email: 309d713534bb4d579cb3d520a42b69fa.protect@withheldforprivacy.com |
| | Registry Admin ID: |
| | Admin Name: Redacted for Privacy |
| | Admin Organization: Privacy service provided by Withheld for Privacy ehf |
| | Admin Street: Kalkofnsvegur 2 |
| | Admin City: Reykjavik |
| | Admin State/Province: Capital Region |
| | Admin Postal Code: 101 |
| | Admin Country: IS |
| | Admin Phone: +354.4212434 |
| | Admin Phone Ext: |
| | Admin Fax: |
| | Admin Fax Ext: |

| | |
|---|---|
| | Admin Email: 309d713534bb4d579cb3d520a42b69fa.protect@withheldforprivacy.com<br>Registry Tech ID:<br>Tech Name: Redacted for Privacy<br>Tech Organization: Privacy service provided by Withheld for Privacy ehf<br>Tech Street: Kalkofnsvegur 2<br>Tech City: Reykjavik<br>Tech State/Province: Capital Region<br>Tech Postal Code: 101<br>Tech Country: IS<br>Tech Phone: +354.4212434<br>Tech Phone Ext:<br>Tech Fax:<br>Tech Fax Ext:<br>Tech Email: 309d713534bb4d579cb3d520a42b69fa.protect@withheldforprivacy.com<br>Name Server: dns101.registrar-servers.com<br>Name Server: dns102.registrar-servers.com<br>DNSSEC: unsigned<br>URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/<br>For more information on Whois status codes, please visit https://icann.org/epp |
| SKELETCHECK.COM | Domain Name: SKELETCHECK.COM<br>Registry Domain ID: 2863745777_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.hostinger.com<br>Registrar URL: https://www.hostinger.com<br>Updated Date: 2024-05-15T02:16:44Z<br>Creation Date: 2024-03-15T12:17:37Z<br>Registrar Registration Expiration Date: 2025-03-15T12:17:37Z<br>Registrar: Hostinger Operations, UAB<br>Registrar IANA ID: 1636<br>Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited<br>Registry Registrant ID: Not Available From Registry<br>Registrant Name: Domain Admin<br>Registrant Organization: Privacy Protect, LLC (PrivacyProtect.org)<br>Registrant Street: 10 Corporate Drive<br>Registrant City: Burlington<br>Registrant State/Province: MA |

| | |
|---|---|
| | Registrant Postal Code: 01803<br>Registrant Country: US<br>Registrant Phone: +1.8022274003<br>Registrant Phone Ext:<br>Registrant Fax:<br>Registrant Fax Ext:<br>Registrant Email: contact@privacyprotect.org<br>Registry Admin ID: Not Available From Registry<br>Admin Name: Domain Admin<br>Admin Organization: Privacy Protect, LLC<br>(PrivacyProtect.org)<br>Admin Street: 10 Corporate Drive<br>Admin City: Burlington<br>Admin State/Province: MA<br>Admin Postal Code: 01803<br>Admin Country: US<br>Admin Phone: +1.8022274003<br>Admin Phone Ext:<br>Admin Fax:<br>Admin Fax Ext:<br>Admin Email: contact@privacyprotect.org<br>Registry Tech ID: Not Available From Registry<br>Tech Name: Domain Admin<br>Tech Organization: Privacy Protect, LLC<br>(PrivacyProtect.org)<br>Tech Street: 10 Corporate Drive<br>Tech City: Burlington<br>Tech State/Province: MA<br>Tech Postal Code: 01803<br>Tech Country: US<br>Tech Phone: +1.8022274003<br>Tech Phone Ext:<br>Tech Fax:<br>Tech Fax Ext:<br>Tech Email: contact@privacyprotect.org<br>Name Server: ns1.dns-parking.com<br>Name Server: ns2.dns-parking.com<br>DNSSEC: Unsigned<br>Registrar Abuse Contact Email: abuse@hostinger.com<br>Registrar Abuse Contact Phone: +37064503378<br>URL of the ICANN WHOIS Data Problem Reporting<br>System: http://wdprs.internic.net/<br>>>> Last update of WHOIS database: 2024-09-20T19:35:08Z <<< |
| SKYINFORMDATA.COM | Domain name: skyinformdata.com |

Registry Domain ID: 2779936825_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2024-06-11T01:51:10.59Z
Creation Date: 2023-05-11T11:10:35.00Z
Registrar Registration Expiration Date: 2025-05-11T11:10:35.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.9854014545
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: Redacted for Privacy
Registrant Organization: Privacy service provided by Withheld for Privacy ehf
Registrant Street: Kalkofnsvegur 2
Registrant City: Reykjavik
Registrant State/Province: Capital Region
Registrant Postal Code: 101
Registrant Country: IS
Registrant Phone: +354.4212434
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email:
1416e66ba6314846af7dc61b5becfb23.protect@withheldforprivacy.com
Registry Admin ID:
Admin Name: Redacted for Privacy
Admin Organization: Privacy service provided by Withheld for Privacy ehf
Admin Street: Kalkofnsvegur 2
Admin City: Reykjavik
Admin State/Province: Capital Region
Admin Postal Code: 101
Admin Country: IS
Admin Phone: +354.4212434
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:

| | |
|---|---|
| | Admin Email: 1416e66ba6314846af7dc61b5becfb23.protect@withheldforprivacy.com<br>Registry Tech ID:<br>Tech Name: Redacted for Privacy<br>Tech Organization: Privacy service provided by Withheld for Privacy ehf<br>Tech Street: Kalkofnsvegur 2<br>Tech City: Reykjavik<br>Tech State/Province: Capital Region<br>Tech Postal Code: 101<br>Tech Country: IS<br>Tech Phone: +354.4212434<br>Tech Phone Ext:<br>Tech Fax:<br>Tech Fax Ext:<br>Tech Email: 1416e66ba6314846af7dc61b5becfb23.protect@withheldforprivacy.com<br>Name Server: ns1.dan.com<br>Name Server: ns2.dan.com<br>DNSSEC: unsigned<br>URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/<br>>>> Last update of WHOIS database: 2024-09-19T21:35:49.33Z <<< |
| STORAGEINFORMATIONSOLUTIONS.COM | Domain name: storageinformationsolutions.com<br>Registry Domain ID: 2775716410_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.namecheap.com<br>Registrar URL: http://www.namecheap.com<br>Updated Date: 0001-01-01T00:00:00.00Z<br>Creation Date: 2023-04-25T15:33:03.00Z<br>Registrar Registration Expiration Date: 2024-04-25T15:33:03.00Z<br>Registrar: NAMECHEAP INC<br>Registrar IANA ID: 1068<br>Registrar Abuse Contact Email: abuse@namecheap.com<br>Registrar Abuse Contact Phone: +1.9854014545<br>Reseller: NAMECHEAP INC<br>Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited<br>Registry Registrant ID:<br>Registrant Name: Redacted for Privacy<br>Registrant Organization: Privacy service provided by Withheld for Privacy ehf |

Registrant Street: Kalkofnsvegur 2
Registrant City: Reykjavik
Registrant State/Province: Capital Region
Registrant Postal Code: 101
Registrant Country: IS
Registrant Phone: +354.4212434
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant                                        Email:
849a9c20eedf4ba6917e5e3b004b51f0.protect@withheldf
orprivacy.com
Registry Admin ID:
Admin Name: Redacted for Privacy
Admin Organization: Privacy service provided by
Withheld for Privacy ehf
Admin Street: Kalkofnsvegur 2
Admin City: Reykjavik
Admin State/Province: Capital Region
Admin Postal Code: 101
Admin Country: IS
Admin Phone: +354.4212434
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin                                              Email:
849a9c20eedf4ba6917e5e3b004b51f0.protect@withheldf
orprivacy.com
Registry Tech ID:
Tech Name: Redacted for Privacy
Tech Organization: Privacy service provided by Withheld
for Privacy ehf
Tech Street: Kalkofnsvegur 2
Tech City: Reykjavik
Tech State/Province: Capital Region
Tech Postal Code: 101
Tech Country: IS
Tech Phone: +354.4212434
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech                                               Email:
849a9c20eedf4ba6917e5e3b004b51f0.protect@withheldf
orprivacy.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com

51

| | DNSSEC: unsigned<br>URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/<br>For more information on Whois status codes, please visit https://icann.org/epp |
|---|---|
| TARIFJANE.COM | Domain Name: TARIFJANE.COM<br>Registry Domain ID: 2806534838_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.namecheap.com<br>Registrar URL: http://www.namecheap.com<br>Updated Date: 2024-08-18T07:19:27Z<br>Creation Date: 2023-08-17T14:05:41Z<br>Registry Expiry Date: 2025-08-17T14:05:41Z<br>Registrar: NameCheap, Inc.<br>Registrar IANA ID: 1068<br>Registrar Abuse Contact Email: abuse@namecheap.com<br>Registrar Abuse Contact Phone: +1.6613102107<br>Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited<br>Name Server: DNS101.REGISTRAR-SERVERS.COM<br>Name Server: DNS102.REGISTRAR-SERVERS.COM<br>DNSSEC: unsigned<br>URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/<br>>>> Last update of whois database: 2024-09-20T19:37:47Z <<< |
| TRANSLATESPLIT.COM | Domain Name: TRANSLATESPLIT.COM<br>Registry Domain ID: 2804793747_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.namecheap.com<br>Registrar URL: http://www.namecheap.com<br>Updated Date: 2024-08-11T07:26:26Z<br>Creation Date: 2023-08-10T16:47:53Z<br>Registry Expiry Date: 2025-08-10T16:47:53Z<br>Registrar: NameCheap, Inc.<br>Registrar IANA ID: 1068<br>Registrar Abuse Contact Email: abuse@namecheap.com<br>Registrar Abuse Contact Phone: +1.6613102107<br>Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited<br>Name Server: DNS101.REGISTRAR-SERVERS.COM<br>Name Server: DNS102.REGISTRAR-SERVERS.COM<br>DNSSEC: unsigned<br>URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/ |

| | |
|---|---|
| | >>> Last update of whois database: 2024-09-20T19:42:00Z <<< |
| VOCABPAPER.COM | Domain Name: VOCABPAPER.COM<br>Registry Domain ID: 2863768341_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.hostinger.com<br>Registrar URL: http://www.hostinger.com<br>Updated Date: 2024-03-15T15:54:19Z<br>Creation Date: 2024-03-15T15:54:15Z<br>Registry Expiry Date: 2025-03-15T15:54:15Z<br>Registrar: HOSTINGER operations, UAB<br>Registrar IANA ID: 1636<br>Registrar Abuse Contact Email: abuse-tracker@hostinger.com<br>Registrar Abuse Contact Phone: +37064503378<br>Domain Status: clientTransferProhibited<br>https://icann.org/epp#clientTransferProhibited<br>Name Server: NS1.DNS-PARKING.COM<br>Name Server: NS2.DNS-PARKING.COM<br>DNSSEC: unsigned<br>URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/<br>>>> Last update of whois database: 2024-09-20T19:43:45Z <<< |
| VOLTCLOUDPINE.COM | Domain Name: VOLTCLOUDPINE.COM<br>Registry Domain ID: 2859317801_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.namecheap.com<br>Registrar URL: http://www.namecheap.com<br>Updated Date: 2024-02-28T18:56:11Z<br>Creation Date: 2024-02-28T18:35:17Z<br>Registry Expiry Date: 2025-02-28T18:35:17Z<br>Registrar: NameCheap, Inc.<br>Registrar IANA ID: 1068<br>Registrar Abuse Contact Email: abuse@namecheap.com<br>Registrar Abuse Contact Phone: +1.6613102107<br>Domain Status: clientTransferProhibited<br>https://icann.org/epp#clientTransferProhibited<br>Name Server: NS1.DNS-PARKING.COM<br>Name Server: NS2.DNS-PARKING.COM<br>DNSSEC: unsigned<br>URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/<br>>>> Last update of whois database: 2024-09-20T19:45:32Z <<< |

| WARDENGOVERMENTLAW.COM | Domain Name: WARDENGOVERMENTLAW.COM<br>Registry Domain ID: 2798235251_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.namecheap.com<br>Registrar URL: http://www.namecheap.com<br>Updated Date: 2024-08-25T15:39:46Z<br>Creation Date: 2023-07-14T15:28:43Z<br>Registry Expiry Date: 2024-07-14T15:28:43Z<br>Registrar: NameCheap, Inc.<br>Registrar IANA ID: 1068<br>Registrar Abuse Contact Email: abuse@namecheap.com<br>Registrar Abuse Contact Phone: +1.6613102107<br>Domain Status: clientTransferProhibited<br>https://icann.org/epp#clientTransferProhibited<br>Domain Status: redemptionPeriod<br>https://icann.org/epp#redemptionPeriod<br>Name Server: DNS101.REGISTRAR-SERVERS.COM<br>Name Server: DNS102.REGISTRAR-SERVERS.COM<br>DNSSEC: unsigned<br>URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/<br>>>> Last update of whois database: 2024-09-20T19:47:01Z <<< |
| WEBFIGMADESIGNERSHOP.COM | Domain name: WEBFIGMADESIGNERSHOP.COM<br>Registry Domain ID: 2801604572_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.namecheap.com<br>Registrar URL: http://www.namecheap.com<br>Updated Date: 0001-01-01T00:00:00.00Z<br>Creation Date: 2023-07-28T16:09:07.00Z<br>Registrar Registration Expiration Date: 2024-07-28T16:09:07.00Z<br>Registrar: NAMECHEAP INC<br>Registrar IANA ID: 1068<br>Registrar Abuse Contact Email: abuse@namecheap.com<br>Registrar Abuse Contact Phone: +1.9854014545<br>Reseller: NAMECHEAP INC<br>Domain Status: clientTransferProhibited<br>https://icann.org/epp#clientTransferProhibited<br>Domain Status: pendingDelete<br>https://icann.org/epp#pendingDelete<br>Domain Status: redemptionPeriod<br>https://icann.org/epp#redemptionPeriod<br>Registry Registrant ID:<br>Registrant Name: REACTIVATION PERIOD<br>Registrant Organization: Withheld for Privacy Purposes |

Registrant Street: Kalkofnsvegur 2
Registrant City: Reykjavik
Registrant State/Province: Capital Region
Registrant Postal Code: 101
Registrant Country: IS
Registrant Phone: +354.4212434
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: reactivation-
pending@mail.withheldforprivacy.com
Registry Admin ID:
Admin Name: REACTIVATION PERIOD
Admin Organization: Withheld for Privacy Purposes
Admin Street: Kalkofnsvegur 2
Admin City: Reykjavik
Admin State/Province: Capital Region
Admin Postal Code: 101
Admin Country: IS
Admin Phone: +354.4212434
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: reactivation-
pending@mail.withheldforprivacy.com
Registry Tech ID:
Tech Name: REACTIVATION PERIOD
Tech Organization: Withheld for Privacy Purposes
Tech Street: Kalkofnsvegur 2
Tech City: Reykjavik
Tech State/Province: Capital Region
Tech Postal Code: 101
Tech Country: IS
Tech Phone: +354.4212434
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: reactivation-
pending@mail.withheldforprivacy.com
Name Server: dns101.registrar-servers.com
Name Server: dns102.registrar-servers.com
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting
System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2024-09-
20T06:53:23.21Z <<<

| WEBITRESOURSE.COM | Domain name: webitresourse.com |
| --- | --- |
| | Registry Domain ID: 2786631354_DOMAIN_COM-VRSN |
| | Registrar WHOIS Server: whois.namecheap.com |
| | Registrar URL: http://www.namecheap.com |
| | Updated Date: 0001-01-01T00:00:00.00Z |
| | Creation Date: 2023-06-02T19:35:46.00Z |
| | Registrar Registration Expiration Date: 2024-06-02T19:35:46.00Z |
| | Registrar: NAMECHEAP INC |
| | Registrar IANA ID: 1068 |
| | Registrar Abuse Contact Email: abuse@namecheap.com |
| | Registrar Abuse Contact Phone: +1.9854014545 |
| | Reseller: NAMECHEAP INC |
| | Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited |
| | Registry Registrant ID: |
| | Registrant Name: Redacted for Privacy |
| | Registrant Organization: Privacy service provided by Withheld for Privacy ehf |
| | Registrant Street: Kalkofnsvegur 2 |
| | Registrant City: Reykjavik |
| | Registrant State/Province: Capital Region |
| | Registrant Postal Code: 101 |
| | Registrant Country: IS |
| | Registrant Phone: +354.4212434 |
| | Registrant Phone Ext: |
| | Registrant Fax: |
| | Registrant Fax Ext: |
| | Registrant Email: 042db3c6b292404b9120c05a47705b42.protect@withheldforprivacy.com |
| | Registry Admin ID: |
| | Admin Name: Redacted for Privacy |
| | Admin Organization: Privacy service provided by Withheld for Privacy ehf |
| | Admin Street: Kalkofnsvegur 2 |
| | Admin City: Reykjavik |
| | Admin State/Province: Capital Region |
| | Admin Postal Code: 101 |
| | Admin Country: IS |
| | Admin Phone: +354.4212434 |
| | Admin Phone Ext: |
| | Admin Fax: |
| | Admin Fax Ext: |

| | |
|---|---|
| | Admin                                          Email: 042db3c6b292404b9120c05a47705b42.protect@withheldforprivacy.com<br>Registry Tech ID:<br>Tech Name: Redacted for Privacy<br>Tech Organization: Privacy service provided by Withheld for Privacy ehf<br>Tech Street: Kalkofnsvegur 2<br>Tech City: Reykjavik<br>Tech State/Province: Capital Region<br>Tech Postal Code: 101<br>Tech Country: IS<br>Tech Phone: +354.4212434<br>Tech Phone Ext:<br>Tech Fax:<br>Tech Fax Ext:<br>Tech                                            Email: 042db3c6b292404b9120c05a47705b42.protect@withheldforprivacy.com<br>Name Server: dns101.registrar-servers.com<br>Name Server: dns102.registrar-servers.com<br>DNSSEC: unsigned<br>URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/<br>For more information on Whois status codes, please visit https://icann.org/epp |
| XACSHOP.COM | Domain Name: XACSHOP.COM<br>Registry Domain ID: 2870474432_DOMAIN_COM-VRSN<br>Registrar WHOIS Server: whois.hostinger.com<br>Registrar URL: http://www.hostinger.com<br>Updated Date: 2024-04-08T13:50:55Z<br>Creation Date: 2024-04-08T13:50:51Z<br>Registry Expiry Date: 2025-04-08T13:50:51Z<br>Registrar: HOSTINGER operations, UAB<br>Registrar IANA ID: 1636<br>Registrar Abuse Contact Email: abuse-tracker@hostinger.com<br>Registrar Abuse Contact Phone: +37064503378<br>Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited<br>Name Server: NS1.DNS-PARKING.COM<br>Name Server: NS2.DNS-PARKING.COM<br>DNSSEC: unsigned<br>URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/ |

| | >>> Last update of whois database: 2024-09-20T19:54:05Z <<< |
|---|---|

**.ORG REGISTRY**
Public Interest Registry
11911 Freedom Drive, 10th Floor, Suite 1000
Reston, VA 20190

**.ORG DOMAINS**

| EDITABLEZOOM.ORG | Domain Name: editablezoom.org |
|---|---|
| | Registry Domain ID: 40b4413522e74dc1ae89007355f64092-LROR |
| | Registrar WHOIS Server: https://rdapserver.net/ |
| | Registrar URL: http://www.hostinger.com |
| | Updated Date: 2024-03-20T13:34:36Z |
| | Creation Date: 2024-03-15T13:33:57Z |
| | Registry Expiry Date: 2025-03-15T13:33:57Z |
| | Registrar: HOSTINGER operations, UAB |
| | Registrar IANA ID: 1636 |
| | Registrar Abuse Contact Email: |
| | Registrar Abuse Contact Phone: |
| | Domain Status: clientTransferProhibited |
| | https://icann.org/epp#clientTransferProhibited |
| | Registry Registrant ID: REDACTED FOR PRIVACY |
| | Registrant Name: REDACTED FOR PRIVACY |
| | Registrant Organization: Privacy Protect, LLC (PrivacyProtect.org) |
| | Registrant Street: REDACTED FOR PRIVACY |
| | Registrant City: REDACTED FOR PRIVACY |
| | Registrant State/Province: MA |
| | Registrant Postal Code: REDACTED FOR PRIVACY |
| | Registrant Country: US |
| | Registrant Phone: REDACTED FOR PRIVACY |
| | Registrant Phone Ext: REDACTED FOR PRIVACY |
| | Registrant Fax: REDACTED FOR PRIVACY |
| | Registrant Fax Ext: REDACTED FOR PRIVACY |
| | Registrant Email: Please query the RDDS service of the Registrar of Record identified in this output for information on how to contact the Registrant, Admin, or Tech contact of the queried domain name. |
| | Registry Admin ID: REDACTED FOR PRIVACY |
| | Admin Name: REDACTED FOR PRIVACY |
| | Admin Organization: REDACTED FOR PRIVACY |
| | Admin Street: REDACTED FOR PRIVACY |
| | Admin City: REDACTED FOR PRIVACY |
| | Admin State/Province: REDACTED FOR PRIVACY |

| | |
|---|---|
| | Admin Postal Code: REDACTED FOR PRIVACY<br>Admin Country: REDACTED FOR PRIVACY<br>Admin Phone: REDACTED FOR PRIVACY<br>Admin Phone Ext: REDACTED FOR PRIVACY<br>Admin Fax: REDACTED FOR PRIVACY<br>Admin Fax Ext: REDACTED FOR PRIVACY<br>Admin Email: Please query the RDDS service of the Registrar of Record identified in this output for information on how to contact the Registrant, Admin, or Tech contact of the queried domain name.<br>Registry Tech ID: REDACTED FOR PRIVACY<br>Tech Name: REDACTED FOR PRIVACY<br>Tech Organization: REDACTED FOR PRIVACY<br>Tech Street: REDACTED FOR PRIVACY<br>Tech City: REDACTED FOR PRIVACY<br>Tech State/Province: REDACTED FOR PRIVACY<br>Tech Postal Code: REDACTED FOR PRIVACY<br>Tech Country: REDACTED FOR PRIVACY<br>Tech Phone: REDACTED FOR PRIVACY<br>Tech Phone Ext: REDACTED FOR PRIVACY<br>Tech Fax: REDACTED FOR PRIVACY<br>Tech Fax Ext: REDACTED FOR PRIVACY<br>Tech Email: Please query the RDDS service of the Registrar of Record identified in this output for information on how to contact the Registrant, Admin, or Tech contact of the queried domain name.<br>Name Server: ns1.dns-parking.com<br>Name Server: ns2.dns-parking.com<br>DNSSEC: unsigned<br>URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/<br>>>> Last update of WHOIS database: 2024-09-20T19:56:16Z <<< |
| EICHENFASS.ORG | Domain Name: eichenfass.org<br>Registry Domain ID: ecfc396b7971434c9970a1cdf34568ad-LROR<br>Registrar WHOIS Server: https://rdapserver.net/<br>Registrar URL: http://www.hostinger.com<br>Updated Date: 2024-07-13T16:19:35Z<br>Creation Date: 2024-07-08T16:18:37Z<br>Registry Expiry Date: 2025-07-08T16:18:37Z<br>Registrar: HOSTINGER operations, UAB<br>Registrar IANA ID: 1636<br>Registrar Abuse Contact Email:<br>Registrar Abuse Contact Phone: |

59

| | |
|---|---|
| | Domain Status: clientTransferProhibited<br>https://icann.org/epp#clientTransferProhibited<br>Registry Registrant ID: REDACTED FOR PRIVACY<br>Registrant Name: REDACTED FOR PRIVACY<br>Registrant Organization: Privacy Protect, LLC<br>(PrivacyProtect.org)<br>Registrant Street: REDACTED FOR PRIVACY<br>Registrant City: REDACTED FOR PRIVACY<br>Registrant State/Province: MA<br>Registrant Postal Code: REDACTED FOR PRIVACY<br>Registrant Country: US<br>Registrant Phone: REDACTED FOR PRIVACY<br>Registrant Phone Ext: REDACTED FOR PRIVACY<br>Registrant Fax: REDACTED FOR PRIVACY<br>Registrant Fax Ext: REDACTED FOR PRIVACY<br>Registrant Email: Please query the RDDS service of the<br>Registrar of Record identified in this<br>output for information on how to contact the Registrant,<br>Admin, or Tech contact of the queried<br>domain name.<br>Registry Admin ID: REDACTED FOR PRIVACY<br>Admin Name: REDACTED FOR PRIVACY<br>Admin Organization: REDACTED FOR PRIVACY<br>Admin Street: REDACTED FOR PRIVACY<br>Admin City: REDACTED FOR PRIVACY<br>Admin State/Province: REDACTED FOR PRIVACY<br>Admin Postal Code: REDACTED FOR PRIVACY<br>Admin Country: REDACTED FOR PRIVACY<br>Admin Phone: REDACTED FOR PRIVACY<br>Admin Phone Ext: REDACTED FOR PRIVACY<br>Admin Fax: REDACTED FOR PRIVACY<br>Admin Fax Ext: REDACTED FOR PRIVACY<br>Admin Email: Please query the RDDS service of the<br>Registrar of Record identified in this<br>output for information on how to contact the Registrant,<br>Admin, or Tech contact of the queried<br>domain name.<br>Registry Tech ID: REDACTED FOR PRIVACY<br>Tech Name: REDACTED FOR PRIVACY<br>Tech Organization: REDACTED FOR PRIVACY<br>Tech Street: REDACTED FOR PRIVACY<br>Tech City: REDACTED FOR PRIVACY<br>Tech State/Province: REDACTED FOR PRIVACY<br>Tech Postal Code: REDACTED FOR PRIVACY<br>Tech Country: REDACTED FOR PRIVACY<br>Tech Phone: REDACTED FOR PRIVACY |

| | Tech Phone Ext: REDACTED FOR PRIVACY |
|---|---|
| | Tech Fax: REDACTED FOR PRIVACY |
| | Tech Fax Ext: REDACTED FOR PRIVACY |
| | Tech Email: Please query the RDDS service of the |
| | Registrar of Record identified in this output |
| | for information on how to contact the Registrant, Admin, |
| | or Tech contact of the queried domain |
| | name. |
| | Name Server: ns1.dns-parking.com |
| | Name Server: ns2.dns-parking.com |
| | DNSSEC: unsigned |
| | URL of the ICANN Whois Inaccuracy Complaint Form: |
| | https://www.icann.org/wicf/ |
| | >>> Last update of WHOIS database: 2024-09-20T19:56:51Z <<< |
| GOTHICSHOP.ORG | Domain Name: gothicshop.org |
| | Registry Domain ID: 29102a533cb94a9fb8c9dd5f9bd122e4-LROR |
| | Registrar WHOIS Server: https://rdapserver.net/ |
| | Registrar URL: http://www.hostinger.com |
| | Updated Date: 2024-05-12T13:14:54Z |
| | Creation Date: 2024-05-07T13:14:35Z |
| | Registry Expiry Date: 2025-05-07T13:14:35Z |
| | Registrar: HOSTINGER operations, UAB |
| | Registrar IANA ID: 1636 |
| | Registrar Abuse Contact Email: |
| | Registrar Abuse Contact Phone: |
| | Domain Status: clientTransferProhibited |
| | https://icann.org/epp#clientTransferProhibited |
| | Registry Registrant ID: REDACTED FOR PRIVACY |
| | Registrant Name: REDACTED FOR PRIVACY |
| | Registrant Organization: Privacy Protect, LLC (PrivacyProtect.org) |
| | Registrant Street: REDACTED FOR PRIVACY |
| | Registrant City: REDACTED FOR PRIVACY |
| | Registrant State/Province: MA |
| | Registrant Postal Code: REDACTED FOR PRIVACY |
| | Registrant Country: US |
| | Registrant Phone: REDACTED FOR PRIVACY |
| | Registrant Phone Ext: REDACTED FOR PRIVACY |
| | Registrant Fax: REDACTED FOR PRIVACY |
| | Registrant Fax Ext: REDACTED FOR PRIVACY |
| | Registrant Email: Please query the RDDS service of the |
| | Registrar of Record identified in this output for |
| | information on how to contact the Registrant, Admin, or |
| | Tech contact of the queried domain name. |

| | |
|---|---|
| | Registry Admin ID: REDACTED FOR PRIVACY<br>Admin Name: REDACTED FOR PRIVACY<br>Admin Organization: REDACTED FOR PRIVACY<br>Admin Street: REDACTED FOR PRIVACY<br>Admin City: REDACTED FOR PRIVACY<br>Admin State/Province: REDACTED FOR PRIVACY<br>Admin Postal Code: REDACTED FOR PRIVACY<br>Admin Country: REDACTED FOR PRIVACY<br>Admin Phone: REDACTED FOR PRIVACY<br>Admin Phone Ext: REDACTED FOR PRIVACY<br>Admin Fax: REDACTED FOR PRIVACY<br>Admin Fax Ext: REDACTED FOR PRIVACY<br>Admin Email: Please query the RDDS service of the Registrar of Record identified in this output for information on how to contact the Registrant, Admin, or Tech contact of the queried domain name.<br>Registry Tech ID: REDACTED FOR PRIVACY<br>Tech Name: REDACTED FOR PRIVACY<br>Tech Organization: REDACTED FOR PRIVACY<br>Tech Street: REDACTED FOR PRIVACY<br>Tech City: REDACTED FOR PRIVACY<br>Tech State/Province: REDACTED FOR PRIVACY<br>Tech Postal Code: REDACTED FOR PRIVACY<br>Tech Country: REDACTED FOR PRIVACY<br>Tech Phone: REDACTED FOR PRIVACY<br>Tech Phone Ext: REDACTED FOR PRIVACY<br>Tech Fax: REDACTED FOR PRIVACY<br>Tech Fax Ext: REDACTED FOR PRIVACY<br>Tech Email: Please query the RDDS service of the Registrar of Record identified in this output for information on how to contact the Registrant, Admin, or Tech contact of the queried domain name.<br>Name Server: ns1.dns-parking.com<br>Name Server: ns2.dns-parking.com<br>DNSSEC: unsigned<br>URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/<br>>>> Last update of WHOIS database: 2024-09-20T19:57:35Z <<< |
| INVESTFIX.ORG | Domain Name: investfix.org<br>Registry Domain ID: b2bfa484594b41ec91cd184c753d301d-LROR<br>Registrar WHOIS Server: https://rdapserver.net/<br>Registrar URL: http://www.hostinger.com<br>Updated Date: 2024-07-08T15:37:05Z<br>Creation Date: 2024-07-03T15:36:27Z |

Registry Expiry Date: 2025-07-03T15:36:27Z
Registrar: HOSTINGER operations, UAB
Registrar IANA ID: 1636
Registrar Abuse Contact Email:
Registrar Abuse Contact Phone:
Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: Privacy Protect, LLC
(PrivacyProtect.org)
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: MA
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: US
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the
Registrar of Record identified in this
output for information on how to contact the Registrant,
Admin, or Tech contact of the queried
domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the
Registrar of Record identified in this
output for information on how to contact the Registrant,
Admin, or Tech contact of the queried
domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY

| | |
|---|---|
| | Tech City: REDACTED FOR PRIVACY |
| | Tech State/Province: REDACTED FOR PRIVACY |
| | Tech Postal Code: REDACTED FOR PRIVACY |
| | Tech Country: REDACTED FOR PRIVACY |
| | Tech Phone: REDACTED FOR PRIVACY |
| | Tech Phone Ext: REDACTED FOR PRIVACY |
| | Tech Fax: REDACTED FOR PRIVACY |
| | Tech Fax Ext: REDACTED FOR PRIVACY |
| | Tech Email: Please query the RDDS service of the Registrar of Record identified in this output for information on how to contact the Registrant, Admin, or Tech contact of the queried domain name. |
| | Name Server: ns1.dns-parking.com |
| | Name Server: ns2.dns-parking.com |
| | DNSSEC: unsigned |
| | URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/ |
| | >>> Last update of WHOIS database: 2024-09-20T19:57:58Z <<< |
| LOYALTYFIRST.ORG | Domain Name: loyaltyfirst.org |
| | Registry Domain ID: 41b01ee0b0f44d80ac8c5eb249f3d7d6-LROR |
| | Registrar WHOIS Server: https://rdapserver.net/ |
| | Registrar URL: http://www.hostinger.com |
| | Updated Date: 2024-07-10T18:03:19Z |
| | Creation Date: 2024-07-05T18:02:58Z |
| | Registry Expiry Date: 2025-07-05T18:02:58Z |
| | Registrar: HOSTINGER operations, UAB |
| | Registrar IANA ID: 1636 |
| | Registrar Abuse Contact Email: |
| | Registrar Abuse Contact Phone: |
| | Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited |
| | Registry Registrant ID: REDACTED FOR PRIVACY |
| | Registrant Name: REDACTED FOR PRIVACY |
| | Registrant Organization: Privacy Protect, LLC (PrivacyProtect.org) |
| | Registrant Street: REDACTED FOR PRIVACY |
| | Registrant City: REDACTED FOR PRIVACY |
| | Registrant State/Province: MA |
| | Registrant Postal Code: REDACTED FOR PRIVACY |
| | Registrant Country: US |
| | Registrant Phone: REDACTED FOR PRIVACY |
| | Registrant Phone Ext: REDACTED FOR PRIVACY |
| | Registrant Fax: REDACTED FOR PRIVACY |

| | |
|---|---|
| | Registrant Fax Ext: REDACTED FOR PRIVACY<br>Registrant Email: Please query the RDDS service of the<br>Registrar of Record identified in this<br>output for information on how to contact the Registrant,<br>Admin, or Tech contact of the queried<br>domain name.<br>Registry Admin ID: REDACTED FOR PRIVACY<br>Admin Name: REDACTED FOR PRIVACY<br>Admin Organization: REDACTED FOR PRIVACY<br>Admin Street: REDACTED FOR PRIVACY<br>Admin City: REDACTED FOR PRIVACY<br>Admin State/Province: REDACTED FOR PRIVACY<br>Admin Postal Code: REDACTED FOR PRIVACY<br>Admin Country: REDACTED FOR PRIVACY<br>Admin Phone: REDACTED FOR PRIVACY<br>Admin Phone Ext: REDACTED FOR PRIVACY<br>Admin Fax: REDACTED FOR PRIVACY<br>Admin Fax Ext: REDACTED FOR PRIVACY<br>Admin Email: Please query the RDDS service of the<br>Registrar of Record identified in this<br>output for information on how to contact the Registrant,<br>Admin, or Tech contact of the queried<br>domain name.<br>Registry Tech ID: REDACTED FOR PRIVACY<br>Tech Name: REDACTED FOR PRIVACY<br>Tech Organization: REDACTED FOR PRIVACY<br>Tech Street: REDACTED FOR PRIVACY<br>Tech City: REDACTED FOR PRIVACY<br>Tech State/Province: REDACTED FOR PRIVACY<br>Tech Postal Code: REDACTED FOR PRIVACY<br>Tech Country: REDACTED FOR PRIVACY<br>Tech Phone: REDACTED FOR PRIVACY<br>Tech Phone Ext: REDACTED FOR PRIVACY<br>Tech Fax: REDACTED FOR PRIVACY<br>Tech Fax Ext: REDACTED FOR PRIVACY<br>Tech Email: Please query the RDDS service of the<br>Registrar of Record identified in this output<br>for information on how to contact the Registrant, Admin,<br>or Tech contact of the queried domain<br>name.<br>Name Server: ns1.dns-parking.com<br>Name Server: ns2.dns-parking.com<br>DNSSEC: unsigned<br>URL of the ICANN Whois Inaccuracy Complaint Form:<br>https://www.icann.org/wicf/ |
| MTGCGROUP.ORG | Domain Name: mtgcgroup.org |

| | Registry Domain ID:<br>a0836b7399a443a58ef7b37113462d42-LROR<br>Registrar WHOIS Server: whois.namecheap.com<br>Registrar URL: http://www.namecheap.com<br>Updated Date: 2024-03-11T16:26:58Z<br>Creation Date: 2024-03-06T16:26:32Z<br>Registry Expiry Date: 2025-03-06T16:26:32Z<br>Registrar: NameCheap, Inc.<br>Registrar IANA ID: 1068<br>Registrar Abuse Contact Email: abuse@namecheap.com<br>Registrar Abuse Contact Phone: +1.6613102107<br>Domain Status: clientTransferProhibited<br>https://icann.org/epp#clientTransferProhibited<br>Registry Registrant ID: REDACTED FOR PRIVACY<br>Registrant Name: REDACTED FOR PRIVACY<br>Registrant Organization: Privacy service provided by<br>Withheld for Privacy ehf<br>Registrant Street: REDACTED FOR PRIVACY<br>Registrant City: REDACTED FOR PRIVACY<br>Registrant State/Province: Capital Region<br>Registrant Postal Code: REDACTED FOR PRIVACY<br>Registrant Country: IS<br>Registrant Phone: REDACTED FOR PRIVACY<br>Registrant Phone Ext: REDACTED FOR PRIVACY<br>Registrant Fax: REDACTED FOR PRIVACY<br>Registrant Fax Ext: REDACTED FOR PRIVACY<br>Registrant Email: Please query the RDDS service of the<br>Registrar of Record identified in this output for<br>information on how to contact the Registrant, Admin, or<br>Tech contact of the queried domain name.<br>Registry Admin ID: REDACTED FOR PRIVACY<br>Admin Name: REDACTED FOR PRIVACY<br>Admin Organization: REDACTED FOR PRIVACY<br>Admin Street: REDACTED FOR PRIVACY<br>Admin City: REDACTED FOR PRIVACY<br>Admin State/Province: REDACTED FOR PRIVACY<br>Admin Postal Code: REDACTED FOR PRIVACY<br>Admin Country: REDACTED FOR PRIVACY<br>Admin Phone: REDACTED FOR PRIVACY<br>Admin Phone Ext: REDACTED FOR PRIVACY<br>Admin Fax: REDACTED FOR PRIVACY<br>Admin Fax Ext: REDACTED FOR PRIVACY<br>Admin Email: Please query the RDDS service of the<br>Registrar of Record identified in this output for<br>information on how to contact the Registrant, Admin, or<br>Tech contact of the queried domain name. |
|---|---|

| | |
|---|---|
| | Registry Tech ID: REDACTED FOR PRIVACY<br>Tech Name: REDACTED FOR PRIVACY<br>Tech Organization: REDACTED FOR PRIVACY<br>Tech Street: REDACTED FOR PRIVACY<br>Tech City: REDACTED FOR PRIVACY<br>Tech State/Province: REDACTED FOR PRIVACY<br>Tech Postal Code: REDACTED FOR PRIVACY<br>Tech Country: REDACTED FOR PRIVACY<br>Tech Phone: REDACTED FOR PRIVACY<br>Tech Phone Ext: REDACTED FOR PRIVACY<br>Tech Fax: REDACTED FOR PRIVACY<br>Tech Fax Ext: REDACTED FOR PRIVACY<br>Tech Email: Please query the RDDS service of the Registrar of Record identified in this output for information on how to contact the Registrant, Admin, or Tech contact of the queried domain name.<br>Name Server: dns1.registrar-servers.com<br>Name Server: dns2.registrar-servers.com<br>DNSSEC: unsigned<br>URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/<br>>>> Last update of WHOIS database: 2024-09-20T19:59:11Z <<< |
| MUTUALRESCUEBOOK.ORG | Domain Name: mutualrescuebook.org<br>Registry Domain ID: ec34753585114c108fc4a7235a77ad00-LROR<br>Registrar WHOIS Server: https://rdapserver.net/<br>Registrar URL: http://www.hostinger.com<br>Updated Date: 2024-07-12T16:08:34Z<br>Creation Date: 2024-05-19T12:01:07Z<br>Registry Expiry Date: 2025-05-19T12:01:07Z<br>Registrar: HOSTINGER operations, UAB<br>Registrar IANA ID: 1636<br>Registrar Abuse Contact Email:<br>Registrar Abuse Contact Phone:<br>Domain Status: clientTransferProhibited<br>https://icann.org/epp#clientTransferProhibited<br>Registry Registrant ID: REDACTED FOR PRIVACY<br>Registrant Name: REDACTED FOR PRIVACY<br>Registrant Organization: Privacy Protect, LLC (PrivacyProtect.org)<br>Registrant Street: REDACTED FOR PRIVACY<br>Registrant City: REDACTED FOR PRIVACY<br>Registrant State/Province: MA<br>Registrant Postal Code: REDACTED FOR PRIVACY<br>Registrant Country: US |

| |
|---|
| Registrant Phone: REDACTED FOR PRIVACY |
| Registrant Phone Ext: REDACTED FOR PRIVACY |
| Registrant Fax: REDACTED FOR PRIVACY |
| Registrant Fax Ext: REDACTED FOR PRIVACY |
| Registrant Email: Please query the RDDS service of the Registrar of Record identified in this output for information on how to contact the Registrant, Admin, or Tech contact of the queried domain name. |
| Registry Admin ID: REDACTED FOR PRIVACY |
| Admin Name: REDACTED FOR PRIVACY |
| Admin Organization: REDACTED FOR PRIVACY |
| Admin Street: REDACTED FOR PRIVACY |
| Admin City: REDACTED FOR PRIVACY |
| Admin State/Province: REDACTED FOR PRIVACY |
| Admin Postal Code: REDACTED FOR PRIVACY |
| Admin Country: REDACTED FOR PRIVACY |
| Admin Phone: REDACTED FOR PRIVACY |
| Admin Phone Ext: REDACTED FOR PRIVACY |
| Admin Fax: REDACTED FOR PRIVACY |
| Admin Fax Ext: REDACTED FOR PRIVACY |
| Admin Email: Please query the RDDS service of the Registrar of Record identified in this output for information on how to contact the Registrant, Admin, or Tech contact of the queried domain name. |
| Registry Tech ID: REDACTED FOR PRIVACY |
| Tech Name: REDACTED FOR PRIVACY |
| Tech Organization: REDACTED FOR PRIVACY |
| Tech Street: REDACTED FOR PRIVACY |
| Tech City: REDACTED FOR PRIVACY |
| Tech State/Province: REDACTED FOR PRIVACY |
| Tech Postal Code: REDACTED FOR PRIVACY |
| Tech Country: REDACTED FOR PRIVACY |
| Tech Phone: REDACTED FOR PRIVACY |
| Tech Phone Ext: REDACTED FOR PRIVACY |
| Tech Fax: REDACTED FOR PRIVACY |
| Tech Fax Ext: REDACTED FOR PRIVACY |
| Tech Email: Please query the RDDS service of the Registrar of Record identified in this output for information on how to contact the Registrant, Admin, or Tech contact of the queried domain name. |
| Name Server: dns1.registrar-servers.com |
| Name Server: dns2.registrar-servers.com |
| DNSSEC: unsigned |
| URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/ |

| | |
|---|---|
| | >>> Last update of WHOIS database: 2024-09-20T20:00:45Z <<< |
| MYGEIGER.ORG | Domain Name: mygeiger.org |
| | Registry Domain ID: b160a2dbb15a4f2bac6d38412760c675-LROR |
| | Registrar WHOIS Server: https://rdapserver.net/ |
| | Registrar URL: http://www.hostinger.com |
| | Updated Date: 2024-04-24T15:53:16Z |
| | Creation Date: 2024-04-19T15:53:10Z |
| | Registry Expiry Date: 2025-04-19T15:53:10Z |
| | Registrar: HOSTINGER operations, UAB |
| | Registrar IANA ID: 1636 |
| | Registrar Abuse Contact Email: |
| | Registrar Abuse Contact Phone: |
| | Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited |
| | Registry Registrant ID: REDACTED FOR PRIVACY |
| | Registrant Name: REDACTED FOR PRIVACY |
| | Registrant Organization: Privacy Protect, LLC (PrivacyProtect.org) |
| | Registrant Street: REDACTED FOR PRIVACY |
| | Registrant City: REDACTED FOR PRIVACY |
| | Registrant State/Province: MA |
| | Registrant Postal Code: REDACTED FOR PRIVACY |
| | Registrant Country: US |
| | Registrant Phone: REDACTED FOR PRIVACY |
| | Registrant Phone Ext: REDACTED FOR PRIVACY |
| | Registrant Fax: REDACTED FOR PRIVACY |
| | Registrant Fax Ext: REDACTED FOR PRIVACY |
| | Registrant Email: Please query the RDDS service of the Registrar of Record identified in this output for information on how to contact the Registrant, Admin, or Tech contact of the queried domain name. |
| | Registry Admin ID: REDACTED FOR PRIVACY |
| | Admin Name: REDACTED FOR PRIVACY |
| | Admin Organization: REDACTED FOR PRIVACY |
| | Admin Street: REDACTED FOR PRIVACY |
| | Admin City: REDACTED FOR PRIVACY |
| | Admin State/Province: REDACTED FOR PRIVACY |
| | Admin Postal Code: REDACTED FOR PRIVACY |
| | Admin Country: REDACTED FOR PRIVACY |
| | Admin Phone: REDACTED FOR PRIVACY |
| | Admin Phone Ext: REDACTED FOR PRIVACY |
| | Admin Fax: REDACTED FOR PRIVACY |
| | Admin Fax Ext: REDACTED FOR PRIVACY |

| | |
|---|---|
| | Admin Email: Please query the RDDS service of the Registrar of Record identified in this output for information on how to contact the Registrant, Admin, or Tech contact of the queried domain name.<br>Registry Tech ID: REDACTED FOR PRIVACY<br>Tech Name: REDACTED FOR PRIVACY<br>Tech Organization: REDACTED FOR PRIVACY<br>Tech Street: REDACTED FOR PRIVACY<br>Tech City: REDACTED FOR PRIVACY<br>Tech State/Province: REDACTED FOR PRIVACY<br>Tech Postal Code: REDACTED FOR PRIVACY<br>Tech Country: REDACTED FOR PRIVACY<br>Tech Phone: REDACTED FOR PRIVACY<br>Tech Phone Ext: REDACTED FOR PRIVACY<br>Tech Fax: REDACTED FOR PRIVACY<br>Tech Fax Ext: REDACTED FOR PRIVACY<br>Tech Email: Please query the RDDS service of the Registrar of Record identified in this output for information on how to contact the Registrant, Admin, or Tech contact of the queried domain name.<br>Name Server: ns1.dns-parking.com<br>Name Server: ns2.dns-parking.com<br>DNSSEC: unsigned<br>URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/<br>>>> Last update of WHOIS database: 2024-09-20T20:01:18Z <<< |
| PARTICLESOLID.ORG | Domain Name: particlesolid.org<br>Registry Domain ID: c3e9dad867f74507b8bfd5e435089a6f-LROR<br>Registrar WHOIS Server: https://rdapserver.net/<br>Registrar URL: http://www.hostinger.com<br>Updated Date: 2024-04-29T09:48:58Z<br>Creation Date: 2024-03-01T18:09:00Z<br>Registry Expiry Date: 2025-03-01T18:09:00Z<br>Registrar: HOSTINGER operations, UAB<br>Registrar IANA ID: 1636<br>Registrar Abuse Contact Email:<br>Registrar Abuse Contact Phone:<br>Domain Status: clientTransferProhibited<br>https://icann.org/epp#clientTransferProhibited<br>Registry Registrant ID: REDACTED FOR PRIVACY<br>Registrant Name: REDACTED FOR PRIVACY<br>Registrant Organization: Privacy Protect, LLC (PrivacyProtect.org)<br>Registrant Street: REDACTED FOR PRIVACY |

| |
|---|

Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: MA
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: US
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the
Registrar of Record identified in this output for
information on how to contact the Registrant, Admin, or
Tech contact of the queried domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the
Registrar of Record identified in this output for
information on how to contact the Registrant, Admin, or
Tech contact of the queried domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the
Registrar of Record identified in this output for
information on how to contact the Registrant, Admin, or
Tech contact of the queried domain name.
Name Server: 123ns1.dns-parking.com
Name Server: 123ns2.dns-parking.com

| | |
|---|---|
| | DNSSEC: unsigned<br>URL of the ICANN Whois Inaccuracy Complaint Form:<br>https://www.icann.org/wicf/<br>>>> Last update of WHOIS database: 2024-09-20T20:02:01Z <<< |
| QUANTUMNYX.ORG | Domain Name: quantumnyx.org<br>Registry Domain ID:<br>408f350f60f44bb6bc5fe23ba8878f84-LROR<br>Registrar WHOIS Server: https://rdapserver.net/<br>Registrar URL: http://www.hostinger.com<br>Updated Date: 2024-07-24T16:12:48Z<br>Creation Date: 2024-07-19T16:12:16Z<br>Registry Expiry Date: 2025-07-19T16:12:16Z<br>Registrar: HOSTINGER operations, UAB<br>Registrar IANA ID: 1636<br>Registrar Abuse Contact Email:<br>Registrar Abuse Contact Phone:<br>Domain Status: clientTransferProhibited<br>https://icann.org/epp#clientTransferProhibited<br>Registry Registrant ID: REDACTED FOR PRIVACY<br>Registrant Name: REDACTED FOR PRIVACY<br>Registrant Organization: Privacy Protect, LLC<br>(PrivacyProtect.org)<br>Registrant Street: REDACTED FOR PRIVACY<br>Registrant City: REDACTED FOR PRIVACY<br>Registrant State/Province: MA<br>Registrant Postal Code: REDACTED FOR PRIVACY<br>Registrant Country: US<br>Registrant Phone: REDACTED FOR PRIVACY<br>Registrant Phone Ext: REDACTED FOR PRIVACY<br>Registrant Fax: REDACTED FOR PRIVACY<br>Registrant Fax Ext: REDACTED FOR PRIVACY<br>Registrant Email: Please query the RDDS service of the<br>Registrar of Record identified in this output for<br>information on how to contact the Registrant, Admin, or<br>Tech contact of the queried domain name.<br>Registry Admin ID: REDACTED FOR PRIVACY<br>Admin Name: REDACTED FOR PRIVACY<br>Admin Organization: REDACTED FOR PRIVACY<br>Admin Street: REDACTED FOR PRIVACY<br>Admin City: REDACTED FOR PRIVACY<br>Admin State/Province: REDACTED FOR PRIVACY<br>Admin Postal Code: REDACTED FOR PRIVACY<br>Admin Country: REDACTED FOR PRIVACY<br>Admin Phone: REDACTED FOR PRIVACY<br>Admin Phone Ext: REDACTED FOR PRIVACY |

| | |
|---|---|
| | Admin Fax: REDACTED FOR PRIVACY<br>Admin Fax Ext: REDACTED FOR PRIVACY<br>Admin Email: Please query the RDDS service of the Registrar of Record identified in this output for information on how to contact the Registrant, Admin, or Tech contact of the queried domain name.<br>Registry Tech ID: REDACTED FOR PRIVACY<br>Tech Name: REDACTED FOR PRIVACY<br>Tech Organization: REDACTED FOR PRIVACY<br>Tech Street: REDACTED FOR PRIVACY<br>Tech City: REDACTED FOR PRIVACY<br>Tech State/Province: REDACTED FOR PRIVACY<br>Tech Postal Code: REDACTED FOR PRIVACY<br>Tech Country: REDACTED FOR PRIVACY<br>Tech Phone: REDACTED FOR PRIVACY<br>Tech Phone Ext: REDACTED FOR PRIVACY<br>Tech Fax: REDACTED FOR PRIVACY<br>Tech Fax Ext: REDACTED FOR PRIVACY<br>Tech Email: Please query the RDDS service of the Registrar of Record identified in this output for information on how to contact the Registrant, Admin, or Tech contact of the queried domain name.<br>Name Server: ns1.dns-parking.com<br>Name Server: ns2.dns-parking.com<br>DNSSEC: unsigned<br>URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/<br>>>> Last update of WHOIS database: 2024-09-20T20:02:42Z <<< |
| YAMARU.ORG | Domain Name: yamaru.org<br>Registry Domain ID: 208695d5b71e497d9409d71ae3409fc7-LROR<br>Registrar WHOIS Server: whois.namecheap.com<br>Registrar URL: http://www.namecheap.com<br>Updated Date: 2024-03-11T15:28:19Z<br>Creation Date: 2024-03-06T15:27:54Z<br>Registry Expiry Date: 2025-03-06T15:27:54Z<br>Registrar: NameCheap, Inc.<br>Registrar IANA ID: 1068<br>Registrar Abuse Contact Email: abuse@namecheap.com<br>Registrar Abuse Contact Phone: +1.6613102107<br>Domain Status: clientTransferProhibited<br>https://icann.org/epp#clientTransferProhibited<br>Registry Registrant ID: REDACTED FOR PRIVACY<br>Registrant Name: REDACTED FOR PRIVACY |

| | |
|---|---|
| | Registrant Organization: Privacy service provided by Withheld for Privacy ehf<br>Registrant Street: REDACTED FOR PRIVACY<br>Registrant City: REDACTED FOR PRIVACY<br>Registrant State/Province: Capital Region<br>Registrant Postal Code: REDACTED FOR PRIVACY<br>Registrant Country: IS<br>Registrant Phone: REDACTED FOR PRIVACY<br>Registrant Phone Ext: REDACTED FOR PRIVACY<br>Registrant Fax: REDACTED FOR PRIVACY<br>Registrant Fax Ext: REDACTED FOR PRIVACY<br>Registrant Email: Please query the RDDS service of the Registrar of Record identified in this output for information on how to contact the Registrant, Admin, or Tech contact of the queried domain name.<br>Registry Admin ID: REDACTED FOR PRIVACY<br>Admin Name: REDACTED FOR PRIVACY<br>Admin Organization: REDACTED FOR PRIVACY<br>Admin Street: REDACTED FOR PRIVACY<br>Admin City: REDACTED FOR PRIVACY<br>Admin State/Province: REDACTED FOR PRIVACY<br>Admin Postal Code: REDACTED FOR PRIVACY<br>Admin Country: REDACTED FOR PRIVACY<br>Admin Phone: REDACTED FOR PRIVACY<br>Admin Phone Ext: REDACTED FOR PRIVACY<br>Admin Fax: REDACTED FOR PRIVACY<br>Admin Fax Ext: REDACTED FOR PRIVACY<br>Admin Email: Please query the RDDS service of the Registrar of Record identified in this output for information on how to contact the Registrant, Admin, or Tech contact of the queried domain name.<br>Registry Tech ID: REDACTED FOR PRIVACY<br>Tech Name: REDACTED FOR PRIVACY<br>Tech Organization: REDACTED FOR PRIVACY<br>Tech Street: REDACTED FOR PRIVACY<br>Tech City: REDACTED FOR PRIVACY<br>Tech State/Province: REDACTED FOR PRIVACY<br>Tech Postal Code: REDACTED FOR PRIVACY<br>Tech Country: REDACTED FOR PRIVACY<br>Tech Phone: REDACTED FOR PRIVACY<br>Tech Phone Ext: REDACTED FOR PRIVACY<br>Tech Fax: REDACTED FOR PRIVACY<br>Tech Fax Ext: REDACTED FOR PRIVACY<br>Tech Email: Please query the RDDS service of the Registrar of Record identified in this output for |

|  | information on how to contact the Registrant, Admin, or Tech contact of the queried domain name.<br>Name Server: dns1.registrar-servers.com<br>Name Server: dns2.registrar-servers.com<br>DNSSEC: unsigned<br>URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/<br>>>> Last update of WHOIS database: 2024-09-20T20:03:34Z <<< |
|---|---|

**.NET REGISTRY**
VeriSign Global Registry Services
12061 Bluemont Way
Reston VA 20190

**.NET DOMAIN**

| DESGNSPIRATION.NET | Domain Name: DESGNSPIRATION.NET<br>Registry Domain ID: 2862669470_DOMAIN_NET-VRSN<br>Registrar WHOIS Server: whois.PublicDomainRegistry.com<br>Registrar URL: http://www.publicdomainregistry.com<br>Updated Date: 2024-03-11T13:16:14Z<br>Creation Date: 2024-03-11T13:16:14Z<br>Registry Expiry Date: 2025-03-11T13:16:14Z<br>Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com<br>Registrar IANA ID: 303<br>Registrar Abuse Contact Email:<br>Registrar Abuse Contact Phone: +1.2013775952<br>Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited<br>Name Server: DNS1.REGWAY.COM<br>Name Server: DNS2.REGWAY.COM<br>Name Server: DNS3.REGWAY.COM<br>Name Server: DNS4.REGWAY.COM<br>DNSSEC: unsigned<br>URL of the ICANN Whois Inaccuracy Complaint Form: https://icann.org/wicf/<br>>>> Last update of whois database: 2024-09-20T20:08:43Z <<< |
|---|---|
| JUSTAPPLE.NET | Domain Name: justapple.net<br>Registry Domain ID: 2867801843_DOMAIN_NET-VRSN<br>Registrar WHOIS Server: whois.namecheap.com<br>Registrar URL: http://www.namecheap.com<br>Updated Date: 2024-03-29T15:49:10Z<br>Creation Date: 2024-03-29T15:49:07Z<br>Registry Expiry Date: 2025-03-29T15:49:07Z<br>Registrar: NameCheap, Inc.<br>Registrar IANA ID: 1068 |

| | Registrar Abuse Contact Email: abuse@namecheap.com<br>Registrar Abuse Contact Phone: +1.6613102107<br>Domain Status: clientTransferProhibited<br>https://icann.org/epp#clientTransferProhibited<br>Name Server: DNS1.REGISTRAR-SERVERS.COM<br>Name Server: DNS2.REGISTRAR-SERVERS.COM<br>DNSSEC: unsigned<br>URL of the ICANN Whois Inaccuracy Complaint Form:<br>https://www.icann.org/wicf/<br>>>> Last update of whois database: 2024-09-20T20:10:42Z <<< |
|---|---|
| OMMAHAT.NET | Domain name: ommahat.net<br>Registry Domain ID: 2864908040_DOMAIN_NET-VRSN<br>Registrar WHOIS Server: whois.namecheap.com<br>Registrar URL: http://www.namecheap.com<br>Updated Date: 0001-01-01T00:00:00.00Z<br>Creation Date: 2024-03-19T12:16:58.00Z<br>Registrar Registration Expiration Date: 2025-03-19T12:16:58.00Z<br>Registrar: NAMECHEAP INC<br>Registrar IANA ID: 1068<br>Registrar Abuse Contact Email: abuse@namecheap.com<br>Registrar Abuse Contact Phone: +1.9854014545<br>Reseller: NAMECHEAP INC<br>Domain Status: clientTransferProhibited<br>https://icann.org/epp#clientTransferProhibited<br>Domain Status: addPeriod https://icann.org/epp#addPeriod<br>Registry Registrant ID:<br>Registrant Name: Redacted for Privacy<br>Registrant Organization: Privacy service provided by Withheld for Privacy ehf<br>Registrant Street: Kalkofnsvegur 2<br>Registrant City: Reykjavik<br>Registrant State/Province: Capital Region<br>Registrant Postal Code: 101<br>Registrant Country: IS<br>Registrant Phone: +354.4212434<br>Registrant Phone Ext:<br>Registrant Fax:<br>Registrant Fax Ext:<br>Registrant Email:<br>2047e9ea4c3f42bab22af7c54e1a5295.protect@withheldforprivacy.com<br>Registry Admin ID:<br>Admin Name: Redacted for Privacy<br>Admin Organization: Privacy service provided by Withheld for Privacy ehf<br>Admin Street: Kalkofnsvegur 2 |

| | |
|---|---|
| | Admin City: Reykjavik<br>Admin State/Province: Capital Region<br>Admin Postal Code: 101<br>Admin Country: IS<br>Admin Phone: +354.4212434<br>Admin Phone Ext:<br>Admin Fax:<br>Admin Fax Ext:<br>Admin Email:<br>2047e9ea4c3f42bab22af7c54e1a5295.protect@withheldforprivacy.com<br>Registry Tech ID:<br>Tech Name: Redacted for Privacy<br>Tech Organization: Privacy service provided by Withheld for Privacy ehf<br>Tech Street: Kalkofnsvegur 2<br>Tech City: Reykjavik<br>Tech State/Province: Capital Region<br>Tech Postal Code: 101<br>Tech Country: IS<br>Tech Phone: +354.4212434<br>Tech Phone Ext:<br>Tech Fax:<br>Tech Fax Ext:<br>Tech Email:<br>2047e9ea4c3f42bab22af7c54e1a5295.protect@withheldforprivacy.com<br>Name Server: dns1.registrar-servers.com<br>Name Server: dns2.registrar-servers.com<br>DNSSEC: unsigned<br>URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/<br>>>> Last update of WHOIS database: 2024-09-20T14:12:19.77Z <<< |
| CITYESSENTIALS.NET | Domain Name: CITYESSENTIALS.NET<br>Registry Domain ID: 2882624142_DOMAIN_NET-VRSN<br>Registrar WHOIS Server: whois.hostinger.com<br>Registrar URL: https://www.hostinger.com<br>Updated Date: 2024-07-19T02:16:49Z<br>Creation Date: 2024-05-19T15:30:15Z<br>Registrar Registration Expiration Date: 2025-05-19T15:30:15Z<br>Registrar: Hostinger Operations, UAB<br>Registrar IANA ID: 1636<br>Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited<br>Registry Registrant ID: Not Available From Registry |

Registrant Name: Domain Admin
Registrant Organization: Privacy Protect, LLC (PrivacyProtect.org)
Registrant Street: 10 Corporate Drive
Registrant City: Burlington
Registrant State/Province: MA
Registrant Postal Code: 01803
Registrant Country: US
Registrant Phone: +1.8022274003
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: contact@privacyprotect.org
Registry Admin ID: Not Available From Registry
Admin Name: Domain Admin
Admin Organization: Privacy Protect, LLC (PrivacyProtect.org)
Admin Street: 10 Corporate Drive
Admin City: Burlington
Admin State/Province: MA
Admin Postal Code: 01803
Admin Country: US
Admin Phone: +1.8022274003
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: contact@privacyprotect.org
Registry Tech ID: Not Available From Registry
Tech Name: Domain Admin
Tech Organization: Privacy Protect, LLC (PrivacyProtect.org)
Tech Street: 10 Corporate Drive
Tech City: Burlington
Tech State/Province: MA
Tech Postal Code: 01803
Tech Country: US
Tech Phone: +1.8022274003
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: contact@privacyprotect.org
Name Server: ns1.dns-parking.com
Name Server: ns2.dns-parking.com
DNSSEC: Unsigned
Registrar Abuse Contact Email: abuse@hostinger.com
Registrar Abuse Contact Phone: +37064503378
URL of the ICANN WHOIS Data Problem Reporting System:
http://wdprs.internic.net/
>>> Last update of WHOIS database: 2024-09-20T20:13:44Z <<<

| SGMODS.NET | Domain name: sgmods.net |
|---|---|
| | Registry Domain ID: 2875558934_DOMAIN_NET-VRSN |
| | Registrar WHOIS Server: whois.namecheap.com |
| | Registrar URL: http://www.namecheap.com |
| | Updated Date: 0001-01-01T00:00:00.00Z |
| | Creation Date: 2024-04-25T14:39:04.00Z |
| | Registrar Registration Expiration Date: 2025-04-25T14:39:04.00Z |
| | Registrar: NAMECHEAP INC |
| | Registrar IANA ID: 1068 |
| | Registrar Abuse Contact Email: abuse@namecheap.com |
| | Registrar Abuse Contact Phone: +1.9854014545 |
| | Reseller: NAMECHEAP INC |
| | Domain Status: clientTransferProhibited |
| | https://icann.org/epp#clientTransferProhibited |
| | Domain Status: addPeriod https://icann.org/epp#addPeriod |
| | Registry Registrant ID: |
| | Registrant Name: Redacted for Privacy |
| | Registrant Organization: Privacy service provided by Withheld for Privacy ehf |
| | Registrant Street: Kalkofnsvegur 2 |
| | Registrant City: Reykjavik |
| | Registrant State/Province: Capital Region |
| | Registrant Postal Code: 101 |
| | Registrant Country: IS |
| | Registrant Phone: +354.4212434 |
| | Registrant Phone Ext: |
| | Registrant Fax: |
| | Registrant Fax Ext: |
| | Registrant Email: b8999297390441729eddc3a8cc2bf368.protect@withheldforprivacy.com |
| | Registry Admin ID: |
| | Admin Name: Redacted for Privacy |
| | Admin Organization: Privacy service provided by Withheld for Privacy ehf |
| | Admin Street: Kalkofnsvegur 2 |
| | Admin City: Reykjavik |
| | Admin State/Province: Capital Region |
| | Admin Postal Code: 101 |
| | Admin Country: IS |
| | Admin Phone: +354.4212434 |
| | Admin Phone Ext: |
| | Admin Fax: |
| | Admin Fax Ext: |

|  | Admin Email: b8999297390441729eddc3a8cc2bf368.protect@withheldforprivacy.com |
|  | Registry Tech ID: |
|  | Tech Name: Redacted for Privacy |
|  | Tech Organization: Privacy service provided by Withheld for Privacy ehf |
|  | Tech Street: Kalkofnsvegur 2 |
|  | Tech City: Reykjavik |
|  | Tech State/Province: Capital Region |
|  | Tech Postal Code: 101 |
|  | Tech Country: IS |
|  | Tech Phone: +354.4212434 |
|  | Tech Phone Ext: |
|  | Tech Fax: |
|  | Tech Fax Ext: |
|  | Tech Email: b8999297390441729eddc3a8cc2bf368.protect@withheldforprivacy.com |
|  | Name Server: dns1.registrar-servers.com |
|  | Name Server: dns2.registrar-servers.com |
|  | DNSSEC: unsigned |
|  | URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/ |
|  | >>> Last update of WHOIS database: 2024-09-20T19:15:52.11Z <<< |

**.ONLINE REGISTRY**

Radix Technologies Inc.

Services Cayman Limited, P.O. Box 10008, Willow House, Cricket Square, Grand Cayman KY1-1001

Cayman Islands (the)

**.ONLINE DOMAIN**

| PROTECTIONOFFICE.ONLINE | Domain Name: PROTECTIONOFFICE.ONLINE |
|---|---|
|  | Registry Domain ID: D319531822-CNIC |
|  | Registrar WHOIS Server: whois.hostinger.com |
|  | Registrar URL: https://www.hostinger.com/ |
|  | Updated Date: 2023-08-26T01:06:09.0Z |
|  | Creation Date: 2022-08-25T07:55:24.0Z |
|  | Registry Expiry Date: 2024-08-25T23:59:59.0Z |
|  | Registrar: HOSTINGER operations, UAB |
|  | Registrar IANA ID: 1636 |
|  | Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited |

| | |
|---|---|
| | Domain Status: autoRenewPeriod https://icann.org/epp#autoRenewPeriod |
| | Registrant Organization: Not Applicable |
| | Registrant State/Province: FL |
| | Registrant Country: US |
| | Registrant Email: Please query the RDDS service of the Registrar of Record identified in this output for information on how to contact the Registrant, Admin, or Tech contact of the queried domain name. |
| | Admin Email: Please query the RDDS service of the Registrar of Record identified in this output for information on how to contact the Registrant, Admin, or Tech contact of the queried domain name. |
| | Tech Email: Please query the RDDS service of the Registrar of Record identified in this output for information on how to contact the Registrant, Admin, or Tech contact of the queried domain name. |
| | Name Server: DNS3.PARKPAGE.FOUNDATIONAPI.COM |
| | Name Server: DNS4.PARKPAGE.FOUNDATIONAPI.COM |
| | DNSSEC: unsigned |
| | Billing Email: Please query the RDDS service of the Registrar of Record identified in this output for information on how to contact the Registrant, Admin, or Tech contact of the queried domain name. |
| | Registrar Abuse Contact Email: domains@hostinger.com |
| | Registrar Abuse Contact Phone: +370.68424669 |
| | URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/ |

**.TECH REGISTRY**

Radix Technologies Inc.

Services Cayman Limited, P.O. Box 10008, Willow House, Cricket Square, Grand Cayman KY1-1001

Cayman Islands (the)

**.TECH DOMAIN**

| | |
|---|---|
| PREVIEW-DOCUMENT.TECH | Domain Name: PREVIEW-DOCUMENT.TECH |
| | Registry Domain ID: D361616076-CNIC |
| | Registrar WHOIS Server: whois.hostinger.com |
| | Registrar URL: https://www.hostinger.com/ |
| | Updated Date: 2024-05-21T01:36:58.0Z |
| | Creation Date: 2023-04-14T12:54:16.0Z |
| | Registry Expiry Date: 2024-04-14T23:59:59.0Z |
| | Registrar: HOSTINGER operations, UAB |

| | |
|---|---|
| | Registrar IANA ID: 1636<br>Domain Status: pendingDelete<br>https://icann.org/epp#pendingDelete<br>Domain Status: serverHold https://icann.org/epp#serverHold<br>Domain Status: serverTransferProhibited<br>https://icann.org/epp#serverTransferProhibited<br>Domain Status: clientTransferProhibited<br>https://icann.org/epp#clientTransferProhibited<br>Domain Status: redemptionPeriod<br>https://icann.org/epp#redemptionPeriod<br>Registrant Organization: Privacy Protect, LLC<br>(PrivacyProtect.org)<br>Registrant State/Province: MA<br>Registrant Country: US<br>Registrant Email: Please query the RDDS service of the Registrar of Record identified in this output for information on how to contact the Registrant, Admin, or Tech contact of the queried domain name.<br>Admin Email: Please query the RDDS service of the Registrar of Record identified in this output for information on how to contact the Registrant, Admin, or Tech contact of the queried domain name.<br>Tech Email: Please query the RDDS service of the Registrar of Record identified in this output for information on how to contact the Registrant, Admin, or Tech contact of the queried domain name.<br>Name Server: NS1.DNS-EXPIRED.COM<br>Name Server: NS2.DNS-EXPIRED.COM<br>DNSSEC: unsigned<br>Billing Email: Please query the RDDS service of the Registrar of Record identified in this output for information on how to contact the Registrant, Admin, or Tech contact of the queried domain name.<br>Registrar Abuse Contact Email: abuse@hostinger.com<br>Registrar Abuse Contact Phone: +370.68424669<br>URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/ |
| PROTECTIONOFFICE.TECH | Domain Name: PROTECTIONOFFICE.TECH<br>Registry Domain ID: D401427312-CNIC<br>Registrar WHOIS Server: whois.hostinger.com<br>Registrar URL: https://www.hostinger.com/<br>Updated Date: 2023-10-10T11:34:53.0Z<br>Creation Date: 2023-10-05T11:33:46.0Z<br>Registry Expiry Date: 2024-10-05T23:59:59.0Z<br>Registrar: HOSTINGER operations, UAB<br>Registrar IANA ID: 1636 |

| |
|---|
| Domain Status: clientTransferProhibited<br>https://icann.org/epp#clientTransferProhibited<br>Registrant Organization: Privacy Protect, LLC<br>(PrivacyProtect.org)<br>Registrant State/Province: MA<br>Registrant Country: US<br>Registrant Email: Please query the RDDS service of the<br>Registrar of Record identified in this output for information<br>on how to contact the Registrant, Admin, or Tech contact of<br>the queried domain name.<br>Admin Email: Please query the RDDS service of the<br>Registrar of Record identified in this output for information<br>on how to contact the Registrant, Admin, or Tech contact of<br>the queried domain name.<br>Tech Email: Please query the RDDS service of the Registrar<br>of Record identified in this output for information on how to<br>contact the Registrant, Admin, or Tech contact of the queried<br>domain name.<br>Name Server: NS2.PROTECTIONOFFICE.TECH<br>Name Server: NS1.PROTECTIONOFFICE.TECH<br>DNSSEC: unsigned<br>Billing Email: Please query the RDDS service of the<br>Registrar of Record identified in this output for information<br>on how to contact the Registrant, Admin, or Tech contact of<br>the queried domain name.<br>Registrar Abuse Contact Email: abuse@hostinger.com<br>Registrar Abuse Contact Phone: +370.68424669<br>URL of the ICANN Whois Inaccuracy Complaint Form:<br>https://www.icann.org/wicf/<br>>>> Last update of WHOIS database: 2024-09-20T20:22:04.0Z <<< |

# APPENDIX B

**Int. Cls.: 35 and 38**

**Prior U.S. Cls.: 100, 101, 102 and 104**

**Reg. No. 2,165,601**

**United States Patent and Trademark Office**          Registered June 16, 1998

## SERVICE MARK
### PRINCIPAL REGISTER

## HOTMAIL

HOTMAIL CORPORATION (CALIFORNIA CORPORATION)
1290 OAKMEAD PARKWAY, SUITE 218
SUNNYVALE, CA 94086

FOR: ADVERTISING AND MARKETING SERVICES, NAMELY, PROMOTING THE GOODS AND SERVICES OF OTHERS BY PLACING ADVERTISEMENTS AND PROMOTIONAL DISPLAYS IN AN ELECTRONIC SITE ACCESSED THROUGH COMPUTER NETWORKS AND BY DELIVERING ADVERTISEMENTS AND PROMOTIONAL MATERIALS TO OTHERS VIA ELECTRONIC MAIL, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 7–4–1996; IN COMMERCE 7–4–1996.

FOR: ELECTRONIC MAIL SERVICES, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 7–4–1996; IN COMMERCE 7–4–1996.

SER. NO. 75–272,783, FILED 4–10–1997.

EDWARD NELSON, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# MICROSOFT 365

**Reg. No. 6,701,693**
**Registered Apr. 12, 2022**
**Int. Cl.: 9, 35, 37, 38, 41, 42**
**Service Mark**
**Trademark**
**Principal Register**

Microsoft Corporation  (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WASHINGTON 98052

CLASS 9: computer software and computer programs for database management, data storage and backup, virtualization, networking, collaboration, remote access, remote support, cloud computing, data sharing, data security, access, administration and management of computer applications and computer hardware, computer application distribution, and for transmission of voice, data, images, audio, video, and information, and for content management, online project management, creating, offering, hosting, and delivering online conferences, meetings, demonstrations, tours, presentations and interactive discussions, word processing programs, and operating system programs; computer software, namely, a full line of computer software for business productivity, business IT service management, business computer devices management, business IT security management, business administration and management, accounting, and marketing in the fields of business, and computer software to facilitate e-commerce business transactions via a global computer network; computer operating system software; network access server operating software; computer programs for managing communications and data exchange between computers and electronic devices; computer network security, anti-virus protection, and intrusion detection and prevention; computer graphics and graphical user interface software; wireless communications devices, namely, mobile phones, cellular telephones, personal digital assistants, and hand-held computers; computer software development tools; website development software; computer software that provides web-based access to applications and services through a web operating system or portal interface; computer software for developing and operating cloud computer networks and applications; computer software for computer system and application development, deployment and management; computer hardware and software for monitoring automobiles performance, for mapping and navigation, for electronic mail and wireless communications, for maintaining personal directories, contact lists, address and telephone number lists

FIRST USE 7-10-2017; IN COMMERCE 7-10-2017

CLASS 35: business services, namely, business consultation services, business advice and information services; business marketing services; and business consulting services; providing business information



Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



FIRST USE 7-10-2017; IN COMMERCE 7-10-2017

CLASS 37: consultancy concerning installation, maintenance and repair of computer hardware

FIRST USE 7-10-2017; IN COMMERCE 7-10-2017

CLASS 38: telecommunications services, namely, providing on-line chat rooms for the transmission of messages among users in the field of general interest; voice chat services; electronic transmission and streaming of digital media, messages, documents, images, music, games and data; voice over internet protocol services; video-on-demand transmission services; providing online chat rooms and electronic bulletin boards for transmission of messages among users concerning business services, listings for announcements, events, meetings, activities, politics, family, arts and information on a wide variety of topics of general interest to the public and consultancy services, for all of the aforesaid services

FIRST USE 7-10-2017; IN COMMERCE 7-10-2017

CLASS 41: providing education and training services, namely, classes, seminars, workshops, and non-downloadable webinars in the field of computers and computer technology; arranging and conducting educational conferences and exhibitions in the field of computer technology; providing information over computer networks and global communication networks in the fields of entertainment, music, interactive games, movies, sports, news relating to current events, and arts and culture; information, advice and consultancy services relating to the aforesaid services

FIRST USE 7-10-2017; IN COMMERCE 7-10-2017

CLASS 42: computer services, namely, providing technical support, information and consultation services, namely, troubleshooting in the nature of diagnosing problems in computer hardware, computer software and computer operating systems; computer hardware and software testing services; computer services, namely, providing software updates via computer networks and global communication networks; computer services, namely, providing on-line non-downloadable software for database management, data storage and backup, virtualization, networking, collaboration, remote access, remote support, cloud computing, data sharing, data security, access, administration and management of computer applications and computer hardware, computer application distribution, and for transmission of voice, data, images, audio, video, and information, and for content management, online project management, creating, offering, hosting, and delivering online conferences, meetings, demonstrations, tours, presentations and interactive discussions, word processing programs, operating system programs; electronic data storage; cloud services, namely, providing on-line non-downloadable operating software for accessing and using a cloud computing network; cloud hosting provider services; computer security services, namely, enforcing, restricting and controlling access privileges of users of computing resources for cloud resources based on assigned credentials, integration of private and public cloud computing environments, remote and on-site infrastructure management services for monitoring, administration and management of public and private cloud computing it and application systems; providing virtual computer systems and virtual computer environments through cloud computing; application service provider (asp), namely, providing, hosting, managing, developing, and maintaining applications, software, web sites, and databases of others; providing technical information in the fields of design, development, programming, customization, selection, and implementation of computers, computer software, and computer networks, and information regarding diagnosing computer hardware and software problems and regarding the maintenance and updating of computer software, and the development and operation of computer systems, software and networks; computer software consulting services; consultancy in the design and development of computer hardware; consulting in the field of information technology; consulting in the field of cloud computing networks and

applications; design and development of networks and network software and applications; leasing computer facilities; electronic storage of files and documents; electronic storage of files, documents and databases; technology consultancy services in the field of development of computer software; platform-as-a-service (paas), infrastructure-as-a-service (iaas) and software-as-a-service (saas) services featuring computer software platforms for creating web applications, data storage and backup, database management, virtualization, networking, collaboration, remote access, remote support, cloud computing, data sharing, data security, access, administration and management of computer applications and computer hardware, computer application distribution, and for transmission of voice, data, images, audio, video, and information, and for content management, online project management, creating, offering, hosting, and delivering online conferences, meetings, demonstrations, tours, presentations and interactive discussions; computer services, namely, creating cloud-based indexes of information; computer hardware and software development

FIRST USE 7-10-2017; IN COMMERCE 7-10-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY CLAIMED UNDER SEC. 44(D) ON AZERBAIJAN APPLICATION NO. 201733579, FILED 05-17-2017

SER. NO. 87-640,393, FILED 10-10-2017

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO).  The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# MICROSOFT

**Reg. No. 6,880,851**
**Registered Oct. 18, 2022**
**Int. Cl.: 35**
**Service Mark**
**Principal Register**

Microsoft Corporation  (WASHINGTON CORPORATION)
One Microsoft Way
Redmond, WASHINGTON 98052

CLASS 35: Business services, namely, business consultation services, business advice and information services; business marketing services; business consulting services; business networking; providing information in the fields of business and commerce over global computer networks and global communications networks; providing consumer product information via the Internet; providing office functions; retail store and online retail store services featuring a wide variety of consumer goods of others; retail store services in the field of office products; online retail store services featuring computers, computer hardware, computer peripherals, laptops, tablets, portable music players, personal digital assistants, cell phones, digital media streaming devices, computer software, applications for personal computers, video game consoles, video game controllers, video games, gaming software, gaming equipment, security services, downloadable movies and television shows, webcams, books, clothing, back packs, messenger bags, computer bags, notebooks, journals, laptop sleeves, stickers, pens, pencils, toys, gift cards and novelty items; operating online marketplaces featuring software applications; provision of an on-line marketplace for buyers and sellers of goods and services; operating on-line marketplaces for sellers and buyers of goods and/or services; providing retail store and prepaid subscription services featuring downloadable, pre-recorded text, data, image, audio, video, and multimedia files, provided via the internet and other electronic and communications networks; compiling of information into computer databases, namely, compiling of internet based information and providing such information in response to voice or text controlled inquiries; advertising services; advertising and directory services, namely, promoting the services of others by providing a web page featuring links to the websites of others; digital advertising services; online advertising on a computer network; providing websites and applications featuring business related news and information; providing an internet website featuring news and information in the field of national and international politics; organization and conducting of virtual commercial exhibitions in the field of computers, artificial intelligence, information technology, and electronic business transactions via a global computer network; charitable services, namely, organizing, developing, and conducting volunteer and not-for-profit programs and volunteer and not-for-profit projects aimed at increasing technological development in rural and underdeveloped communities; organizing and developing charitable projects that aim to promote the importance of reading, writing, science, technology, engineering and math;



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



promoting public awareness of and the need to support social and economic development; charitable services, namely, organizing and conducting volunteer programs, community service projects and neighborhood improvement projects; information, advice and consultancy regarding the aforementioned services; organizing, promoting and conducting online, business-to-business events and webinars in the field of computing and digital transformation; organizing, arranging, conducting and promoting of trade shows, business, commercial, and promotional exhibitions and business conferences in the fields of computer hardware, software, telecommunications, and high technology and in the field of development of computer programs and systems; charitable services, namely, organizing and conducting volunteer programs to build and grow sustainable computer science programs through partnerships between classroom teachers and technology industry volunteers in the fields of technology education and literacy in schools; business management and advisory services in the agriculture field; business consulting services in the agriculture field; provision of business information relating to agricultural industry via global computer networks; business analysis, research and information services in the agriculture field; business services, namely, compilation and collection of data, information and statistics, business management data and data relating to the administration of farms and agricultural projects using technologies that include the internet of things (IoT), blockchain, robotics, software as a service (SaaS), platforms as a service (PaaS) and artificial intelligence; business management and advertising services for others, namely, assisting others in direct electronic mail advertising, assisting others in placing and running advertisements on computer networks and global communications networks; business on-line information services, namely, providing databases and website links to other content providers in the field of business issues; Promoting, marketing and advertising the brands and goods of others related to the computer software, applications, computer and video games and audio visual content sale and retail services industries; online retail store services in the field of computer software, applications, computer and video games and audio visual content; business data analysis services in the field of computers, artificial intelligence, information technology, and electronic business transactions via a global computer network; analyzing and compiling business data; market analysis and research services relating to customer behavior, satisfaction, attitude, effectiveness; computerized database management; marketing data integration; data processing services; market research and market analysis services; statistical analysis and compilation for business purposes; economic forecasting; market research and business analysis; preparation of business marketing information from and into computer database form; Marketing services, namely, preparation of product and company literature for others; online service for connecting social network users with retailers for the purpose of facilitating discounted purchases; compilation of information into computer databases; compilation of statistics for commercial purposes; compilation and systemization of information into computer databases; compilation of advertisements for use as web pages on the Internet; advertising on the Internet for others; distribution of advertising materials; Internet advertising services; advertising analysis; advertising and promotional services; advertising and marketing services; pay per click advertising; developing and coordinating volunteer projects for charitable organizations; providing business information via a website; providing a searchable on-line advertising website and guide featuring the goods and services of other vendors via the Internet; online advertising network matching services for connecting advertisers to websites; providing career information; arranging and conducting special events for business purposes; promotion of goods and services through sponsorship of sports events; arranging subscriptions to video games, computer games, and game content, for others; advisory and consultancy services relating to all the aforesaid services

FIRST USE 11-12-1975; IN COMMERCE 11-12-1975

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 90-402,126, FILED 12-22-2020

REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application  System  (TEAS)  Correspondence  Address  and  Change  of  Owner  Address  Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,063,043**

**Registered Oct. 18, 2016**

**Int. Cl.: 9, 42**

**Service Mark**

**Trademark**

**Principal Register**

Microsoft Corporation (WASHINGTON CORPORATION)
One Microsoft Way
Redmond, WA 980526399

CLASS 9: Word processing software; computer programs for creating, editing, sharing, storing, and printing documents comprised of text and graphics and utility programs for use therewith

FIRST USE 12-1-2012; IN COMMERCE 12-1-2012

CLASS 42: Cloud computing featuring word processing software; non-downloadable computer programs for creating, editing, sharing, storing, and printing documents comprised of text and graphics and utility programs for use therewith

FIRST USE 12-1-2012; IN COMMERCE 12-1-2012

The color(s) blue and white is/are claimed as a feature of the mark.

The mark consists of a stylized depiction of a blue rectangle with a white letter "W" in the center partially covering an adjacent image of a piece of white paper outlined in blue displaying horizontal lines across the paper featured in blue and white.

SER. NO. 86-928,345, FILED 03-03-2016
GEOFFREY A FOSDICK, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years***
**What and When to File:**

- ***First Filing Deadline:***  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years  after  the  registration  date.  See  15  U.S.C.  §§1058,  1141k.  If  the  declaration  is  accepted,  the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:***  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You  must  file  a  Declaration  of  Use  (or  Excusable  Nonuse)  and  an  Application  for  Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.



**United States of America**

United States Patent and Trademark Office

# OFFICE 365

**Reg. No. 4,380,754**
**Registered Aug. 6, 2013**

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

**Int. Cl.: 39**

FOR: ELECTRONIC STORAGE OF FILES AND DOCUMENTS, IN CLASS 39 (U.S. CLS. 100 AND 105).

**SERVICE MARK**

FIRST USE 10-19-2010; IN COMMERCE 10-19-2010.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,841,438, 3,625,391, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "OFFICE", APART FROM THE MARK AS SHOWN.

SN 85-467,634, FILED 11-8-2011.

SETH A. RAPPAPORT, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date). The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the
USPTO website for further information.  With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,201,364**

**Registered Nov. 17, 2020**

**Int. Cl.: 9, 38, 42**

**Service Mark**

**Trademark**

**Principal Register**

Microsoft Corporation  (WASHINGTON CORPORATION)
One Microsoft Way
Redmond, WASHINGTON 98052

CLASS 9: Downloadable computer software for receiving, displaying, storing, organizing and sharing with other users documents, sounds, music, videos, photographs, drawings, images and data stored electronically

FIRST USE 4-9-2019; IN COMMERCE 4-9-2019

CLASS 38: Telecommunication services, namely, transmission of documents, sounds, music, videos, photographs, drawings, images and data by means of telecommunications networks, wireless communication networks, and the internet

FIRST USE 4-9-2019; IN COMMERCE 4-9-2019

CLASS 42: Providing temporary use of non-downloadable software for receiving, displaying, storing, organizing and sharing with other users documents, sounds, music, videos, photographs, drawings, images and data stored electronically; electronic storage of files and documents for others

FIRST USE 4-9-2019; IN COMMERCE 4-9-2019

The color(s) blue is/are claimed as a feature of the mark.

The mark consists of a stylized blue cloud.

SER. NO. 88-430,030, FILED 05-14-2019



Andrei Iancu

Director of the United States
Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# ONEDRIVE

**Reg. No. 4,661,770**
**Registered Dec. 30, 2014**

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

**Int. Cls.: 9, 38, 39 and 42**

FOR: COMPUTER SOFTWARE FOR USE IN ELECTRONIC STORAGE OF DATA FEATURING CLOUD COMPUTING , IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

**TRADEMARK**

FIRST USE 2-19-2014; IN COMMERCE 2-19-2014.

**SERVICE MARK**

**PRINCIPAL REGISTER**

FOR: DATA COMMUNICATION OVER LOCAL NETWORKS, WIRELESS NETWORKS AND GLOBAL COMMUNICATIONS NETWORKS, INCLUDING THE INTERNET, INTRANETS, EXTRANETS, TELEVISION, MOBILE COMMUNICATION, CELLULAR AND SATELLITE NETWORKS, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 2-19-2014; IN COMMERCE 2-19-2014.

FOR: ELECTRONIC STORAGE OF DATA, TEXT, IMAGES, AUDIO, VIDEO; STORAGE SERVICES FOR ARCHIVING ELECTRONIC DATA, IN CLASS 39 (U.S. CLS. 100 AND 105).

FIRST USE 2-19-2014; IN COMMERCE 2-19-2014.

FOR: APPLICATION SERVICE PROVIDER (ASP) SERVICES FEATURING SOFTWARE FOR AUTHORING, DOWNLOADING, TRANSMITTING, RECEIVING, EDITING, EXTRACTING, ENCODING, DECODING, DISPLAYING, STORING AND ORGANIZING TEXT, GRAPHICS, IMAGES, AND ELECTRONIC PUBLICATIONS, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 2-19-2014; IN COMMERCE 2-19-2014.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-916,372, FILED 4-26-2013.

KATHY WANG, EXAMINING ATTORNEY

**Deputy Director of the United States**
**Patent and Trademark Office**

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

    *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

    *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
*See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

    You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# United States of America
### United States Patent and Trademark Office

# OUTLOOK

**Reg. No. 4,255,129**
**Registered Dec. 4, 2012**

**Int. Cl.: 42**

**SERVICE MARK**

**PRINCIPAL REGISTER**

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: CLOUD COMPUTING FEATURING SOFTWARE FOR USE IN EMAIL, CALENDARING, CONTACTS MANAGEMENT AND ACCESSING REMOTELY STORED DATA FOR SUCH APPLICATIONS; PROVIDING TEMPORARY USE OF ON-LINE NON-DOWNLOADABLE SOFTWARE AND APPLICATIONS FOR EMAIL, CALENDARING, AND CONTACTS MANAGEMENT; PROVIDING TECHNICAL INFORMATION IN THE FIELD OF COMPUTER SOFTWARE AND CLOUD COMPUTING, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 3-2-2008; IN COMMERCE 3-2-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,188,125.

SN 85-467,641, FILED 11-8-2011.

SETH A. RAPPAPORT, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse)  **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  *See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:   Fees and requirements for maintaining registrations are subject to change.   Please check the
USPTO website for further information.   With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

# APPENDIX C

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,734,111**

**Registered May 24, 2022**

**Int. Cl.: 36, 41, 45**

**Service Mark**

**Principal Register**

Carnegie Corporation of New York  (NEW YORK non-profit corporation )
437 Madison Avenue
New York, NEW YORK 10022

CLASS 36: Charitable grantmaking, namely, providing grants for the support and promotion of education, democracy, international peace and security in the United States and Africa and higher education and research in Africa

FIRST USE 00-00-2014; IN COMMERCE 00-00-2014

CLASS 41: Providing a website featuring information in the field of education and higher education in the United States and Africa and research regarding education in Africa; providing online newsletters in the fields of education, democracy, international peace and security, and higher education in the United States and Africa, and educational research in Africa

FIRST USE 00-00-2014; IN COMMERCE 00-00-2014

CLASS 45: Providing a website featuring information in the fields of democracy, international peace and security in the United States and Africa

FIRST USE 00-00-2014; IN COMMERCE 00-00-2014

The mark consists of the script word "Carnegie" that is underlined. Below is the word "CORPORATION" which is above the wording "OF NEW YORK".

No claim is made to the exclusive right to use the following apart from the mark as shown: "CORPORATION OF NEW YORK"

SER. NO. 88-754,785, FILED 01-10-2020





Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO).  The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# CARNEGIE CORPORATION OF NEW YORK

**Reg. No. 6,734,112**
**Registered May 24, 2022**
**Int. Cl.: 36, 41, 45**
**Service Mark**
**Principal Register**

Carnegie Corporation of New York  (NEW YORK non-stock corporation )
437 Madison Avenue
New York, NEW YORK 10022

CLASS 36: Charitable grantmaking, namely, providing grants for the support and promotion of education, democracy, international peace and security in the United States and Africa and higher education and research in Africa

FIRST USE 00-00-1911; IN COMMERCE 00-00-1911

CLASS 41: Providing a website featuring information in the field of education and higher education in the United States and Africa and research regarding education in Africa; providing online newsletters in the fields of education, democracy, international peace and security, and higher education in the United States and Africa, and educational research in Africa

FIRST USE 00-00-1911; IN COMMERCE 00-00-1911

CLASS 45: Providing a website featuring information in the fields of democracy, international peace and security in the United States and Africa

FIRST USE 00-00-1911; IN COMMERCE 00-00-1911

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "CORPORATION OF NEW YORK"

SER. NO. 88-754,815, FILED 01-10-2020



Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO).  The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.